Sheryl Traum, Bar No.: 139328
**LAW OFFICES OF SHERYL TRAUM**
409 Thirteenth Street, 19th Floor
Oakland, California 94612
Telephone: (510) 985-1300
Fax: (510) 985-1311
Email: Sheryl@Sheryltraumlaw.com

Attorney for Defendants
PRAVEEN CHANDRA and SCHWARTZ & FENSTER, P.C.

# UNITED STATES DISTRICT COURT

# FOR FIRST DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TYRONE BRANTLEY, SR., ELLEN BRANTLEY<br><br>Plaintiffs,<br><br>v.<br><br>GARRETT BOYD, ROBERT A. RASHEED, MoDo REALTY, INC., PRAVEEN CHANDRA, ACADEMY ESCROW, SCHWARTZ & FENSTER, P.C., and DOES 1-10,<br><br>Defendants. | Civil Action No. C07-06139<br><br>**NOTICE OF REMOVAL** |

To the Judges of the United States District Court for the first District of California, Oakland Division:

The notice of removal of defendant PRAVEEN CHANDRA respectfully shows:

1. On November 9, 2007, an action was commenced against defendant in the Superior Court of California, County of Alameda, Case No. RG07355554, entitled, *Larry Tyrone Brantley, Sr., et al. v. Garrett Boyd, et al.* A copy of the complaint is attached to this notice.

2. On November 9, 2007, a copy of the complaint was transmitted via facsimile and regular U.S. mail to defendant Schwartz & Fenster, P.C. Schwartz & Fenster, P.C. are defendant Praveen Chandra's attorneys for the limited purpose of a trustee sale proceeding involving Plaintiffs. A copy of the complaint was then forwarded to defendant CHANDRA on or about November 10, 2007. No defendants have been served with the complaint or summons. No further proceedings have been had in the state court action.

3. The above-described action is a civil action of which this court has original jurisdiction under the provisions of United States Code, Title 28, Section 1331, and is one that may be removed to this court by defendant, pursuant to Unites States Code, Title 28, Section 1441(b) according to the following facts:

4. Plaintiffs' first cause of action against Defendant Chandra alleges violations of the Federal Truth in Lending Act, 15 USC Section 1601, et seq., Regulation Z, and Supp. 1 of Regulation Z at 12 CRF Part 226, *et seq*. ("TILA"). Plaintiffs seek damages in accordance with 15 USC section 1640.

5. Plaintiffs' second cause of action against Defendant Chandra against alleges violations of TILA and seeks rescission of Defendant Chandra's loan made to Plaintiffs. Plaintiffs also seek statutory costs, penalties and attorneys fees under TILA.

6. Pursuant to *Salveson v. Western States Bankcard Ass'n* (9th Cir 1984) 731 F.2d 1423, 1429, consent of the other defendants named in this action is not required for removal of this action because they have not been served.

1  WHEREFORE, defendant prays that the above action now pending against him in
2  the Superior Court of California for the County of Alameda be removed therefrom to this
3  Court.

Dated: _____          LAW OFFICES OF SHERYL TRAUM


                                  By_____
                                      SHERYL TRAUM
                                   Attorney for Defendants PRAVEEN
                                   CHANDRA and SCHWARTZ & FENSTER,
                                   P.C.