1  Sheryl Traum, Bar No.: 139328
   **LAW OFFICES OF SHERYL TRAUM**
2  409 Thirteenth Street, 19th Floor
3  Oakland, California 94612
   Telephone: (510) 985-1300
4  Fax: (510) 985-1311
5  Email: Sheryl@Sheryltraumlaw.com

6  Attorney for Defendants
7  PRAVEEN CHANDRA and SCHWARTZ & FENSTER, P.C.

8

9                 UNITED STATES DISTRICT COURT

10             FOR NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| LARRY TYRONE BRANTLEY, SR., ELLEN BRANTLEY | Civil Action No. C07-06139 SC |
| Plaintiffs, | **SUBSTITUTION OF ATTORNEYS** |
| v. | |
| GARRETT BOYD, ROBERT A. RASHEED, MoDo REALTY, INC., PRAVEEN CHANDRA, ACADEMY ESCROW, SCHWARTZ & FENSTER, P.C., and DOES 1-10, | |
| Defendants. | |

22        TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

23        PLEASE TAKE NOTICE that Defendants PRAVEEN CHANDRA and
24 SCHWARTZ & FENSTER, P.C. hereby substitute Sheryl A. Traum and the law firm of
25 Chapman & Intrieri, L.L.P. 2236 Mariner Square Drive, Third Floor, Suite 300, Alameda,
26 California 94501, Telephone: (510) 864-3600, Facsimile: (510) 864-3601, in the place
27 and stead of representation of Sheryl A. Traum and the Law Offices of Sheryl Traum,
28 409 13th Street, Oakland, California 94612.

I consent to this substitution.

Dated: 1-2-2008         By: _____
                              Stephen Fenster
                              Schwartz & Fenster, P.C., Defendant

Dated: _____   By: _____
                              Praveen Chandra, Defendant

Dated: _____   LAW OFFICES OF SHERYL TRAUM

                         By: _____
                              Sheryl A. Traum
                              Attorneys for Defendants Schwartz &
                              Fenster, P.C. and Praveen Chandra

I accept this substitution.

Dated: _____   CHAPMAN & INTRIERI, L.L.P.

                         By: _____
                              Mark G. Intrieri
                              Attorneys for Defendants Schwartz &
                              Fenster, P.C. and Praveen Chandra

2

I consent to this substitution.

Dated: _____    By: _____
                                      Stephen Fenster
                                      Schwartz & Fenster, P.C., Defendant

Dated: 1/2/07                     By: _____
                                      Praveen Chandra, Defendant

Dated: _____    LAW OFFICES OF SHERYL TRAUM

                                  By: _____
                                      Sheryl A. Traum
                                      Attorneys for Defendants Schwartz &
                                      Fenster, P.C. and Praveen Chandra

I accept this substitution.

Dated: _____    CHAPMAN & INTRIERI, L.L.P.

                                  By: _____
                                      Mark G. Intrieri
                                      Attorneys for Defendants Schwartz &
                                      Fenster, P.C. and Praveen Chandra

2