1  Sheryl Traum, Bar No.: 139328
**LAW OFFICES OF SHERYL TRAUM**
2  409 Thirteenth Street, 19th Floor
3  Oakland, California 94612
   Telephone: (510) 985-1300
4  Fax: (510) 985-1311
5  Email: Sheryl@Sheryltraumlaw.com

6  Attorney for Defendants
7  PRAVEEN CHANDRA and SCHWARTZ & FENSTER, P.C.

8

## UNITED STATES DISTRICT COURT

## FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TYRONE BRANTLEY, SR., ELLEN BRANTLEY | Civil Action No. C07-06139 SC |
| Plaintiffs, | **SUBSTITUTION OF ATTORNEYS** |
| v. | |
| GARRETT BOYD, ROBERT A. RASHEED, MoDo REALTY, INC., PRAVEEN CHANDRA, ACADEMY ESCROW, SCHWARTZ & FENSTER, P.C., and DOES 1-10, | |
| Defendants. | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants PRAVEEN CHANDRA and SCHWARTZ & FENSTER, P.C. hereby substitute Sheryl A. Traum and the law firm of Chapman & Intrieri, L.L.P. 2236 Mariner Square Drive, Third Floor, Suite 300, Alameda, California 94501, Telephone: (510) 864-3600, Facsimile: (510) 864-3601, in the place and stead of representation of Sheryl A. Traum and the Law Offices of Sheryl Traum, 409 13th Street, Oakland, California 94612.

1

| | | |
|---|---|---|
| 1 | I consent to this substitution. | |
| 2 | | |
| 3 | Dated: 1-2-2008 | By: _____[signature]_____ |
| 4 | | Stephen Fenster |
| 5 | | Schwartz & Fenster, P.C., Defendant |
| 6 | | |
| 7 | Dated: _____ | By: _____ |
| 8 | | Praveen Chandra, Defendant |
| 9 | | |
| 10 | Dated: _____ | LAW OFFICES OF SHERYL TRAUM |
| 11 | | |
| 12 | | By: _____[signature]_____ |
| 13 | | Sheryl A. Traum |
| 14 | | Attorneys for Defendants Schwartz & Fenster, P.C. and Praveen Chandra |
| 15 | I accept this substitution. | |
| 16 | | |
| 17 | Dated: _____ | CHAPMAN & INTRIERI, L.L.P. |
| 18 | | |
| 19 | | By: _____[signature]_____ |
| 20 | | Mark G. Intrieri |
| 21 | | Attorneys for Defendants Schwartz & Fenster, P.C. and Praveen Chandra |

**IT IS SO ORDERED**
[signature] Judge Samuel Conti
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

2

1  I consent to this substitution.

3  Dated: _____        By: _____
                                    Stephen Fenster
                                    Schwartz & Fenster, P.C., Defendant

7  Dated: 1/2/07                 By: _____
                                    Praveen Chandra, Defendant

10 Dated: _____        LAW OFFICES OF SHERYL TRAUM

12                               By: _____
                                    Sheryl A. Traum
                                    Attorneys for Defendants Schwartz &
                                    Fenster, P.C. and Praveen Chandra

I accept this substitution.

17 Dated: _____        CHAPMAN & INTRIERI, L.L.P.

19                               By: _____
                                    Mark G. Intrieri
                                    Attorneys for Defendants Schwartz &
                                    Fenster, P.C. and Praveen Chandra