# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

PRAVEEN CHANDRA, SCHWARTZ & FENSTER, P.C.

    Cross-Complainants

V.

LARRY TYRONE BRANTLEY, SR.; ELLEN BRANTLEY; GARRETT BOYD, ROBERT A. RASHEED, ACADEMY ESCROW, INC., MODO REALTY, INC., ROYAL CROWN MORTGAGE, INC., "and all persons unknown claiming any legal or equitable right, title, estate, lien, or interest in the property described in the Cross-Complaint adverse to Cross-Complaint's title or any cloud on Cross-Complaints' title thereto" and ROES 1-50,

TO: (Name and address of defendant)

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:07-CV-06139 SC

CROSS-DEFENDANTS

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

SHERYL A. TRAUM
CHAPMAN & INTRIERI, L.L.P.
2236 MARINER SQUARE DRIVE, STE. 300
ALAMEDA, CA 94501
(510) 864-3600

Counsel for Cross-Complainants Praveen Chandra and Schwartz & Fenster, P.C.

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE_____

_____
(BY) DEPUTY CLERK