Sheryl A. Traum (SBN 139328)
CHAPMAN & INTRIERI, L.L.P.
2236 Mariner Square Drive
Third Floor, Suite 300
Alameda, California 94501-1090
Telephone: (510) 864-3600
Facsimile: (510) 864-3601

Attorneys for Defendant and Cross-Complainants
PRAVEEN CHANDRA and SCHWARTZ & FENSTER, P.C.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TYRONE BRANTELY, SR., ELLEN BRANTLEY,<br><br>Plaintiff,<br><br>vs.<br><br>GARRETT BOYD, ROBERT A. RASHEED, MODO REALTY, INC., PRAVEEN CHANDRA, ACADEMY ESCROW, SCHWARTZ & FENSTER, P.C., and DOES 1-10,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | Civil Action No. 3:07-cv-06139-SC<br><br>**NOTICE OF PENDENCY OF ACTION**<br>[CCP § 405.20]<br><br><br><br>**Complaint Filed:** December 4, 2007 |

NOTICE IS GIVEN that on January 24, 2008 Cross-Complainants PRAVEEN CHANDRA and SCHWARTZ & FENSTER, P.C. (Hereinafter "Cross-Complainants") filed a cross-complaint in the above-entitled court seeking, among other causes of action, to quiet title against the claims of Plaintiffs LARRY TYRONE BRANTELY, SR., and ELLEN BRANTLEY and "and all persons unknown claiming any legal or equitable right, title, estate, lien, or interest in the property described in the Cross-Complaint adverse to Cross-Complaints' title or any cloud on Cross-Complaints' title thereto" to thta real property commonly known as 3120 San Andreas Drive, Union City, California in the county of Alameda, assessors parcel number 483 00460 036, and legally described as follows:

Lot 204, Map of Tract 3111, Casa Verde Unit No. 5, Filed in Map Book 65 Pages 21 to 23, inclusive, Alameda County Records. [and which is described in "Exhibit A" to the relevant loan documents, which is also attached hereto as "Exhibit A" to this Cross-Complaint.]

DATED: January 29, 2008                      CHAPMAN & INTRIERI, L.L.P.

                                             By: _____
                                             Sheryl A. Traum
                                             Karen St. Onge
                                             Attorneys for Defendant

# ACKNOWLEDGMENT

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF ALAMEDA      )

On January 29, 2008, before me, Pamela S. Thompson, personally appeared SHERYL A. TRAUM who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Pamela S. Thompson, Notary Public



P:\DATA\Open Cases\85301\Pleadings\Notice of Pendency of Action.wpd