Sheryl A. Traum (SBN 139328)
CHAPMAN & INTRIERI, L.L.P.
2236 Mariner Square Drive
Third Floor, Suite 300
Alameda, California 94501-1090
Telephone: (510) 864-3600
Facsimile: (510) 864-3601

Attorneys for Defendant and Cross-Complainants
PRAVEEN CHANDRA and SCHWARTZ & FENSTER, P.C.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TYRONE BRANTELY, SR., ELLEN BRANTLEY, | Civil Action No. 3:07-cv-06139-SC |
| Plaintiff, | **NOTICE OF RECORDATION** |
| vs. | |
| GARRETT BOYD, ROBERT A. RASHEED, MODO REALTY, INC., PRAVEEN CHANDRA, ACADEMY ESCROW, SCHWARTZ & FENSTER, P.C., and DOES 1-10, | Complaint Filed: December 4, 2007 |
| Defendants. | |
| AND RELATED CROSS-ACTIONS | |

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on January 30, 2008, the attached Notice of Pendency of Action was recorded in the Contra Costa County Recorder's Office.

DATED: January 30, 2008            CHAPMAN & INTRIERI, L.L.P.


                                   By: _____
                                       Sheryl A. Traum
                                       Attorneys for Defendant

P:\DATA\Open Cases\85301\Pleadings\Notice.Record.1.30.08.wpd

NOTICE OF RECORDATION 3:07-cv-06139-SC

PLEASE COMPLETE THIS INFORMATION

RECORDING REQUESTED BY:

WHEN RECORDED MAIL TO:
CHAPMAN & INTRIERI, LLP
2236 Mariner Square Drive
Third Floor, Suite 300
Alameda, CA 94501-1090



(THIS SPACE FOR RECORDER'S USE ONLY)

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION (GOVT. CODE 27361.6)
(additional recording fee applies)

Sheryl A. Traum (SBN 139328)
CHAPMAN & INTRIERI, L.L.P.
2236 Mariner Square Drive
Third Floor, Suite 300
Alameda, California 94501-1090
Telephone: (510) 864-3600
Facsimile: (510) 864-3601

Attorneys for Defendant and Cross-Complainants
PRAVEEN CHANDRA and SCHWARTZ & FENSTER, P.C.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TYRONE BRANTELY, SR., ELLEN BRANTLEY, | Civil Action No. 3:07-cv-06139-SC |
| Plaintiff, | **NOTICE OF PENDENCY OF ACTION** [CCP § 405.20] |
| vs. | |
| GARRETT BOYD, ROBERT A. RASHEED, MODO REALTY, INC., PRAVEEN CHANDRA, ACADEMY ESCROW, SCHWARTZ & FENSTER, P.C., and DOES 1-10, | **Complaint Filed: December 4, 2007** |
| Defendants. | |
| AND RELATED CROSS-ACTIONS | |

NOTICE IS GIVEN that on January 24, 2008 Cross-Complainants PRAVEEN CHANDRA and SCHWARTZ & FENSTER, P.C. (Hereinafter "Cross-Complainants") filed a cross-complaint in the above-entitled court seeking, among other causes of action, to quiet title against the claims of Plaintiffs LARRY TYRONE BRANTELY, SR., and ELLEN BRANTLEY and "and all persons unknown claiming any legal or equitable right, title, estate, lien, or interest in the property described in the Cross-Complaint adverse to Cross-Complaints' title or any cloud on Cross-Complaints' title thereto" to thta real property commonly known as 3120 San Andreas Drive, Union City, California in the county of Alameda, assessors parcel number 483 00460 036, and legally described as follows:

1  Lot 204, Map of Tract 3111, Casa Verde Unit No. 5, Filed in Map Book 65 Pages 21 to 23, inclusive,
2  Alameda County Records. [and which is described in "Exhibit A" to the relevant loan documents,
3  which is also attached hereto as "Exhibit A" to this Cross-Complaint.]

5  DATED: January 29, 2008                    CHAPMAN & INTRIERI, L.L.P.

7                                             By: _____
8                                             Sheryl A. Traum
                                               Karen St. Onge
9                                              Attorneys for Defendant

# ACKNOWLEDGMENT

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF ALAMEDA      )

On January 29, 2008, before me, Pamela S. Thompson, personally appeared SHERYL A. TRAUM who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Pamela S. Thompson, Notary Public



PAMELA S. THOMPSON
Commission # 1711330
Notary Public - California
Alameda County
My Comm. Expires Dec 16, 2010

P:\DATA\Open Cases\85301\Pleadings\Notice of Pendency of Action.wpd

NOTICE OF PENDENCY OF ACTION 3:07-cv-06139-SC

*Larry Tyrone Brantley, Sr. v. Garrett Boyd, et al*
USDC, Case No. 3:07-cv-06139-SC

Our File # 853.01

## Proof of Service

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. I am employed by Chapman & Intrieri, L.L.P., and my business address is 2236 Mariner Square Drive, Third Floor, Suite 300, Alameda, California 94501-1090.

On **January 30, 2008**, I served the within:

**NOTICE OF RECORDATION**

on the parties in this action, by transmitting a true copy of the foregoing document(s) in the following manner:

__XX__  **(BY ELECTRONIC SERVICE)** I caused to be delivered thorough the United States District Court's Pacer Website this date the above documents, for which our office will maintain the Pacer filing receipt, to the following:

| | |
|---|---|
| Dorothy D. Guillory, Esq. | Tel:  (510) 639-2959 |
| 1271 Washington Avenue, Suite 380 | Fax:  (510) 639-2961 |
| San Leandro, California 94577 | Attorneys for: Plaintiffs |

____  **(BY PERSONAL SERVICE)** I caused to be delivered by hand this date each of the above documents, to the following:

____  **(BY FACSIMILE)** I caused each of the above documents to be faxed this date to the offices of the following:

I declare under penalty of perjury that the foregoing is true and correct. Executed on **January 30, 2008**, at Alameda, California.

_____/ s / *Pamela Thompson*_____
Pamela Thompson