UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TYRONE BRANTLEY, SR., ELLEN BRANTLEY,<br><br>          Plaintiff,<br><br>vs.<br><br>GARRETT BOYD, ROBERT A. RASHEED, MODO REALTY, INC., PRAVEEN CHANDRA, ACADEMY ESCROW, SCHWARTZ & FENSTER, P.C., and DOES 1-10,<br><br>          Defendants.<br>_____/<br><br>AND RELATED CROSS-ACTION<br>_____/ | CASE NO.  3:07-CV-06139-SC<br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

      Counsel for Plaintiffs/Cross-Defendants Larry Tyrone Brantley, Sr. and Ellen Brantley and Defendant/Cross-Complainant Praveen Chandra and Schwartz & Fenster, P.C., report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-18 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

    **Court Processes:**
        Mediation (ADR L.R. 6)

    Defendant/Cross-Defendant Garrett Boyd has not been served.  The remaining Defendants/Cross-Defendants have been served but have not yet appeared in this action.

The parties agree to hold the ADR session by:
        the presumptive deadline (*The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.*)

Dated: _____2/28/08_____          _____/s/_____
                                                                  Dorothy D. Guillory
                                                                  Attorney for Plaintiffs/Cross-Defendants
                                                                 Larry Tyrone Brantley, Sr., Ellen Brantley

                                              CHAPMAN & INTRIERI, L.L.P.

Dated: _____2/28/08_____      _____/s/_____
                                                              Sheryl A. Traum
                                                              Attorney for Defendants/Cross-Complainants
                                                              Praveen Chandra, Schwartz & Fenster, P.C.

**[PROPOSED] ORDER**

      Pursuant to the Stipulation above, the captioned matter is hereby referred to:
           Mediation

      Deadline for ADR session
           90 days from the date of this order
           other

IT IS SO ORDERED.

Dated: _____      _____
                                                              UNITED STATES MAGISTRATE JUDGE