UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LARRY TYRONE BRANTLEY, SR.,
ELLEN BRANTLEY,

        Plaintiff,

vs.

GARRETT BOYD, ROBERT A. RASHEED,
MODO REALTY, INC., PRAVEEN
CHANDRA, ACADEMY ESCROW,
SCHWARTZ & FENSTER, P.C., and DOES 1-10,

        Defendants.
_____/

AND RELATED CROSS-ACTION
_____/

CASE NO. 3:07-CV-06139-SC

ADR CERTIFICATION BY PARTIES
AND COUNSEL

        Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the underisigned certifies that he or she has:

        (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uiscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

        (2) Discussed the available dispute resolution options provided by the Court and private entities; and

        (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 2/28/08

_____
Praveen Chandra

Dated: _____

_____
Sheryl A. Traum
Counsel for Praveen Chandra