UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TYRONE BRANTLEY, SR., ELLEN BRANTLEY,<br><br>        Plaintiff,<br><br>vs.<br><br>GARRETT BOYD, ROBERT A. RASHEED, MODO REALTY, INC., PRAVEEN CHANDRA, ACADEMY ESCROW, SCHWARTZ & FENSTER, P.C., and DOES 1-10,<br><br>        Defendants.<br>_____/<br>AND RELATED CROSS-ACTION<br>_____/ | CASE NO. 3:07-CV-06139-SC<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

       Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

       **(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uiscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

       **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

       **(3)** Considered whether this case might benefit from any of the available dispute resolution options.


Dated: _____                                _____/s/_____
                                                                                                       Sheryl A. Traum
                                                                                                       Counsel for Praveen Chandra
                                                                                                       and Schwartz & Fenster