UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TYRONE BRANTLEY, SR., ELLEN BRANTLEY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GARRETT BOYD, ROBERT A. RASHEED, MODO REALTY, INC., PRAVEEN CHANDRA, ACADEMY ESCROW, SCHWARTZ & FENSTER, P.C., and DOES 1-10,<br><br>　　　　Defendants.<br>_____/<br><br>AND RELATED CROSS-ACTION<br>_____/ | CASE NO.  3:07-CV-06139-SC<br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

　　　Counsel for Plaintiffs/Cross-Defendants Larry Tyrone Brantley, Sr. and Ellen Brantley and Defendant/Cross-Complainant Praveen Chandra and Schwartz & Fenster, P.C., report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-18 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

　　　**Court Processes:**
　　　　　Mediation (ADR L.R. 6)

　　　Defendant/Cross-Defendant Garrett Boyd has not been served.  The remaining Defendants/Cross-Defendants have been served but have not yet appeared in this action.

The parties agree to hold the ADR session by:
　　　　　the presumptive deadline (*The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.*)


Dated: _____2/28/08_____　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　Dorothy D. Guillory
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs/Cross-Defendants
　　　　　　　　　　　　　　　　　　　　　　　Larry Tyrone Brantley, Sr., Ellen Brantley

                                              CHAPMAN & INTRIERI, L.L.P.

Dated: _____2/28/08_____   _____/s/_____
                                                           Sheryl A. Traum
                                                           Attorney for Defendants/Cross-Complainants
                                                           Praveen Chandra, Schwartz & Fenster, P.C.

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Mediation

    Deadline for ADR session
        90 days from the date of this order
        other

IT IS SO ORDERED.

Dated: ____3/4/08_____   
                                            UNITED STATES DISTRICT JUDGE