1 | Michael L. Smith, SBN 160305
Madonna A. Herman, SBN 221747
2 | **MANNING & MARDER**
**KASS, ELLROD, RAMIREZ LLP**
3 | One California Street, Suite 1100
San Francisco, California 94111
4 | Telephone:     (415) 217-6990
Facsimile:     (415) 217-6999
5 |
Attorneys for Cross-Defendant,
6 | ACADEMY ESCROW, INC.

7

8 | UNITED STATE DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10

11 | LARRY TYRONE BRANTLEY, SR.,        ) Civil Action No. 3:07-cv-06139-SC
ELLEN BRANTLEY,                    )
12 |                                     )
                       Plaintiffs,    ) **ANSWER TO CROSS-COMPLAINT**
13 |                                     ) **OF PRAVEEN CHANDRA AND**
vs.                                  ) **SCHWARTZ & FENSTER, P.C.**
14 |                                     )
GARRETT BOYD, ROBERT A. RASHEED,   )
15 | MODO REALTY, INC., PRAVEEN CHANDRA, )
ACADEMY ESCROW, SCHWARTZ & FENSTER, )
16 | P.C., and DOES 1-10,               )
                                     )
17 |                       Defendants.   )
                                     )
18 | _____ )
                                     )
19 | PRAVEEN CHANDRA, SCHWARTZ &        )
FENSTER, P.C.                       )
20 |                                     )
                       Cross-Complainants, )
21 |                                     )
vs.                                  )
22 |                                     )
LARRY TYRONE BRANTLEY, SR.; ELLEN   )
23 | BRANTLEY; GARRETT BOYD, ROBERT A.  )
RASHEED, ACADEMY ESCROW, INC., MODO )
24 | REALTY, INC., ROYAL CROWN MORTGAGE, )
INC., "and all persons unknown claiming any legal )
25 | or equitable right, title estate lien, or interest in the )
property described in the Cross-Complaint adverse to )
26 | Cross-Complaint's title or any cloud on Cross- )
Complaints' title thereto" and ROES 1-50,  )
27 |                                     )
                       Cross-Defendants.  )
28 | _____ )

ANSWER TO CROSS-COMPLAINT

ACADEMY ESCROW, INC. (hereinafter "ACADEMY"), hereby submits its answer to the Cross-Complaint of PRAVEEN CHANDRA and SCHWARTZ & FENSTER, P.C. and admit, deny and allege as follows:

1.     Answering paragraphs 1 through 7, ACADEMY lacks sufficient information and belief to admit or deny the allegations contained therein and based upon said lack of information and belief, generally and specifically deny each and every allegation contained therein.

2.     Answering paragraph 8, ACADEMY admits that it was and is a corporation organized and existing under the laws of the State of California, with its principal place of business in Burbank, California Academy sufficient information and belief to admit or deny the balance of the allegations contained therein and based upon said lack of information and belief, generally and specifically denies each and every allegation contained therein.

3.     Answering paragraphs 9 and 10, ACADEMY lacks sufficient information and belief to admit or deny the allegations contained therein and based upon said lack of information and belief, generally and specifically deny each and every allegation contained therein.

4.     Answering paragraph 11, ACADEMY lacks sufficient information and belief to admit or deny the allegations contained therein and based upon said lack of information and belief, generally and specifically deny each and every allegation contained therein.

5.     Answering paragraph 12, ACADEMY generally and specifically denies each and every allegation contained therein.

6.     Answering paragraph 13, ACADEMY lacks sufficient information and belief to admit or deny the allegations contained therein and based upon said lack of information and belief, generally and specifically deny each and every allegation contained therein.

7.     Answering paragraph 14, ACADEMY generally and specifically denies each and every allegation contained therein.

8.     Answering paragraph 15, ACADEMY lacks sufficient information and belief to admit or deny the allegations contained therein and based upon said lack of information and belief, generally and specifically deny each and every allegation contained therein.

ANSWER TO CROSS-COMPLAINT

1    9.    Answering paragraph 16, ACADEMY generally and specifically denies each and

2    every allegation contained therein.

3    10.    Answering paragraphs 17 through 20, ACADEMY lacks sufficient information and

4    belief to admit or deny the allegations contained therein and based upon said lack of information

5    and belief, generally and specifically deny each and every allegation contained therein.

6    11.    In answer to paragraph 21, ACADEMY admits that Plaintiffs filed a complaint for

7    damages in the California Superior Court for the County of Alameda, Case No. RG07355554, on

8    November 8, 2007 and admits that the action was subsequently removed to federal court.

9    ACADEMY lacks sufficient information and belief to admit or deny the remaining allegations

10    contained therein and based upon said lack of information and belief, generally and specifically

11    deny each and every allegation contained therein.

12    12.    Answering paragraphs 22 through 24, ACADEMY generally and specifically denies

13    each and every allegation contained therein.

14    13.    Answering paragraphs 25 and 26, ACADEMY generally and specifically denies each

15    and every allegation contained therein.

16    14.    Answering paragraphs 27 through 29, ACADEMY generally and specifically denies

17    each and every allegation contained therein.

18    15.    Answering paragraphs 30 through 34, ACADEMY generally and specifically denies

19    each and every allegation contained therein.

20    16.    Answering paragraphs 35 through 38, ACADEMY generally and specifically denies

21    each and every allegation contained therein.

22    17.    Answering paragraphs 39 through 43, ACADEMY generally and specifically denies

23    each and every allegation contained therein.

24    18.    Answering paragraphs 44 through 47, ACADEMY generally and specifically denies

25    each and every allegation contained therein.

26    19.    Answering paragraphs 48 through 50, ACADEMY lacks sufficient information and

27    belief to admit or deny the allegations contained therein and based upon said lack of information

28    and belief, generally and specifically deny each and every allegation contained therein.

20.    Answering paragraphs 51 through 55, ACADEMY lacks sufficient information and belief to admit or deny the allegations contained therein and based upon said lack of information and belief, generally and specifically deny each and every allegation contained therein.

21.    Answering paragraphs 56 through 58, ACADEMY lacks sufficient information and belief to admit or deny the allegations contained therein and based upon said lack of information and belief, generally and specifically deny each and every allegation contained therein.

22.    Answering paragraphs 59 through 61, ACADEMY lacks sufficient information and belief to admit or deny the allegations contained therein and based upon said lack of information and belief, generally and specifically deny each and every allegation contained therein.

23.    Answering paragraphs 62 through 64, ACADEMY lacks sufficient information and belief to admit or deny the allegations contained therein and based upon said lack of information and belief, generally and specifically deny each and every allegation contained therein.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

As a separate, distinct, and affirmative defense, ACADEMY alleges that the Cross-Complaint of PRAVEEN CHANDRA and SCHWARTZ & FENSTER, P.C., ("Cross-Complaint") and each cause of action contained therein, fails to state facts sufficient to constitute a cause of action or to set forth a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

As a second separate, distinct, and affirmative defense, ACADEMY alleges that the Cross-Complaint, and each cause of action contained therein, is barred by the applicable statutes of limitation, including, but not limited to those set forth in Part Two, Title II, Chapter 3 of the California Code of Civil Procedure, including but not limited to 335.1; 337; 338; 339; 340; 353; 359; 583 and all other applicable provisions of the Code of Civil Procedure of the State of California, and California Commercial Code sections 2607 and 2725, or any other applicable Statute of Limitations.

### THIRD AFFIRMATIVE DEFENSE

As a third separate, distinct, and affirmative defense, ACADEMY is informed and believe and

-4-

thereon allege that PRAVEEN CHANDRA and SCHWARTZ & FENSTER, P.C., failed and neglected to use reasonable care to protect themselves or their property. As such, and by way of other acts and omissions by PRAVEEN CHANDRA and SCHWARTZ & FENSTER, P.C., PRAVEEN CHANDRA and SCHWARTZ & FENSTER, P.C., though under a duty to do so, have failed and neglected to mitigate the losses and damages complained of, if any there were, and therefore, cannot recover against ACADEMY, whether as alleged, or otherwise.

### FOURTH AFFIRMATIVE DEFENSE

As a fourth separate, distinct, and affirmative defense, ACADEMY is informed and believe and thereon allege that PRAVEEN CHANDRA and SCHWARTZ & FENSTER, P.C., themselves were negligent and/or careless, or committed intentional acts, in and about the matters alleged in the Cross-Complaint, and that this negligence and carelessness, or these intentional acts, proximately contributed to the happenings of the incidents referred to in the Cross-Complaint, and to the extent said negligence and/or carelessness, or intentional acts, caused and/or contributed to injuries and/or damages, if any, PRAVEEN CHANDRA and SCHWARTZ & FENSTER, P.C.'s recovery should be barred or proportionately reduced.

### FIFTH AFFIRMATIVE DEFENSE

As a fifth separate, distinct, and affirmative defense, ACADEMY is informed and believe and thereon allege that persons other than ACADEMY or PRAVEEN CHANDRA and SCHWARTZ & FENSTER, P.C., were careless and/or negligent, or committed intentional acts, in and about the matters alleged in the Cross-Complaint, and that this negligence and carelessness, or these intentional acts, proximately contributed to the happenings of the incidents referred to in the Cross-Complaint, and to the extent said negligence and/or carelessness, or intentional acts, caused and/or contributed to injuries and/or damages, if any, PRAVEEN CHANDRA and SCHWARTZ & FENSTER, P.C.'s recovery should be barred or proportionately reduced.

### SIXTH AFFIRMATIVE DEFENSE

As a sixth separate, distinct, and affirmative defense, ACADEMY is informed and believe and thereon allege that PRAVEEN CHANDRA and SCHWARTZ & FENSTER, P.C., engaged in conduct and activities with respect to the subject of the Cross-Complaint. By reason of said activities and

conduct, PRAVEEN CHANDRA and SCHWARTZ & FENSTER, P.C., are estopped from asserting any claims for damages or seeking any other relief against ACADEMY.

### SEVENTH AFFIRMATIVE DEFENSE

As a seventh separate, distinct, and affirmative defense, ACADEMY is informed and believe and thereon allege that PRAVEEN CHANDRA and SCHWARTZ & FENSTER, P.C. have engaged in conduct sufficient and activities sufficient to constitute a waiver of alleged breach of duty, negligence, act, omission, or any other conduct, if any, as set forth in the Cross-Complaint.

### EIGHTH AFFIRMATIVE DEFENSE

As a eighth separate, distinct, and affirmative defense, ACADEMY is informed and believe and thereon allege that the injuries and damages of which PRAVEEN CHANDRA and SCHWARTZ & FENSTER, P.C. complain were proximately caused by or contributed to by the acts of other defendants, persons and/or other entities and that said acts were an intervening and superseding cause of the injuries and damages, if any of which PRAVEEN CHANDRA and SCHWARTZ & FENSTER, P.C. complain, thus, barring Plaintiffs from any recovery against ACADEMY.

### NINTH AFFIRMATIVE DEFENSE

As a ninth separate, distinct, and affirmative defense, ACADEMY is informed and believe and thereon allege that PRAVEEN CHANDRA and SCHWARTZ & FENSTER, P.C. assumed the risk of loss and damages complained of here, if any there were, at the time and place of the incident referred to in the Cross-Complaint. PRAVEEN CHANDRA and SCHWARTZ & FENSTER, P.C.'s own assumption of risk was the proximately cause of the injuries and damages complained of here. Consequently, PRAVEEN CHANDRA and SCHWARTZ & FENSTER, P.C. are precluded from recovery.

### TENTH AFFIRMATIVE DEFENSE

As a tenth separate, distinct, and affirmative defense, ACADEMY is informed and believe and thereon allege that PRAVEEN CHANDRA and SCHWARTZ & FENSTER, P.C., by virtue of having been the sole or major contributing factor giving rise to the alleged losses of which they now complain, are guilty of unclean hands and therefore are barred from seeking relief sought here by the Doctrine of Unclean Hands, as well as the principle of *In Pare Delicto*.

1

### ELEVENTH AFFIRMATIVE DEFENSE

2   As a eleventh separate, distinct, and affirmative defense, ACADEMY is informed and believe

3   and thereon allege that this Cross-Complaint, and each cause of action contained therein, is barred by

4   the equitable Doctrine of Waiver.

5

### TWELFTH AFFIRMATIVE DEFENSE

6   As a twelfth separate, distinct, and affirmative defense, ACADEMY is informed and believe and

7   thereon allege that the Cross-Complaint, and each cause of action contained therein, is barred by the

8   equitable Doctrine of Laches.

9

### THIRTEENTH AFFIRMATIVE DEFENSE

10   As a thirteenth separate, distinct, and affirmative defense, ACADEMY is informed and believe

11   and thereon allege that the Cross-Complaint, and each cause of action contained therein, is barred by

12   the equitable Doctrine of Estoppel.

13

### FOURTEENTH AFFIRMATIVE DEFENSE

14   As a fourteenth separate, distinct, and affirmative defense, ACADEMY is informed and believe

15   and thereon allege that the Cross-Complaint, and each cause of action contained therein, fails to state

16   facts sufficient to support an award of attorneys' fees, costs and expenses against ACADEMY.

17

### FIFTEENTH AFFIRMATIVE DEFENSE

18   As a fifteenth separate, distinct, and affirmative defense, ACADEMY is informed and believe

19   and thereon allege that the conduct of ACADEMY was justified and, by reason of the foregoing,

20   PRAVEEN CHANDRA and SCHWARTZ & FENSTER, P.C. are barred from any recovery against

21   Defendants herein.

22

### SIXTEENTH AFFIRMATIVE DEFENSE

23   As a sixteenth separate, distinct, and affirmative defense, ACADEMY is informed and believe

24   and thereon allege that ACADEMY, completely and fully performed and discharged any and all

25   obligations and legal duties arising out of the matters alleged in the Cross-Complaint.

26

### SEVENTEENTH AFFIRMATIVE DEFENSE

27   As a seventeenth separate, distinct, and affirmative defense, ACADEMY is informed and

28   believe and thereon allege that ACADEMY is excused from any and all liability under the facts alleged

-7-

1    in PRAVEEN CHANDRA and SCHWARTZ & FENSTER, P.C. claims for relief because at all

2    material times, ACADEMY acted in good faith and conducted all material transactions in good faith.

3    ### EIGHTEENTH AFFIRMATIVE DEFENSE

4    As a eighteenth separate, distinct, and affirmative defense, ACADEMY is informed and believe

5    and thereon allege that the right of PRAVEEN CHANDRA and SCHWARTZ & FENSTER, P.C. to

6    recovery herein, if any right exists, is reduced and limited to the percentage of negligence attributable

7    to ACADEMY pursuant to California Civil Code section 1431.2.

8    ### NINETEENTH AFFIRMATIVE DEFENSE

9    As a nineteenth separate, distinct, and affirmative defense, ACADEMY is informed and believe

10    and thereon allege that PRAVEEN CHANDRA and SCHWARTZ & FENSTER, P.C.'s damages, if

11    any, PRAVEEN CHANDRA and SCHWARTZ & FENSTER, P.C. are barred from recovery herein by

12    reason of the fact that, at all times relevant to the subject action, PRAVEEN CHANDRA and

13    SCHWARTZ & FENSTER, P.C. were not using ACADEMY's products, if any, for the purpose

14    intended or in the manner intended, and said conduct on the part of PRAVEEN CHANDRA and

15    SCHWARTZ & FENSTER, P.C. constituted an unforeseeable misuse of said products, if any.

16    PRAVEEN CHANDRA and SCHWARTZ & FENSTER, P.C. injuries proximately resulted from the

17    use of the product(s) in question in an unintended manner or for an unintended purpose, and not from

18    any defect or mechanical failure of, or failure to service properly, said product or any of its components.

19    ### TWENTIETH AFFIRMATIVE DEFENSE

20    As a twentieth separate, distinct, and affirmative defense, ACADEMY is informed and believe

21    and thereon allege that at all times there was, has been and continues to be a material failure of

22    consideration on the part of PRAVEEN CHANDRA and SCHWARTZ & FENSTER, P.C. herein, as

23    a consequence of which failure the ACADEMY duty of performance has been discharged.

24    ### TWENTY-FIRST AFFIRMATIVE DEFENSE

25    As a twenty-first separate, distinct, and affirmative defense, ACADEMY is informed and believe

26    and thereon allege that any and all injuries, losses or damages, if any, were the direct and proximate

27    result of an unavoidable incident or condition and, as such, were an act of God, without fault or liability

28    on the part of ACADEMY.

-8-

1

### TWENTY-SECOND AFFIRMATIVE DEFENSE

2    As a twenty-second separate, distinct, and affirmative defense, ACADEMY is informed and

3    believe and thereon allege that if there was any defect in the product referred to in the Cross-Complaint

4    at the time said product left the possession of ACADEMY, those alleged defects had no impact on

5    PRAVEEN CHANDRA and SCHWARTZ & FENSTER, P.C. alleged injuries, if any, and that

6    Plaintiffs' damages, if any, were caused by the misuse, abuse, changes, modifications, improper

7    maintenance, and alterations of others, including PRAVEEN CHANDRA and SCHWARTZ &

8    FENSTER, P.C. herein.

9

### TWENTY-THIRD AFFIRMATIVE DEFENSE

10    As a twenty-third separate, distinct, and affirmative defense, ACADEMY is informed and

11    believe and thereon allege that the alleged defect and/or dangerous condition, if any, was so trivial in

12    nature that it could not be considered a dangerous and/or defective condition, thus barring any action

13    by the PRAVEEN CHANDRA and SCHWARTZ & FENSTER, P.C. against ACADEMY.

14

### TWENTY-FOURTH AFFIRMATIVE DEFENSE

15    As a twenty-fourth separate, distinct, and affirmative defense, ACADEMY is informed and

16    believe and thereon allege that ACADEMY did not breach any warranties, express or implied, and that

17    no warranties, express or implied, arose in the instant situation.

18

### TWENTY-FIFTH AFFIRMATIVE DEFENSE

19    As a twenty-fifth separate, distinct, and affirmative defense, ACADEMY is informed and

20    believe and thereon allege that PRAVEEN CHANDRA and SCHWARTZ & FENSTER, P.C. are

21    barred from recovery herein as to Plaintiffs' breach of warranty theories in that PRAVEEN CHANDRA

22    and SCHWARTZ & FENSTER, P.C. were not in privity with ACADEMY. PRAVEEN CHANDRA

23    and SCHWARTZ & FENSTER, P.C. are further barred from recovery herein as to PRAVEEN

24    CHANDRA and SCHWARTZ & FENSTER, P.C. breach of warranty theories in that PRAVEEN

25    CHANDRA and SCHWARTZ & FENSTER, P.C. failed to give the requisite timely notice as to any

26    purported breach of warranty.

27

### TWENTY-SIXTH AFFIRMATIVE DEFENSE

28    As a twenty-sixth separate, distinct, and affirmative defense, ACADEMY is informed and

-9-

1   believe and thereon allege that following the performance and services of ACADEMY, other parties

2   and PRAVEEN CHANDRA and SCHWARTZ & FENSTER, P.C. and their agents inspected and

3   approved the condition of the product and work performed by ACADEMY and the PRAVEEN

4   CHANDRA and SCHWARTZ & FENSTER, P.C. agreed and approved that the product and work was

5   satisfactory, thereby waiving any further claim for damages as alleged in the Cross-Complaint.

6                   **TWENTY-SEVENTH AFFIRMATIVE DEFENSE**

7          As a twenty-seventh separate, distinct, and affirmative defense, ACADEMY is informed and

8   believe and thereon allege that PRAVEEN CHANDRA and SCHWARTZ & FENSTER, P.C. injuries

9   and damages, if any there were, were caused wholly or in part by post-distribution modifications,

10  alterations or other changes in some manner in products for which PRAVEEN CHANDRA and

11  SCHWARTZ & FENSTER, P.C. would seek to hold ACADEMY legally responsible, which

12  modifications, alterations or changes were not performed by or participated in or consented to or

13  approved by ACADEMY, or any agent or employee thereof, thus barring PRAVEEN CHANDRA and

14  SCHWARTZ & FENSTER, P.C.'s recovery herein.

15                  **TWENTY-EIGHTH AFFIRMATIVE DEFENSE**

16         As a twenty-eighth separate, distinct, and affirmative defense, ACADEMY is informed and

17  believe and thereon allege that PRAVEEN CHANDRA and SCHWARTZ & FENSTER, P.C.

18  employers were sophisticated users of the products alleged in the Cross-Complaint, and said employers'

19  negligence in providing the products to their employees in a negligent, careless, and reckless manner

20  was a superseding intervening cause of PRAVEEN CHANDRA and SCHWARTZ & FENSTER, P.C.'s

21  injuries, if any.

22                  **TWENTY-NINTH AFFIRMATIVE DEFENSE**

23         As a twenty-ninth separate, distinct, and affirmative defense, ACADEMY is informed and

24  believe and thereon allege that at no time prior to the filing of this action did PRAVEEN CHANDRA

25  and SCHWARTZ & FENSTER, P.C. or any agent, representative or employee(s) thereof, notify

26  ACADEMY of any breach of any contract, warranty or duty to PRAVEEN CHANDRA and

27  SCHWARTZ & FENSTER, P.C.. By reason of said failure to notify, PRAVEEN CHANDRA and

28  SCHWARTZ & FENSTER, P.C. are barred from any alleged right of recovery from ACADEMY.

1    Furthermore, ACADEMY allege that PRAVEEN CHANDRA and SCHWARTZ & FENSTER, P.C.

2    are barred and precluded from any recovery in this action because ACADEMY at all times complied

3    with the applicable standard of care required at the time and location where the services were rendered.

### THIRTIETH AFFIRMATIVE DEFENSE

5        As a thirtieth separate, distinct, and affirmative defense, ACADEMY is informed and believe

6    and thereon allege that if there are any defects or inadequacies in the product supplied by, or work

7    performed by ACADEMY, which ACADEMY denies, PRAVEEN CHANDRA and SCHWARTZ &

8    FENSTER, P.C. failed to timely notify them of such conditions and failed to give them timely

9    opportunity to cure such conditions.  This conduct by PRAVEEN CHANDRA and SCHWARTZ &

10    FENSTER, P.C.  bars them from any relief from ACADEMY.

### THIRTY-FIRST AFFIRMATIVE DEFENSE

12        As a thirty-first separate, distinct, and affirmative defense, ACADEMY is informed and believe

13    and thereon allege that  PRAVEEN CHANDRA and SCHWARTZ & FENSTER, P.C. lack standing

14    to sue.

### THIRTY-SECOND AFFIRMATIVE DEFENSE

16        As a thirty-second separate, distinct, and affirmative defense, ACADEMY is informed and

17    believe and thereon allege that  PRAVEEN CHANDRA and SCHWARTZ & FENSTER, P.C. failed

18    to properly control, construct, inspect or otherwise maintain the subject products, and otherwise failed

19    to take adequate measures to minimize  PRAVEEN CHANDRA and SCHWARTZ & FENSTER,

20    P.C.'s damages, expenditures and extra costs, if any were incurred.

### THIRTY-THIRD AFFIRMATIVE DEFENSE

22        As a thirty-third separate, distinct, and affirmative defense, ACADEMY is informed and believe

23    and thereon allege that the products described in the Cross-Complaint were manufactured and/or

24    distributed by ACADEMY in strict accordance with specifications supplied by persons or entitled other

25    than them.  Any defects in said products were caused by deficiencies in the specifications supplied,

26    which deficiencies were neither known to ACADEMY nor discoverable by ACADEMY with the

27    exercise of reasonable care.

28    ### THIRTY-FOURTH AFFIRMATIVE DEFENSE

-11-

ANSWER TO CROSS-COMPLAINT

1    As a thirty-fourth separate, distinct, and affirmative defense, ACADEMY is informed and

2  believe and thereon allege that PRAVEEN CHANDRA and SCHWARTZ & FENSTER, P.C.'s Cross-

3  Complaint is barred by California Uniform Commercial Code sections 1201 (25) (c); 2601, 2602 (10,

4  2513 (1) and (3), 2510 (1), 2605 (1) (1) and (b), 2601 (1) (a) and (b), 2607, 2715 (2) (1) and 2719 (3).

5    **THIRTY-FIFTH AFFIRMATIVE DEFENSE**

6    As a thirty-fifth separate, distinct, and affirmative defense, ACADEMY is informed and believe

7  and thereon allege that PRAVEEN CHANDRA and SCHWARTZ & FENSTER, P.C. knew or should

8  have known prior to any alleged injuries or damages, if any, of the condition of the product as alleged

9  in the Cross-Complaint and that PRAVEEN CHANDRA and SCHWARTZ & FENSTER, P.C. failed

10  to take reasonable measures to protect PRAVEEN CHANDRA and SCHWARTZ & FENSTER, P.C.'s

11  own selves, property or business.    As a result,  PRAVEEN CHANDRA and SCHWARTZ &

12  FENSTER, P.C.'s claims, and each of them, are barred.

13    **THIRTY-SIXTH AFFIRMATIVE DEFENSE**

14    As a thirty-sixth separate, distinct, and affirmative defense, ACADEMY is informed and believe

15  and thereon allege that any warranties or guarantees, expressed, implied or apparent, made by

16  ACADEMY was excluded orally, in writing, by course of dealing, by course of performance, by usage

17  of trade, or were limited to exclude the relief now requested by  PRAVEEN CHANDRA and

18  SCHWARTZ & FENSTER, P.C..

19    **THIRTY-SEVENTH AFFIRMATIVE DEFENSE**

20    As a thirty-seventh separate, distinct, and affirmative defense, ACADEMY is informed and

21  believe and thereon allege that PRAVEEN CHANDRA and SCHWARTZ & FENSTER, P.C. have

22  refused to allow ACADEMY, or otherwise prevented ACADEMY, reasonable opportunities to cure any

23  alleged defects or deficiencies in the subject product.  Therefore,  PRAVEEN CHANDRA and

24  SCHWARTZ & FENSTER, P.C. are estopped and barred from any claim predicted upon the failure to

25  cure or remedy the alleged defects or deficiencies, if any.

26    **THIRTY-EIGHTH AFFIRMATIVE DEFENSE**

27    As a thirty-eighth separate, distinct, and affirmative defense, ACADEMY presently has

28  insufficient knowledge or information on which to form a belief as to whether ACADEMY may have

1   additional, as yet unstated, defenses available to it. ACADEMY reserve the right to assert additional

2   defenses in the event discovery indicates that they would be appropriate.

3        WHEREFORE, ACADEMY prays as follows:

4        1.    That PRAVEEN CHANDRA and SCHWARTZ & FENSTER, P.C. take nothing by way

5   of their Cross-Complaint;

6        2.    That the Cross-Complaint be dismissed with prejudice and PRAVEEN CHANDRA and

7   SCHWARTZ & FENSTER, P.C. take nothing by way of said pleading;

8        2.    For costs of suit; and

9        3.    For such and other further relief as the Court may deem just and proper.

10   Dated: March 10, 2008

               **MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP**

By: _____
        Madonna A. Hermann

Attorneys for Cross-Defendant,
ACADEMY ESCROW, INC.

-13-