Sheryl A. Traum (SBN 139328)
CHAPMAN & INTRIERI, L.L.P.
2236 Mariner Square Drive
Third Floor, Suite 300
Alameda, California 94501-1090
Telephone: (510) 864-3600
Facsimile: (510) 864-3601

Attorneys for Defendant and Cross-Complainants
PRAVEEN CHANDRA and SCHWARTZ & FENSTER, P.C.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TYRONE BRANTLEY, SR., ELLEN BRANTLEY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GARRETT BOYD, ROBERT A. RASHEED, MODO REALTY, INC., PRAVEEN CHANDRA, ACADEMY ESCROW, SCHWARTZ & FENSTER, P.C., and DOES 1-10,<br><br>　　　　Defendants.<br><br>AND RELATED CROSS-ACTIONS | Civil Action No. 3:07-cv-06139-SC<br><br>**DECLARATION OF SHERYL A. TRAUM REGARDING CROSS-COMPLAINANTS' SEPARATE CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>**Complaint Filed:   December 4, 2007** |

I, Sheryl A. Traum, do declare as follows:

1.  I am an attorney at law duly licensed to practice before all the Courts of the State of California and the Northern District Court of California.

2.  I am an attorney with Chapman & Intrieri, P.C., attorneys of record for Cross-Complainants Praveen Chandra and Schwartz &Fenster, Esq. in this action.

3.  I make this declaration in support of Cross-Complainants separate Case Management Statement.

4.  Plaintiffs and all cross-defendants who have been served with the Cross-Complaint also were served with the court's Order Setting Initial Case Management Conference and ADR Deadlines.

5. When this office initially removed this matter to Federal Court, I spoke with Plaintiffs attorney Dorothy Guillory regarding the Federal Court's requirements for initial disclosures and efforts to meet and confer between counsel. She acknowledged that she was aware of the Federal Court requirements and that she intended to cooperate with the initial court pleadings.

6. Thereafter, my office has met and conferred on multiple occasions with Ms. Guillory regarding our joints attempts to serve Garrett Boyd. Despite both of our efforts, he has evaded service. My office has retained a private investigator and is continuing to attempt service.

7. On March 11, 2008, my office spoke with Ms. Guillory regarding the status of the case and our efforts to serve the pleadings. Ms. Guillory indicated that she would call my office later in the week with additional information to assist my efforts to locate Garrett Boyd.

8. On March 13, 2008, my office telephoned Ms. Guillory's office regarding preparing the joint case management statement. My office was only able to leave a voice-mail message for Ms. Guillory. After not receiving a response, my office left another voice-mail message for Ms. Guillory on March 14, 2008. Ms. Guillory did not responded to that message.

9. Although Academy Escrow, Inc. filed its answer to the Cross-Complaint on March 10, 2008, I was not made aware of this until March 14, 2008. I was therefore unable to confer with their counsel for purposes of filing a joint case management conference statement.

10. Once the other cross-defendants, including Plaintiffs, have filed responses to the Cross-Complaint, I will confer with them regarding the issues set forth in the conference statement.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 14th day of March, 2008 at Alameda, California.

/ s / *Sheryl A. Traum*
Sheryl A. Traum

P:\DATA\Open Cases\85301\Pleadings\Decl.CMC.Statement.wpd

*Larry Tyrone Brantley, Sr. v. Garrett Boyd, et al*
**USDC, Case No. 3:07-cv-06139-SC**

Our File # 853.01
_____

Proof of Service

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. I am employed by Chapman & Intrieri, L.L.P., and my business address is 2236 Mariner Square Drive, Third Floor, Suite 300, Alameda, California 94501-1090.

On **March 14, 2008,** I served the within:

**DECLARATION OF SHERYL A. TRAUM REGARDING CROSS-COMPLAINANTS' SEPARATE CASE MANAGEMENT CONFERENCE STATEMENT**

on the parties in this action, by transmitting a true copy of the foregoing document(s) in the following manner:

**XX**   **(BY ELECTRONIC SERVICE)**  I caused to be delivered thorough the United States District Court's Pacer Website this date the above documents, for which our office will maintain the Pacer filing receipt, to the following:

| | |
|---|---|
| Dorothy D. Guillory, Esq. | Michael L. Smith, Esq. |
| 1271 Washington Avenue, Suite 380 | Madonna A. Herman, Esq. |
| San Leandro, California 94577 | Manning & Marder, Kass, et al. |
| (510) 639-2959 | One California Street, Suite 1100 |
| (510) 639-2961 | San Francisco, CA 94111 |
| Attorneys for Plaintiffs | (415) 217-6990 |
| | (415) 217-6999 |
| | Attorneys for Cross-Defendant Academy Escrow, inc. |

I declare under penalty of perjury that the foregoing is true and correct. Executed on **March 14, 2008,** at Alameda, California.

/ s / *Pamela Thompson*
Pamela Thompson