Sheryl A. Traum (SBN 139328)
CHAPMAN & INTRIERI, L.L.P.
2236 Mariner Square Drive
Third Floor, Suite 300
Alameda, California 94501-1090
Telephone: (510) 864-3600
Facsimile: (510) 864-3601

Attorneys for Defendant and Cross-Complainants
PRAVEEN CHANDRA and SCHWARTZ & FENSTER, P.C.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TYRONE BRANTLEY, SR., ELLEN BRANTLEY,<br><br>Plaintiff,<br><br>vs.<br><br>GARRETT BOYD, ROBERT A. RASHEED, MODO REALTY, INC., PRAVEEN CHANDRA, ACADEMY ESCROW, SCHWARTZ & FENSTER, P.C., and DOES 1-10,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | Civil Action No. 3:07-cv-06139-SC<br><br>**AMENDED PROOF OF SERVICE RE: CROSS-COMPLAINANTS' CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Complaint Filed: December 4, 2007 |

*Larry Tyrone Brantley, Sr. v. Garrett Boyd, et al*
**USDC, Case No. 3:07-cv-06139-SC**

Our File # 853.01
_____

Proof of Service

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. I am employed by Chapman & Intrieri, L.L.P., and my business address is 2236 Mariner Square Drive, Third Floor, Suite 300, Alameda, California 94501-1090.

On **March 14, 2008,** I served the within:

**CROSS-COMPLAINANTS' CASE MANAGEMENT CONFERENCE STATEMENT**

on the parties in this action, by transmitting a true copy of the foregoing document(s) in the following manner:

**XX**  **(BY ELECTRONIC SERVICE)**  I caused to be delivered thorough the United States District Court's Pacer Website this date the above documents, for which our office will maintain the Pacer filing receipt, to the following:

| | |
|---|---|
| Dorothy D. Guillory, Esq. | Michael L. Smith, Esq. |
| 1271 Washington Avenue, Suite 380 | Madonna A. Herman, Esq. |
| San Leandro, California 94577 | Manning & Marder, Kass, et al. |
| (510) 639-2959 | One California Street, Suite 1100 |
| (510) 639-2961 | San Francisco, CA  94111 |
| Attorneys for Plaintiffs | (415) 217-6990 |
| | (415) 217-6999 |
| | Attorneys for Cross-Defendant Academy Escrow, inc. |

I declare under penalty of perjury that the foregoing is true and correct.  Executed on **March 15, 2008,** at Alameda, California.

                                                   / s / *Pamela Thompson*
                                                      Pamela Thompson