DOROTHY D. GUILLORY
Attorney at Law, CSBN 114891
1271 Washington Avenue, #380
San Leandro, CA 94577
(510) 639-2959
Fax: (510) 639-2961

Attorney for Plaintiffs
LARRY TYRONE BRANTLEY, SR.
ELLEN BRANTLEY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TYRONE BRANTLEY, SR., ELLEN BRANTLEY,<br><br>Plaintiffs,<br><br>v.<br><br>GARRETT BOYD, ROBERT A. RASHEED, MoDo REALTY, INC., PRAVEEN CHANDRA, ACADEMY ESCROW, SCHWARTZ & FENSTER P.C., and DOES 1-10<br><br>Defendants. | Case No.: C 07-06139 SC<br><br>PLAINTIFFS' JOINDER IN CASE MANAGEMENT CONFERENCE STATEMENT FILED BY DEFENDANT AND CROSS-COMPLAINANTS PRAVEEN CHANDRA and SCHARTZ & FENSTER<br><br>Date:  March 21, 2008<br>Time:  10:00 a.m.<br>Place: Courtroom One<br>       Hon. S. Conti |

Plaintiffs Larry Tyrone Brantley and Ellen Brantley join in the Case Management Statement filed by Defendant and Cross-complainant Praveen Chandra and Schartz & Fenster, without admitting any liability as to their counter-claim.

Dated: March 19, 2008

*/s/ Dorothy D. Guillory*
_____
DOROTHY D. GUILLORY
Attorney for Plaintiffs

Pl. Joinder in CMCS, p. 1