1  Sheryl A. Traum, Bar No: 139328          (510) 864-3600
2  CHAPMAN & INTRIERI
   2236 Mariner Square Drive
3  Alameda, CA 94501

4  Representing: Cross Complainant          File No. 853.01

United States District Court

Northern District of California

| | |
|---|---|
| Brantley, et al.<br><br>    Plaintiff/Petitioner<br>vs<br>Boyd, et al.<br><br>    Defendant/Respondent | Case No: 3:07-cv-06139-SC   **BY FAX**<br>Proof of Service of:<br>  Cross-Claim Summons In A Civil Case;<br>  Complaint; Cross-Complaint; Answer to Complaint;<br>  Order Setting initial Case Management Conference<br>  and ADR Deadlines; Order Setting Case<br>  Management Conference; Order Re Timely Filing o<br>  Pleadings, Briefs, Motions, Etc.; Contents of Joint<br>Service on:<br>  Academy Escrow<br><br>Hearing Date:<br>Hearing Time:<br>Div/Dept: |

PROOF OF SERVICE

FF# 6655901

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Sheryl A. Traum, 139328<br>CHAPMAN & INTRIERI<br>2236 Mariner Square Drive Suite 300<br>Alameda, CA 94501<br>TELEPHONE NO.: (510) 864-3600<br>ATTORNEY FOR (Name): Cross Complainant | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | |

| PLAINTIFF/PETITIONER: Brantley, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Boyd, et al. | 3:07-cv-06139-SC |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>853.01 |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Cross-Claim Summons In A Civil Case; Complaint; Cross-Complaint; Answer to Complaint; Order Setting ini Case Management Conference and ADR Deadlines; Order Setting Case Management Conference; Order Re Timely Filing of Pleadings, Briefs, Motions, Etc.; Contents of Joint Case Management Statement; Notion of Removal

3. a. Party served: Academy Escrow

   **BY FAX**

   b. Person Served: Richard Aviles - Person authorized to accept service of process

4. Address where the party was served: 3100 W. Burbank Blvd. 200
   Burbank, CA 91505

5. I served the party
   b. **by substituted service.** On (date): 1/30/2008   at (time): 3:25 PM   I left the documents listed in item 2 with or in the presence of: Amber Ipomitsu

   (1) **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   Academy Escrow

   under:   Other: Business Organization Form Unknown

7. **Person who served papers**
   a. Name:                 Humberto Palacio
   b. Address:              One Legal - 194-Marin
                            504 Redwood Blvd #223
                            Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 100.75
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No. 2627
         (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 1/31/2008

Humberto Palacio
(NAME OF PERSON WHO SERVED PAPERS)                                                         (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6655901

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Sheryl A. Traum, 139328<br>CHAPMAN & INTRIERI<br>2236 Mariner Square Drive Suite 300<br>Alameda, CA 94501 | (510) 864-3600 | |
| | Ref. No. or File No. | |
| ATTORNEY FOR (Name): Cross Complainant | 853.01 | |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

Brantley, et al.

DEFENDANT:

Boyd, et al.

| **PROOF OF SERVICE BY MAIL** | | | | CASE NUMBER:<br>3:07-cv-06139-SC |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On 1/30/2008, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

Cross-Claim Summons In A Civil Case; Complaint; Cross-Complaint; Answer to Complaint; Order Setting initial Case Management Conference and ADR Deadlines; Order Setting Case Management Conference; Order Re Timely Filing of Pleadings, Briefs, Motions, Etc.; Contents of Joint Case Management Statement; Notion of Removal

BY FAX

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

Academy Escrow
Richard Aviles
3100 W. Burbank Blvd.
Burbank, CA 91505

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

$ 100.75

Anthony Espinosa
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 1/31/2008 at Los Angeles, California.

*[signature]*

Anthony Espinosa

FF# 6655901