POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Sheryl A. Traum (SBN 139328)<br>CHAPMAN & INTRIERI, L.L.P.<br>2236 Mariner Square Drive Suite 300<br>Alameda, CA 94501<br>TELEPHONE NO.: (510) 864-3600<br>ATTORNEY FOR (Name): Cross Complainant | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | |
| PLAINTIFF/PETITIONER: Larry Tyrone Brantley, et al.<br>DEFENDANT/RESPONDENT: Garrett Boyd, et al. | CASE NUMBER:<br>3:07-CV-06139-SC |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>853.01 |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons, Complaint, Cross-Complaint, Notice of Removal, Order Setting Initial Case Management Conferen Case Management Info, Answer

3. a. Party served: Robert Rasheed

   b. Person Served: party in item 3a

4. Address where the party was served: 2603 Camino Ramon 200
   San Ramon, CA 94583

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): 2/4/2008   (2) at (time): 10:15 AM

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. as an individual defendant.

7. Person who served papers
   a. Name:              Roderick Thompson
   b. Address:           One Legal - 194-Marin
                         504 Redwood Blvd #223
                         Novato, CA 94947
   c. Telephone number:  415-491-0606
   d. The fee for service was: $ 75.00
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No. 746
         (iii) County ALAMEDA

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 2/7/2008

Roderick Thompson
(NAME OF PERSON WHO SERVED PAPERS)              (SIGNATURE)

| Form Adopted for Mandatory Use<br>Judicial Council of California POS-010<br>[Rev. Jan 1, 2007] | PROOF OF SERVICE OF SUMMONS | Code of Civil Procedure, § 417.10<br>FF# 6655903 |