# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Brantley,<br><br>                Plaintiff(s),<br><br>   v.<br><br>Boyd,<br><br>                Defendant(s). | 07-06139 SC MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

      **Richard D. Warren**
      Mediation/Arbitration
      929 Fresno Ave.
      Berkeley, CA 94707
      510-528-4423
      rickwarren@pacbell.net

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.  The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-06139 SC MED                                   - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.
3
4  Dated: March 27, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand

_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

United States District Court
Northern District of California

**Notice of Appointment of Mediator**
07-06139 SC MED                     - 2 -