DOROTHY D. GUILLORY
Attorney at Law, CSBN 114891
1271 Washington Avenue, #380
San Leandro, CA  94577
(510) 639-2959
Fax:  (510) 639-2961


Attorney for Plaintiffs
LARRY TYRONE BRANTLEY SR.
and ELLEN BRANTLEY


UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LARRY TYRONE BRANTLEY, SR.,          Case No.:  C-07-06139 SC
ELLEN BRANTLEY,
                                      PLAINTIFFS' ANSWER TO DEFENDANTS'
      Plaintiffs,                     CROSS-CLAIM

v.

GARRETT BOYD, ROBERT A. RASHEED,
MODO REALTY, INC., PRAVEEN
CHANDRA, ACADEMY ESCROW,
SCHWARTZ & FENSTER, P.C.,

      Defendants.

_____

and related Cross-Claims and Counter-Claims

_____/

      Plaintiffs Larry Tyrone Brantley, Sr. and Ellen Brantley ("The Brantleys") answer

Defendants Praveen Chandra and Schwartz & Fenster, P.C.'s ("Defendants') cross-claim as

follows:

      1.      Plaintiffs deny the allegations of paragraph one based on insufficient information.

Plaintiff's Answer, Cross-Claim, p. 1

2.      Plaintiffs deny the allegations of paragraph two based on insufficient information.

3.      Plaintiffs admit the allegations of paragraph three.

4.      Plaintiffs admit the allegations of paragraph four.

5.      Plaintiffs admit the allegations of paragraph five.

6.      Plaintiffs admit the allegations of paragraph six.

7.      Plaintiffs admit the allegations of paragraph seven.

8.      Plaintiffs admit the allegations of paragraph eight.

9.      Plaintiffs agree with the allegations of paragraph nine.

10.     Plaintiffs agree with the allegations of paragraph ten.

11.     Plaintiff deny the allegations of paragraph eleven based on insufficient information.

12.     Plaintiffs deny the allegations of paragraph twelve.

13.     Plaintiffs deny the allegations of paragraph thirteen.

14.     Plaintiffs deny the allegations of paragraph fourteen.

15.     Plaintiffs deny the allegations of paragraph fifteen.

16.     Plaintiffs deny the allegations of paragraph sixteen.

17.     Plaintiffs deny the allegations of paragraph seventeen.

18.     Plaintiffs admit the allegations of paragraph eighteen, except as to the allegation that the converted funds constituted a return on an investment, which is denied.

19.     Plaintiffs deny the allegations of paragraph nineteen, except as to the allegation that the trustee sale was prohibited by a temporary restraining order issued by the Alameda County Superior Court.

Plaintiff's Answer, Cross-Claim, p. 2

20.     Plaintiffs dispute that "Roe" defendants are allowed in the U.S. District Court.

21.     Plaintiffs agree with the allegations of paragraph 20.

## FIRST CAUSE OF ACTION

22.     Plaintiffs deny the allegations of the First Cause of Action, paragraphs 22-24.

## SECOND CAUSE OF ACTION

23.     Plaintiffs deny the allegations of the Second Cause of Action, paragraphs 25-26.

## THIRD CAUSE OF ACTION

22.     Plaintiffs deny the allegations of the third Cause of Action, paragraphs 27-29.

## FOURTH CAUSE OF ACTION

23.     Plaintiffs deny the allegations of the fourth Cause of Action, paragraphs 30-34.

## FIFTH CAUSE OF ACTION

24.     Plaintiffs deny the allegations of the fifth Cause of Action, paragraphs 35-38.

## SIXTH CAUSE OF ACTION

25.     No response is required to the sixth Cause of Action, paragraphs 39-43.

## SEVENTH CAUSE OF ACTION

26.     No response is required to the seventh cause of action, paragraphs 44-47.

## EIGHTH CAUSE OF ACTION

27.     No response is required to the eighth cause of action, paragraphs 48-50.

## NINTH CAUSE OF ACTION

28.     Plaintiffs deny the allegations of the ninth cause of action, paragraphs 51-55.

## TENTH CAUSE OF ACTION

29.     No response is required to the tenth cause of action, paragraphs 56-58.

### ELEVENTH CAUSE OF ACTION

30.    Plaintiffs deny the allegations of the eleventh cause of action, as they pertain to The Brantleys, paragraphs 59-61.

### .    TWELFTH CAUSE OF ACTION

30.    Plaintiffs deny the allegations of the twelfth cause of action, paragraphs 62-64.

### FIRST AFFIRMATIVE DEFENSE

The counterclaim fails to state facts sufficient to constitute any cause of action against The Brantleys.

### SECOND AFFIRMATIVE DEFENSE

Defendants engaged in unlawful conduct as to the matters alleged in the cross-claim and underlying complaint, and such unlawful conduct was the legal cause of any injury and/or damage to Defendants.  Defendants are not entitled to the requested relief because of their unlawful conduct.

### THIRD AFFIRMATIVE DEFENSE

Defendants engaged in negligent conduct as to the matters alleged in the cross-claim and underlying complaint, and their negligent conduct was the legal cause of any injury and/or damage to Defendants.  Defendants are not entitled to the requested relief due to their own negligent conduct.

### FOURTH AFFIRMATIVE DEFENSE

Defendants are not entitled to the requested relief because they failed to mitigate their damages.

### FIFTH AFFIRMATIVE DEFENSE

Defendants are not entitled to the requested relief because of laches.

### SIXTH AFFIRMATIVE DEFENSE

Defendants are not entitled to the requested relief because of equitable estoppel.

### SEVENTH AFFIRMATIVE DEFENSE

Defendants are not entitled to the requested relief because of unclean hands.

### EIGHTH AFFIRMATIVE DEFENSE

Defendants are not entitled to the requested relief because they lack standing.

### NINTH AFFIRMATIVE DEFENSE

Defendants are not entitled to the requested relief because the unlawful conduct of persons and entities other than The Brantleys is the legal cause of Defendants' claims, and the conduct of these third persons and entities is imputed to Defendants by virtue of their relationship with those third persons and/or entities.

### TENTH AFFIRMATIVE DEFENSE

Defendants are not entitled to the requested relief because the negligence of persons and/or entities other than The Brantleys is the legal cause of Defendants' claims for the requested relief, and the negligence of these third persons and/or entities is imputed to Defendants by virtue of their relationship with those third persons and/or entities.

### ELEVENTH AFFIRMATIVE DEFENSE

Through its actions and conduct, Defendants waived its claims for relief under the cross-claim.

Plaintiff's Answer, Cross-Claim, p. 5

## TWELFTH AFFIRMATIVE DEFENSE

The Brantleys did not contribute to the acts or omissions giving rise to Defendants' claims for the requested relief.

## THIRTEENTH AFFIRMATIVE DEFENSE

The cross-claim is barred by applicable statutes of limitation, including, but not limited to CCP sections 319, 320, 321, 337, 339, 343 (and their converted references).

Plaintiff reserves the right to supplement and/or amend this Answer as the case progresses and circumstances dictate.

The Brantleys pray as follows:

1.      That Deffendants take nothing by reason of its cross-claim.

2.      For judgment on the cross-claim in favor of The Brantleys.

3.      For attorney fees and costs, as provided by law. .

4.      For such other relief as the Court deems appropriate.

Dated:  April 28, 2008


/s/ Dorothy D. Guillory

_____

DOROTHY D. GUILLORY
Attorney for Plaintiffs