1  Michael L. Smith, SBN 160305
   Madonna A. Herman, SBN 221747
2  **MANNING & MARDER**
   **KASS, ELLROD, RAMIREZ** LLP
3  One California Street, Suite 1100
   San Francisco, California 94111
4  Telephone:    (415) 217-6990
   Facsimile:    (415) 217-6999
5
   Attorneys for Defendant and Cross-Defendant,
6  ACADEMY ESCROW, INC.

7

8                    UNITED STATE DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

10

11  LARRY TYRONE BRANTLEY, SR.,            )  Civil Action No. 3:07-cv-06139-SC
    ELLEN BRANTLEY,                        )
12                                         )
                         Plaintiffs,       )  **CROSS-DEFENDANT ACADEMY**
13                                         )  **ESCROW, INC.'S INITIAL**
    vs.                                    )  **DISCLOSURE**
14                                         )
    GARRETT BOYD, ROBERT A. RASHEED,       )
15  MODO REALTY, INC., PRAVEEN CHANDRA,    )
    ACADEMY ESCROW, SCHWARTZ & FENSTER,    )
16  P.C., and DOES 1-10,                   )
                                           )
17                       Defendants.       )  Complaint Filed:    December 1, 2007
                                           )
18  _____  )  Before the Hon. Samuel Conti/Dept. 1
    PRAVEEN CHANDRA, SCHWARTZ &            )
19  FENSTER, P.C.                          )
                                           )
20                   Cross-Complainants,   )
                                           )
21  vs.                                    )
                                           )
22  LARRY TYRONE BRANTLEY, SR.; ELLEN      )
    BRANTLEY; GARRETT BOYD, ROBERT A.      )
23  RASHEED, ACADEMY ESCROW, INC., MODO    )
    REALTY, INC., ROYAL CROWN MORTGAGE,    )
24  INC., "and all persons unknown claiming any legal )
    or equitable right, title estate lien, or interest in the )
25  property described in the Cross-Complaint adverse to )
    Cross-Complaint's title or any cloud on Cross- )
26  Complaints' title thereto" and ROES 1-50,  )
                                           )
27                   Cross-Defendants.     )
    _____  )
28

Cross-Defendant, ACADEMY ESCROW, INC.(collectively, "Disclosing Party") hereby submits the following initial disclosures pursuant to Federal Rule of Civil Procedure section 26(a)(1):

## I.    INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION

Disclosing Party is informed and believes that the following individuals may have discoverable information that they may use to support their defenses:

| INDIVIDUAL | AREAS OF KNOWLEDGE |
|---|---|
| Angela Lyon | Escrow Officer for Subject Transaction |
| Amber Itomitsu | Escrow Officer |

## II.    DOCUMENTS

1.    Escrow File AE00001 through AE00023.

## III.    DAMAGES COMPUTATION

Disclosing Party does not presently seek damages from any parties in this proceeding, but reserve their rights to seek attorneys' fees and costs.

## IV.    INSURANCE AGREEMENTS

Disclosing Party will make available for inspection and copying any Agreement in their possession, custody or control under which any insurance company may be liable to satisfy part or all of a judgement which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgement.

Disclosing Parties reserve the right to supplement, update and amend these supplemental initial disclosure as necessary to comply with the Federal Rules of Civil Procedure and the Local Rules of this Court.

Dated:  May 23, 2008

MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP


By:_____
      Michael L. Smith

Attorneys for Defendant and Cross-Defendant,
ACADEMY ESCROW, INC.

-2-      D:\docsdata\mls\00 MLS\Brantley v. Boyd\Pleadings\InitialDisclosure.wpd

DEFENDANT ACADEMY ESCROW, INC.'S INITIAL DISCLOSURE

## Ann M. Nguyen

| | |
|---|---|
| **From:** | JESSICA JESSICA [jessicaskiff@sbcglobal.net] |
| **Sent:** | Monday, April 23, 2007 11:32 AM |
| **To:** | Ann M. Nguyen |
| **Subject:** | Re: o'neal |

Hey Ann,

Here is the info for the hard money loan. It sounds a little confusing....Garrett Boyd needs this money to purchase a home. His Aunt and Uncle, ellen and Larry Brantley are allowing Larry to put a 2nd lien on their home to secure that the lender will be repaid. Property address is 3120 San Andreas Drive Union City Ca 94587. The loan amt will be for 180k. The borrower will repay 205k within 60 days (no later). My fee will be 5k and can be deducted from the 180k. let me know if you have any questions on this...or if you need any more info! Also, how long will it take to process this whole thing? Do I need a notary? Thank You

*"Ann M. Nguyen"* <*ann@academyescrow.com*> wrote:

> here you go -
>
> regarding the note and deed of trust - just give me the property and lender and the borrower and the terms of the loan - and i can draw one up for you

EVERYBODY WANTS YOUR BUSINESS... I'M PREPARED TO EARN IT!!
Jessica Skiff
Realtor/Mortgage Broker
MoDo Realty/Royal Crown Mortgage,Inc
4640 Admiralty Way, STE 500
Marina Del Rey, CA 90292
Phone 818 974 3433
Fax 818 487 2503

# Angie Lyon

**From:** Ann M. Nguyen [ann@academyescrow.com]
**Sent:** Thursday, May 03, 2007 11:19 AM
**To:** angie@academyescrow.com
**Subject:** FW: $$$ hard money

Ann Nguyen
Academy Escrow
Escrow Assistant
Phone: (818) 557-2637
Fax: (818) 557-0314

**From:** JESSICA JESSICA [mailto:jessicaskiff@sbcglobal.net]
**Sent:** Thursday, May 03, 2007 11:18 AM
**To:** ann@academyescrow.com
**Subject:** $$$ hard money

Hi,
 I Can't remember if I told you this already but the 5k needs to be split :( with my partner Kenya Reeves
and our boss :( here is the break down

20% to Sergei Klyazmin
40% Jessica Skiff
40% Kenya Reeves
 He would like you to call him for instructions...his # is 310 612 4750 thank you

EVERYBODY WANTS YOUR BUSINESS... I'M PREPARED TO EARN IT!!
Jessica Skiff
Realtor/Mortgage Broker
MoDo Realty/Royal Crown Mortgage,Inc
4640 Admiralty Way, STE 500
Marina Del Rey, CA 90292
Phone 818 974 3433
Fax 818 487 2503

AE00002

# æ Academy Escrow

310⸱ ⁄est Burbank Blvd., Suite 200
Burbank, CA 91505

Phone: (818) 557-2626
Fax: (818) 557-0314

## FACSIMILE TRANSMITTAL COVER SHEET

Date:        August 14, 2007

To:          LARRY AND ELLEN BRANTLEY

From:        ANGIE LYON

Escrow No.   020615-AL

Fax No.:     (510) 234-8919

CLOSING STATEMENT ENCLOSED. FUNDS WERE WIRED TO GARRETT BOYD  , SUMMIT BANK
ACCOUNT # 0300006615  , SUMMIT BANK PHONE # 510-428-1868

CONFIDENTIALITY NOTICE

The document(s) accompanying this facsimile transmission may contain confidential information which is
legally privileged.  The information is intended only for use by the individual or entity named above.  If you
are not the intended recipient, or the person responsible for delivering the transmission to the intended
recipient, you are hereby notified that any disclosure, copying, or distribution or use of any of the
information contained herein is strictly prohibited.  If you have received this transmission in error, please
immediately notify us by telephone and mail the original facsimile to us at the above address via the US
Postal Service.  Thank You.

NUMBER OF PAGES, INCLUDING THIS COVER SHEET:

AE00003

 **Academy Escrow**

3100 West Burbank Blvd., Suite 200
Burbank, CA 91505

Phone: (818) 557-2626
Fax: (818) 557-0314

**ACADEMY ESCROW, INC. IS LICENSED BY THE DEPARTMENT OF CORPORATIONS
OF THE STATE OF CALIFORNIA, LICENSE NUMBER 963-2084
REFINANCE ESCROW INSTRUCTIONS**

Angie Lyon
**Escrow Officer**

**ESCROW NO:** 020615-AL
**DATE:** April 24, 2007

LOAN AMOUNT(S) and $180,000.00

I/We will deliver to you any instruments which this escrow requires, fully executed, all of which you are instructed to use provided that on or before you hold a policy of title insurance issued by **Landsafe Title of California** covering property:

Lot 204 Tract 3111, Casa Verde Unit No. 5, as per map recorded in Book 65, Pages 21 to 23 inclusive of Maps, in the office of the County Recorder of said County.

**BORROWER STATES THAT THE PROPERTY ADDRESS IS:** 3120 San Andreas Drive, Union City, CA 94587

**SHOWING TITLE VESTED IN:** Larry Brantley and Ellen Brantley, Husband and Wife as Joint Tenants

**which Policy of Title Insurance shall be issued to Lender showing title subject only to:**
(1)     Any general and special taxes approved by Lender to remain unpaid.

(2)     Any Assessments and/or Bonds, including, but not limited to, the lien of any Supplemental Taxes, approved by Lender to show.

(3)     Covenants, Conditions, Restrictions, Easements, Rights, Rights of Way and other matters of records approved by Lender to show.

(4)     First Deed of Trust of record in the amount of $412,300.00

(5)     Second Deed of Trust to record securing a note in the amount of $180,000.00

(6)     The purpose of this escrow is for the obtaining of the new encumbrance set forth above by Borrower. this escrow is to close on or before providing, however, that in the event this escrow is not closed by said date, you are to continue to process the same unless you have written notification to cancel this transaction. **THE EXCEPTION SHALL BE THAT IN THE EVENT THERE ARE NO FUNDS AND/OR DOCUMENTS BEING HELD IN THIS ESCROW AND NO ACTIVITY TAKES PLACE FOR AT LEAST SIX MONTHS, YOU ARE AUTHORIZED AND INSTRUCTED TO CANCEL OUT THIS ESCROW FILE WITHOUT RECEIVING ANY FURTHER INSTRUCTION AND/OR AUTHORIZATION FROM ANY PARTY.**

(7)     Lender is to be at no expense in connection with this transaction. Borrower agrees to pay all costs and charges incurred herein, the amount of which you are authorized and instructed to deduct from the loan proceeds due Borrower at the close. In the event said loan proceeds are not in an amount sufficient to pay all costs and charges and any lien and/or encumbrance required to be paid through this escrow. Borrower will deposit funds, as required, to cover any shortage, prior to close of escrow.

(8)     Borrower agrees to pay the demand of the holder of any lien and/or encumbrance required to be paid in order to place title in the condition as required by Lender; and you authorized and instructed to obtain a demand for same as soon as possible after opening of this escrow. At close of escrow, you are authorized and instructed to pay the amount of any lien and/or encumbrance required to be paid, based on the demand(s) deposited into escrow.

(9)     It is understood and agreed that the instructions of Lender will be separate Lender's instructions to be deposited into escrow by Lender. You are authorized and instructed to comply with same. Borrower is aware that Lender will not be signing a copy of these instructions.

(10)    You are authorized and instructed to order, pursuant to Lender's Instructions, an evidence of insurance concerning the subject property from the fire insurance agent indicated by Borrower. In the event any billing needs to be paid for said insurance to comply with Lender's Instructions, you are authorized and instructed to pay the same at close of escrow. Borrower understands that it is Borrower's responsibility to provide Escrow Holder with the information concerning the insurance agent to be contact to obtain said evidence of insurance coverage.

Notwithstanding any instructions and/or provisions to the contrary regarding the closing date in these escrow instructions, the escrow holder is instructed to proceed with the the processing and closing of this escrow until written instructions to cancel this escrow are received from the principles.

EACH PARTY SIGNING THESE INSTRUCTIONS HAS READ THE GENERAL PROVISIONS CONTAINED HEREIN AND APPROVES, ACCEPTS AND AGREES TO BE BOUND THEREBY AS THOUGH SAME APPEARED OVER THEIR SIGNATURES.

ALL CHARGES IN CONNECTION WITH THIS ESCROW ARE TO BE PAID BY BORROWER. Borrower's execution of loan documents shall be deemed their full approval of all terms and conditions contained therein. The undersigned acknowledges receipt of a copy of these instructions.

(CONTINUED)

Borrower's Initials: _LB_                    _L.B._

Date:  April 24, 2007

Escrow No.:  020615-AL

Page 2 of 3:  Additional Instructions made a part of previous pages as fully Incorporated therein.

## ADDITIONAL ESCROW CONDITIONS AND INSTRUCTIONS

1. Your duty to act as escrow holder does not commence until these instructions, signed by all parties, are received by you.  Until such time either party may unilaterally cancel and upon written request delivered to you, the party may withdraw funds and contents he previously handed to you.

2. All funds received in this escrow shall be deposited with a State or National bank with other funds.  Make disbursements by your check; checks not presented for payment within six months after date are subject to service charges in accordance with your schedule in effect from time to time.  Make all adjustments and prorating on the basis of a 30 day month.  "Close of Escrow" is the day instruments are recorded.  All documents and funds due the respective parties herein are to be mailed to the addresses set out below their respective signatures, unless otherwise instructed.  Your signatures on any documents and instructions pertaining to this escrow indicate our unconditional approval of same.  Whenever provisions is made herein for the payment of any sum, the delivery of any instrument or the performance of any act "outside of escrow," you as escrow holder shall have no responsibility therefor, shall not be concerned therewith and are specifically relieved of any obligations relative thereto.

3. You shall not be responsible or liable in any manner whatsoever for the sufficiency or correctness as to form, manner of execution or validity of any documents deposited in escrow, nor as to the identity, authority or rights of any person executing the same, either as to documents of record or those handled in this escrow.  Your duties hereunder shall be limited to the safekeeping of such money and documents received by you as escrow holder, and for the disposition of the same in accordance with the written instructions accepted by you in this escrow.  You shall not be required to take any action in connection with the collection, maturity or apparent outlaw of any obligations deposited in this escrow, unless otherwise instructed.

4. Seller guarantees, and you shall be fully protected in assuming that as to any insurance policy handed you each policy is in force, has not been hypothecated and that all necessary premiums therefor have been paid.  You will transmit for assignment any insurance policy handed you for use in this escrow, but you shall not be responsible for verifying the acceptance of the assignment and policy by the insurance company.  ESCROW HOLDER WILL MAKE NO ATTEMPT TO VERIFY THE RECEIPT OF THE REQUEST FOR ASSIGNMENT BY THE ISSUING COMPANY.  You are hereby placed on notice that if the insurance company shall fail to receive said assignment, the issuing company may deny coverage for any loss suffered by Buyer.  IT IS THE OBLIGATION OF THE INSURED OR HIS REPRESENTATIVE TO VERIFY THE ACCEPTANCE OF THE ASSIGNMENT OF THE POLICY BY THE ISSUING COMPANY.

5. Deliver assurances of title, and insurance policies, if any, to holder of senior encumbrance or his order, or if there be no encumbrances, then to the buyer or his order.

6. If conditions of this escrow have been complied with prior to the expiration of time provided for herein, or any extension thereof, you are nevertheless to complete the escrow as soon as the conditions, except as to time, have been complied with unless written demand shall have been made upon you not to complete it.  Following receipt of such written demand not to complete the escrow, you are to promptly mail a copy of said demand to the other party.  Unless written objection thereto from such other party shall be received by you within 7 business days after mailing, you are instructed to comply with such written demand and return all monies and documents, upon payment of your cancellation fees, costs and expenses, to the party or parties depositing the same with you.  If written objection is received with the time stated, you may proceed in accordance with the provisions of paragraph 7 hereof.

7. NO NOTICE, DEMAND OR CHANGE OF INSTRUCTIONS SHALL BE OF ANY EFFECT IN THIS ESCROW UNLESS GIVEN IN WRITING BY ALL PARTIES AFFECTED THEREBY.  In the event conflicting demands or notices are made or served upon you or any controversy arises between the parties hereto or with third persons growing out of or relating to this escrow, you shall have the absolute right to withhold and stop all further proceedings in, and performance of, this escrow, until you receive written notification satisfactory to you of the settlement of the controversy by agreement of the parties thereto, or by final judgement of a court or competent jurisdiction.  All of the parties in this escrow hereby jointly and severally promise and agree to pay promptly on demand, as well as to indemnify you and to hold you harmless from and against all litigation and interpleader costs, damages, judgements, attorney's fees, expenses, obligations and liabilities of every kind which, in good faith, you may incur or suffer in connection with or arising out of this escrow, whether said litigation, interpleader, obligations liabilities or expenses arise during the performance of this escrow, or subsequent thereto, directly or indirectly.

8. You are hereby authorized to deposit any funds or documents handed you under these escrow instructions, or cause the same to be deposited, with any duly authorized sub-escrow agent, subject to your order at or prior to close of escrow, in the event such deposit shall be necessary or convenient for the consummation of this escrow.

9. All parties agree that as far as your rights and liabilities are involved, this transaction is an escrow and not any other legal relation and you are an escrow holder only on the within expressed terms, and you shall have no responsibility of notifying me or any of the parties to this escrow of any sale, resale, loan, exchange, or other transaction involving any property herein described or of any profit realized by any person, firm or corporation (broker, agent and parties to this and/or any other escrow included) in connection therewith, regardless of the fact that such transaction(s) may be handled by you in this escrow or in another escrow.

10. You are not to be concerned with the giving of any disclosures required by Federal or State law, specifically but not exclusively, RESPA (Real Estate Settlement Procedures Act), Regulation Z (Truth in Lending Disclosure), FIRPTA (Foreign Investment in Real Property Act), or other warnings, or any warranties, express or implied. Neither are you to be concerned with the effect of zoning ordinances, land division regulations, or building restrictions which may pertain to or affect the land or improvements that are the subject of this escrow.

11. The parties to this escrow have satisfied themselves outside of escrow that the transaction covered by this escrow is not in violation of the Subdivision Map Act or any other law regulating land division, and you as escrow holder are relieved of all responsibilities and/or liability in connection therewith, and are not to be concerned with the enforcement of said laws.

12. In the event any Offer to Purchase, Deposit Receipt or any other form of Purchase Agreement is deposited in this escrow, it is understood that such document shall be effective only as between the parties signing said document.  You as escrow holder are not to be concerned with the terms of such document and are relieved of all responsibility and/or liability for the enforcement of such terms and your only duty being to comply with the instructions set out in this escrow.  In connection with any loan transaction involving an FHA or VA loan, you are authorized to deliver a copy of any such document to FHA, VA or lender as the case may be.

13. All prorations and adjustments called for in this escrow are to be made on the basis of a 30 day month unless otherwise instructed in writing.  Prorations of real property taxes and assessments are to be based on the latest available tax figures from the office of the county tax assessor, as furnished by the insuring title company.  Escrow holder is released from any responsible or liability in the event this information received by Escrow holder is incorrect.  You are not responsible for any payment, adjustment or proration of Homeowners Association(or similar) fee or any unrecorded lien unless set forth in the escrow Instructions.

14. You are authorized to recorded any instruments delivered through this escrow, if necessary or proper for the issuance of the policy of title insurance specified.

15. You are authorized to furnish copies of escrow instructions, amendments thereto, closing statements, title reports and any other documents deposited in this escrow to lenders, real estate brokers and attorneys involved in this transaction.

16. If there is no written activity in this escrow within six (6) months after the date designated for close of escrow or written extension thereof, your agency obligation shall terminate at your option and you are authorized to return all documents, monies, or other items held by you to the parties who deposited them, less fees and charges herein provided.

17. You are to be concerned only with the instructions specifically set forth in the escrow instructions and amendments thereto.  You are not to be concerned with and are not liable for, any other agreements or contracts between the parties whether or not such agreements or contracts are set forth in the escrow instructions or provided to you.

18. You are released from and shall have no liability, obligation or responsibility with respect to (a) withholding of funds pursuant to Section 1445 of the Internal Revenue Code, (b) advising the parties as to the requirements of such Sections, (c) determining whether the transferor is an foreign person under such Sections, (d) obtaining a non-foreign affidavit or other exemption form withholding under such Sections, or (e) otherwise making any inquiry concerning compliance with such Sections.

19. In the event Buyer and Seller utilize "Facsimile " transmitted instructed (by Panafax, Telefax, etc.) Escrow Holder is instructed to rely and act upon such instructions in the same manner as if original signed instructions and/or amendments were in the possession of Escrow Holder.  Buyer and Seller agree that when necessary to permit compliance with closing instructions, Escrow Holder may rely on facsimile transmitted demands.

(CONTINUED)

Borrower's Initials:    _LB_ _          _          _LB_

AE00005

Date:  April 24, 2007

Escrow No.:  020615-AL

Page 3 of 3:  Additional instructions made a part of previous pages as fully incorporated therein.

20.   **CAL-FIRPTA WITHHOLDING NOTIFICATION REQUIREMENT:**
Buyer is hereby notified that on certain sales of real property under the withholding provisions of the California Revenue and Taxation Code AB 2065, a Buyer of real property may be required to withhold an amount equal to 3-1/3% of the sales price unless:
  1) The property sales price is less than $100,000; OR
  2) The property is the PRINCIPAL RESIDENCE of an individual transferor based on a written certification signed under penalty or perjury; OR
  3) The property is transferred to a corporate beneficiary by a foreclosure or a deed in lieu; OR
  4) The property transferred by an individual and will be replaced in a like kind exchange, based on a written certification by the transferor or signed under penalty of perjury; OR
  5) The property is transferred by an individual as an involuntary conversion and the transferor certifies an intent to acquire replacement property eligible for deferral under Section 1033 of the Internal Revenue Code. *
  6) The transferor is an individual who certifies under penalty of perjury that the transaction will result in a loss for California income tax purposes.
  7) The transferor is a corporation unless immediately after the transfer, the corporation has no permanent place of business in California.  A corporation has no permanent place of business if all of the following apply:
     a)    It is not organized and existing under the laws of California.
     b)    It does not qualify with the office of the Secretary of State to transact business in California.
     c)    It does not maintain and staff a permanent office in California.
For failure to withhold, the Buyer may become subject to a penalty in the amount equal to the greater of 10% of the amount required to be withheld or five hundred dollars ($500.00).
The Seller may request a reduced withholding OR waiver from withholding by contacting: FRANCHISE TAX BOARD. WITHHOLD AT SOURCE UNIT, P.O. BOX 651, SACRAMENTO, CA 95812-0651, Phone (916) 845-4900 or Toll Free at (888) 792-4900.
SELLER IS SUBJECT TO CIVIL AND CRIMINAL PENALTIES FOR KNOWINGLY PROVIDING BUYER WITH A FALSE CERTIFICATE.
BUYERS RELIANCE ON CERTIFICATE MUST BE "IN GOOD FAITH AND BASED UPON ALL INFORMATION OF WHICH HE OR SHE HAS KNOWLEDGE.

21.   Time is of the essence of these instructions.  In the event of failure to pay fees or expenses due you hereunder, on demand, I agree to pay a reasonable fee for any attorney's services which may be required to collect such fees or expenses.

22.   If a party to this escrow unilaterally assigns or orders the proceeds of this escrow to be paid to other than the original parties to this escrow, such assignment or order shall be subordinated to the expenses of this escrow, liens of record on the subject property, and payments directed to be by original parties together.  If the result of such assignment or order would be to leave the escrow without sufficient funds to close, then you are directed to close nevertheless, and to pay such assignment or orders are received by you. You are to furnish a copy of these instructions, amendments thereto, closing statements and/or any other documents deposited in this escrow to the lender or lenders and/or the real estate broker or brokers involved in this transaction upon request of such lenders or brokers.  In the event of an assignment or transfer of interest by operation of law, with or without the approval or consent of any or all of the parties hereto, you shall retain the right to deduct any and all escrow costs, fees and expenses provided for herein from said assigned or transferred funds, properties or rights said assignment or transfer notwithstanding.

23.   These instructions may be executed in counterparts, each of which shall be deemed an original regardless of the date or its execution and delivery.  All such counterparts together shall constitute one and the same document.

24.   The parties to these escrow instructions authorize you to destroy these instructions and all other instructions and records in this escrow at any time after five (5) years from the close of escrow

ESCROW COMPANIES ARE NOT AUTHORIZED TO GIVE LEGAL ADVICE.  IF YOU DESIRE LEGAL ADVICE, CONSULT YOUR ATTORNEY BEFORE SIGNING.

I/We agree to pay FUNDS REQUIRED TO CLOSE ESCROW UPON DEMAND, IF ANY.  PURSUANT TO AB512, JANUARY 1, 1990, ALL LENDER'S FUNDS (IF APPLICABLE) AND BORROWERS FUNDS TO BE DEPOSITED MUST BE CLEARED FUNDS PRIOR TO RECORDATION OF THIS TRANSACTION.  IF IT IS DEEMED NECESSARY TO WIRE FUNDS, TO EXPEDITE THE CLOSE OF ESCROW, ESCROW HOLDER IS INSTRUCTED TO PROCEED ACCORDINGLY AND TO CHARGE BORROWER, AT THE CLOSE OF ESCROW.

The foregoing terms, provisions, conditions, and instructions, and those "ADDITIONAL ESCROW CONDITIONS AND INSTRUCTIONS" contained herein are hereby approved and accepted in their entirety and concurred in by me.  I will hand you necessary documents called for on my part to cause title to be shown as above which you are authorized to deliver when you hold for my account the sum of $180,000.00 within the time as above provided, pay your escrow charges, my recording fees, charges for evidence of title as called for, whether or not this escrow is consummated.  You are hereby authorized to pay bonds, assessments, taxes, and any liens of record to show title as called for.

EACH PARTY SIGNING THESE INSTRUCTIONS HAS READ THE ADDITIONAL ESCROW CONDITIONS AND INSTRUCTIONS CONTAINED HEREIN AND APPROVES, ACCEPTS AND AGREES TO BE BOUND THEREBY.  ALL PARTIES SIGNING THIS AGREEMENT HEREBY ACKNOWLEDGE RECEIPT OF A COPY OF THESE INSTRUCTIONS.

**BORROWERS:**

_Larry Brantley_
Larry Brantley

_Ellen Brantley_
Ellen Brantley

**BORROWERS ADDRESS:**
3120 San Andreas Drive, Union City, CA 94587

Telephone:  510-429-4791

# Academy Escrow

3100 West Burbank Blvd., Suite 200
Burbank, CA 91505

Phone: (818) 557-2626
Fax: (818) 557-0314

Angie Lyon
Escrow Officer

Date:  April 27, 2007
Escrow No.:  020615-AL

AMENDED ESCROW INSTRUCTIONS

Property Address:        3120 San Andreas Drive  Union City, CA  94587

THE ABOVE NUMBERED ESCROW IS HEREBY AMENDED AND/OR SUPPLEMENTED AS
FOLLOWS:

**NEW LOAN:** Borrower will obtain a new loan in the amount of **$180,000.00** secured by a **first** deed of
trust in favor of **Praveen Chandra** payable at an interest rate of  one time interest payment of 25,000.00
for 2 Months.   Borrower agrees to comply with lenders loan requirements and to pay lender's loan fees.
Borrower's signature on said documents shall be indication of their approval of all terms and conditions
contained therein and Escrow Holder's authorization for the use of same.


ALL OTHER TERMS AND CONDITIONS TO REMAIN THE SAME.

_Larry Brantley_
Larry Brantley

_Ellen Brantley_
Ellen Brantley

AE00007

DO NOT DESTROY THIS NOTE: When paid, this note with Deed of Trust securing same, must be surrendered to Trustee for cancellation before reconveyance will be made

---

Escrow No.: 020615-AL

## NOTE SECURED BY DEED OF TRUST
### STRAIGHT NOTE

$180,000.00                                                          Date: April 26, 2007

Burbank, California.

ON OR BEFORE July 1, 2007 For Value Received, I promise to pay to    PRAVEEN CHANDRA
or order, at 9710 De Soto Avenue, Chatsworth, CA 91311

the principal sum of ONE HUNDRED EIGHTY THOUSAND AND 00/100 ($180,000.00),

Payable in one installment of $180,000.00 with a one time only interest payment of $25,000.00 for a total of $205,000.00 on or before July 1, 2007

Should default be made in payment of interest when due, the whole sum of principal and interest shall become immediately due at the option of the Holder of this Note. Principal and interest payable in lawful money of the United States. If action be instituted on this note, I promise to pay such sum as the Court may fix as attorney's fees. This note is secured by a Deed of Trust to Academy Escrow, Inc., a California corporation, as TRUSTEE.

*Larry Brantley*
Larry Brantley

*Ellen Brantley*
Ellen Brantley

AE00008

**RECORDING REQUESTED BY:**
Landsafe Title of California

**AND WHEN RECORDED MAIL TO:**

Praveen Chandra
9710 De Soto Avenue
Chatsworth, CA 91311

THIS SPACE FOR RECORDER'S USE ONLY:

Escrow No.: 020615-AL                                  Title Order No.: T07005166

## SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS

**THIS DEED OF TRUST**, made April 26, 2007                        A.P. #483-0046-036-00

Larry Brantley and Ellen Brantley, Husband and Wife as Joint Tenants, herein called **Trustor**,
whose address is 3120 San Andreas Drive, Union City CA 94587 and

Academy Escrow, Inc., a California Corporation, herein called Trustee, and Praveen Chandra , herein called **BENEFICIARY**,

**WITNESSETH:** That Trustor IRREVOCABLY GRANTS, TRANSFERS AND ASSIGNS TO TRUSTEE IN TRUST, WITH POWER OF SALE that Property in Alameda County, California, described as:
Lot 204 Tract 3111, Casa Verde Unit No. 5, as per map recorded in Book 65, Pages 21 to 23 inclusive of Maps, in the office of the County Recorder of said County.
Also Known as: 3120 San Andreas Drive, Union City, CA 94587

**This deed of trust is third and junior in lien to a first and second deed of trust currently of record.**

**TOGETHER WITH** the rents, issues and profits thereof, **SUBJECT, HOWEVER,** to the right power and authority given to and conferred upon Beneficiary by paragraph (10) of the provisions incorporated herein by reference to collect and apply such rents, issues and profits. For the **Purpose of Securing:** 1. Performance of each agreement of Trustor incorporated by reference or contained herein. 2. Payment of the indebtedness evidenced by one promissory note of even date herewith, and any extensions of renewal thereof, in the principal sum of **$180,000.00** executed by Trustor in favor of Beneficiary or order. 3. Payment of such further sums as the then record owner of said property may borrow from Beneficiary, when evidenced by another note (or notes) reciting it is so secured.

**DATED April 26, 2007**
STATE OF CALIFORNIA
COUNTY OF Alameda
On May 2, 2007
Before me, Franchesca Morales
A Notary Public in and for said State, personally appeared
Larry Brantley and
Ellen Brantley

*Personally known to me* (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
**WITNESS** my hand and official seal.

Signature _Morales_

_Larry Brantley_
Larry Brantley

_Ellen Brantley_
Ellen Brantley

FRANCHESCA MORALES
Commission # 1564279
Notary Public - California
San Mateo County
My Comm. Expires Mar 25, 2009

(This area for official notarial seal)

AE00009

**To Protect the Security of This Deed of Trust, Trustor Agrees:** By the execution and delivery of this Deed of Trust and the note secured hereby, that the provisions (1) to (14), inclusive, of the fictitious deed of trust recorded in Santa Barbara County and Sonoma County October 18, 1961, and in all other counties October 23, 1961, in the book and at the page of Official Records in the office of the county recorder of the county where said property is located, noted below opposite the name of such county, viz.:

| County | Book | Page | County | Book | Page | County | Book | Page | County | Book | Page |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alameda | 435 | 684 | Kings | 792 | 833 | Placer | 895 | 301 | Sierra | 29 | 335 |
| Alpine | 1 | 250 | Lake | 362 | 39 | Plumas | 151 | 5 | Siskiyou | 468 | 181 |
| Amador | 104 | 34 | Lassen | 171 | 471 | Riverside | 3005 | 523 | Solano | 1105 | 182 |
| Butte | 1145 | 1 | Los Angeles | T2055 | 899 | Sacramento | 4331 | 62 | Sonoma | 1851 | 389 |
| Calaveras | 145 | 152 | Madera | 810 | 170 | San Benito | 271 | 383 | Stanislaus | 1715 | 456 |
| Colusa | 296 | 617 | Marin | 1508 | 339 | San Bernardino | 5567 | 61 | Sutter | 572 | 297 |
| Contra Costa | 3978 | 47 | Mariposa | 77 | 292 | San Francisco | A332 | 905 | Tehama | 401 | 289 |
| Del Norte | 78 | 414 | Mendocino | 579 | 530 | San Joaquin | 2470 | 311 | Trinity | 93 | 366 |
| Eldorado | 568 | 456 | Merced | 1547 | 538 | San Luis Obispo | 1151 | 12 | Tulare | 2294 | 275 |
| Fresno | 4626 | 572 | Modoc | 181 | 851 | San Mateo | 4078 | 420 | Tuolumne | 135 | 47 |
| Glenn | 422 | 184 | Mono | 52 | 429 | Santa Barbara | 1878 | 860 | Ventura | 2062 | 386 |
| Humboldt | 657 | 5327 | Monterey | 2194 | 538 | Santa Clara | 5336 | 341 | Yolo | 653 | 245 |
| Imperial | 1091 | 501 | Napa | 639 | 86 | Santa Cruz | 1431 | 494 | Yuba | 334 | 486 |
| Inyo | 147 | 598 | Nevada | 305 | 320 | Shasta | 684 | 528 | | | |
| Kern | 3427 | 60 | Orange | 5889 | 611 | San Diego | Series 2 Book 1961 | | | | |
| | | | | | | | Page 183887 | | | | |

(which provisions, identical in all counties are printed on the reverse hereof) are adopted and incorporated herein and made a part hereof as fully as though set forth herein at length; that he will observe and perform said provisions; and that the references to property, obligations, and parties set forth in this Deed of Trust.

The undersigned Trustor requests that a copy of any Notice of Default and of any Notice of Sale hereunder be mailed to him at his address hereinbefore set forth.

---

DO NOT RECORD

## REQUEST FOR FULL RECONVEYANCE
To be used only when note has been paid

To: Academy Escrow, Inc., Trustee:                    . Dated:_____

The undersigned is the legal owner and holder of all indebtedness secured by the within Deed of Trust. All sums secured by said Deed of Trust have been fully paid and satisfied; and you are hereby requested and directed , on payment to you any sums owing to you under the terms of said Deed of Trust, to cancel all evidences of indebtedness, secured by said Deed of Trust, delivered to you herewith together with said Deed of Trust, and to reconvey, without warranty, to the parties designated by the terms of said Deed of Trust, the estate now held by you under the same.

| MAIL RECONVEYANCE TO | |
|---|---|
| | |
| | |
| | |
| | |

Do not lose or destroy this Deed of Trust OR THE NOTE which it secures. Both must<br>be delivered to the Trustee for cancellation before reconveyance will be made.

AE00010

## DO NOT RECORD

The following is a copy of provisions (1) to (14), inclusive, of the fictitious deed of trust, recorded in each county of California, as stated in the foregoing Deed of Trust and incorporated by reference in said Deed of Trust as being a part thereof as if set forth at length therein.

To Protect the Security of This Deed of Trust, Trustor Agrees:

1. To keep said property in good condition and repair; not to remove or demolish any building thereon; to complete or restore promptly and in good and workmanlike manner any building which may be constructed, damaged or destroyed thereon and to pay when due all claims for labor performed and material furnished therefor; to comply with all laws affecting said property or requiring any alterations or improvements to be made thereon; not to commit or permit waste thereof; not to commit, suffer or permit any act upon said property in violation of law; to cultivate, irrigate, fertilize, fumigate, prune and do all other acts which from the character or use of said property may be reasonably necessary, the specific enumerations herein not excluding the general.

2. To provide, maintain and deliver to Beneficiary fire insurance satisfactory to and with loss payable to Beneficiary. The amount collected under any fire or other insurance policy may be applied by Beneficiary upon any indebtedness secured hereby and in such order as Beneficiary may determine, or at option of Beneficiary the entire amount so collected or any part thereof may be released to Trustor. Such application or release shall not cure or waive any default or notice of default hereunder or invalidate any act done pursuant to such notice.

3. To appear in and defend any action or proceeding purporting to affect the security hereof or the rights or powers of Beneficiary or Trustee; and to pay all costs and expenses, including cost of evidence of title and attorney's fees in a reasonable sum, in any such action or proceeding in which Beneficiary or Trustee may appear, and in any suit brought by Beneficiary to foreclose this Deed.

4. To pay: at least ten days before delinquency all taxes and assessments affecting said property, including assessments on appurtenant water stock; when due, all encumbrances, charges and liens, with interest, on said property or any part thereof, which appear to be prior or superior hereto; all costs, fees and expenses of this Trust.

Should Trustor fail to make any payment or to do any act as herein provided, then Beneficiary or Trustee, but without obligation so to do and without notice to or demand upon Trustor and without releasing Trustor from any obligation hereof, may: make or do the same in such manner and to such extent as either may deem necessary to protect the security hereof, Beneficiary or Trustee being authorized to enter upon said property for such purpose; appear in and defend any action or proceeding purporting to affect the security hereof or the rights or powers of Beneficiary or Trustee; pay, purchase, contest or compromise any encumbrance, charge or lien which in the judgment of either appears to be prior or superior hereto; and, in exercising any such powers, pay necessary expenses, employ counsel and pay his reasonable fees.

5. To pay immediately and without demand all sums so expended by Beneficiary or Trustee, with interest from date of expenditure at the amount allowed by law in effect at the date hereof, and to pay for any statement provided for by law in effect at the date hereof regarding the obligation secured hereby any amount demanded by the Beneficiary not to exceed the maximum allowed by law at the time when said statement is demanded.

6. That any award of damages in connection with any condemnation for public use of or injury to said property or any part thereof is hereby assigned and shall be paid to Beneficiary who may apply or release such money(ies) received by him in the same manner and with the same effect as above provided for disposition of proceeds of fire or other insurance.

7. That by accepting payment of any sum secured hereby its due date, Beneficiary does not waive his right either to require prompt payment when due of all other sums so secured or to declare default for failure so to pay.

8. That at any time or from time to time, without liability therefor and without notice, upon written request of Beneficiary and presentation of this Deed and said note for endorsement, and without affecting the personal liability of any person for payment of the indebtedness secured hereby, Trustee may: reconvey any part of said property; consent to the making of any map or plat thereof; join in granting any easement thereon; or join in any extension agreement or any agreement subordinating the lien or charge hereof.

9. That upon written request of Beneficiary stating that all sums secured hereby have been paid, and upon surrender of this Deed and said note to Trustee for cancellation and retention and upon payment of its fees, Trustee shall reconvey, without warranty, the property then held hereunder. The recitals in such reconveyance of any matters or facts shall be conclusive proof of the truthfulness thereof. The grantee in such reconveyance may be described as "the person or persons legally entitled thereto." Five years after issuance of such full reconveyance, Trustee may destroy said note and this Deed (unless directed in such request to retain them).

10. That as additional security, Trustor hereby gives to and confers upon Beneficiary the right, power and authority, during the continuance of these Trusts, to collect the rents, issues and profits of said property, reserving unto Trustor the right, prior to any default by Trustor in payment of any indebtedness secured hereby or in performance of any agreement hereunder, to collect and retain such rents, issues and profits as they become due and payable. Upon any such default, Beneficiary may at any time without notice, either in person, by agent, or by a receiver to be appointed by a court, and without regard to the adequacy of any security for the indebtedness hereby secured, enter upon and take possession of said property or any part thereof, in his own name sue for or otherwise collect such rents, issues and profits, including those past due and unpaid, and apply the same, less costs and expenses of operation and collection, including reasonable attorney's fees, upon any indebtedness secured hereby, and in such order as Beneficiary may determine. The entering upon and taking possession of said property, the collection of such rents, issues and profits and the application thereof as aforesaid, shall not cure or waive any default or notice of default hereunder or invalidate any act done pursuant to such notice.

11. That upon default by Trustor in payment of any indebtedness secured hereby or in performance of any agreement hereunder, Beneficiary may declare all sums secured hereby immediately due and payable by delivery to Trustee of written declaration of default and demand for sale and of written notice of default and of election to cause to be sold said property, which notice Trustee shall cause to be filed for record. Beneficiary also shall deposit with Trustee this Deed, said note and all documents evidencing expenditures secured hereby.

After the lapse of such time as may then be required by law following the recordation of said notice of default, and notice of sale having been given as then required by law, Trustee, without demand on Trustor, shall sell said property at the time and place fixed by it in said notice of sale, either as a whole or in separate parcels, and in such order as it may determine, at public auction to the highest bidder for cash in lawful money of the United States, payable at time of sale. Trustee may postpone sale of all or any portion of said property by public announcement at such time and place of sale, and from time to time thereafter may postpone such sale by public announcement at the time fixed by the preceding postponement. Trustee shall deliver to such purchaser its deed conveying the property so sold, but without any covenant or warranty, express or implied. The recitals in such deed of any matters or facts shall be conclusive proof of the truthfulness thereof. Any person, including Trustor, Trustee, or Beneficiary as hereinafter defined, may purchase at such sale.

After deducting all costs, fees and expenses of Trustee and of this trust, including cost of evidence of title in connection with sale, Trustee shall apply the proceeds of sale to payment of: all sums expended under the terms hereof not then repaid, with accrued interest at the amount allowed by law in effect at the date hereof; all other sums then secured hereby; and the remainder, if any, to the person or persons legally entitled thereto.

12. Beneficiary, or any successor in ownership of any indebtedness secured hereby, may from time to time, by instrument in writing, substitute a successor or successors to any Trustee named herein or acting hereunder, which instrument, executed by the Beneficiary and duly acknowledged and recorded in the office of the recorder of the county or counties where said property is situated, shall be conclusive proof of proper substitution of such successor Trustee or Trustees, who shall without conveyance from the Trustee predecessor, succeed to all its title, estate, rights, powers and duties. Said instrument must contain the name of the original Trustor, Trustee and Beneficiary hereunder, the book and page where this Deed is recorded and the name and address of the new Trustee.

13. That this Deed applies to, inures to, the benefit of, and binds all parties hereto, their heirs, legatees, devisees, administrators, executors, successors and assigns. The term Beneficiary shall mean the owner and holder, including pledgees, of the note secured hereby whether, or not named as Beneficiary herein. In this Deed, whenever the context so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

14. That Trustee accepts this Trust when this Deed, duly executed and acknowledged, is made a public record as provided by law. Trustee is not obligated to notify any party hereto of pending sale under any other Deed of Trust or of any action or proceeding in which Trustor, Beneficiary or Trustee shall be a party unless brought by Trustee.

# FUNDS WIRED IN

Bank: 02 - Bank Of The West

## Escrow No.:  020615-AL

Ref No.:  **10026**

Date:  May 3, 2007
Issued By: Patrick Reed

Amount  $***180,000.00

Received from:    Wireless One Inc

Received in behalf of  <u>OTHER</u>

Earnest Money:  N

Description:

*Brantley*

AE00012

**Academy Escrow Inc**
**Bank of the West**

| Incoming Wire Report |
|---|
| Current Day |
| As of 03-May-2007 – 03-May-2007 |
| Printed On 03-May-2007 15:18:11 PT |

| BOW<br>847051901 | Bank of the West<br>Academy Escrow Trust Acct | USD |
|---|---|---|

### As of 03-May-2007

## CREDIT(S)

**Money Transfer Credi**

| 180,000.00 | Wire Transfer In | REF1:0 REF2:2007050300006759 |
|---|---|---|
| | DBT=A/081009428 | |
| | FIRST BANK TRUST COMPANY | |
| | 11901 OLIVE BLVD | |
| | CREVE COEUR, MO 63141 | |
| | ORG=/9427908472 | |
| | WIRELESS ONE INC | |
| | 9710 DESOTO AVE | |
| | CHATSWORTH CA 91311 | |
| | OBK=A/081009428 | |
| | FIRST BANK & TRUST | |
| | OBI=REF. ANGIE LYON, ESCROW OFFICERESCR | |
| | OW NO. 020615-AL | |
| | SRF=0000000001914688 | |
| | BBI=/REC/300 S. GRAND AVE. | |
| | LOS ANGELES, CA 90071 | |
| | BBK=D/847051901/ | |
| | ACADEMY ESCROW INC | |
| | TRUST ACCOUNT | |
| | 3100 W BURBANK #200 | |
| | BURBANK CA 91505 | |
| | BNF=/847051901 | |
| | ACADEMY ESCROW | |
| | 3100 WEST BURBANK BLVD. SUITE 200 | |
| | BURBANK, CA 91505 | |

_Brantley_

----------------

| **180,000.00** | 1 Money Transfer Credi |
|---|---|

============

| **180,000.00** | **1 Credits** |
|---|---|
| | 0 Day Availability:   180,000.00 |

## DEBITS

### NO DEBIT DETAIL DATA REPORTED

This report contains advice data, all figures are subject to posting.

AE00013

THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND. DO NOT CASH IF THE WORD "VOID" IS VISIBLE. THIS PAPER HAS AN ARTIFICIAL WATERMARK AND IS ALTERATION PROTECTED.

Case 3:07-cv-06139-SC     Document 33     Filed 05/23/2008     Page 16 of 25

# ae Academy Escrow
3100 WEST BURBANK BLVD. #200
BURBANK, CA 91505
818-557-2626

300 South Grand Avenue
Los Angeles, CA 90071
1-800-488-2265
BANK OF THE WEST

90-4284/1222     **050151**

VOID IF NOT CASHED AFTER SIX MONTHS

Escrow No.     020615-AL          Date: May 4, 2007          Amount     $*******128.00

PAY     ONE HUNDRED TWENTY-EIGHT AND 00/100 DOLLARS --------------------------

TO THE ORDER OF     FINANCIAL TITLE COMPANY
333 N. GLENOAKS BLVD., STE. 200
BURBANK, CA 91502

Academy Escrow, Inc.
Trust Account

Order No. 00362439

⑈050151⑈ ⑈1222428431⑈ 84705190⑈⑈

---

Bank of the West
ESCROW NO. 020615-AL
OFFICER: Angie Lyon
PAID TO THE ORDER OF:   FINANCIAL TITLE COMPANY
333 N. GLENOAKS BLVD., STE. 200
BURBANK, CA 91502

DATE: May 4, 2007

Check No. 050151
AMOUNT  $*******128.00

Order No. 00362439
Property: 3120 San Andreas Drive, Union City, CA  94587
Lender:  Praveen Chandra

Borrower: Larry Brantley and Ellen Brantley

Issued By: Patrick Reed

ALTA Loan Policy Fee          110.00
Recording Trust Deed           18.00

---



# ae Academy Escrow
3100 WEST BURBANK BLVD. #200
BURBANK, CA 91505
818-557-2626

300 South Grand Avenue
Los Angeles, CA 90071
1-800-488-2265
BANK OF THE WEST

90-4284/1222

Bank of the West
ESCROW NO. 020615-AL
OFFICER: Angie Lyon
PAID TO THE ORDER OF:   FINANCIAL TITLE COMPANY
333 N. GLENOAKS BLVD., STE. 200
BURBANK, CA 91502

DATE: May 4, 2007

Check No. 050151
AMOUNT  $*******128.00

Order No. 00362439
Property: 3120 San Andreas Drive, Union City, CA  94587
Lender:  Praveen Chandra

Borrower: Larry Brantley and Ellen Brantley

Issued By: Patrick Reed

**NOT NEGOTIABLE**

ALTA Loan Policy Fee          110.00
Recording Trust Deed           18.00

AE00014

THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND. DO NOT CASH IF THE WORD "VOID" IS VISIBLE. THIS PAPER HAS AN ARTIFICIAL WATERMARK AND IS ALTERATION PROTECTED.

 **Academy Escrow**
3100 WEST BURBANK BLVD. #200
BURBANK, CA 91505
818-557-2626

 BANK of the WEST
300 South Grand Avenue
Los Angeles, CA 90071
1-800-488-2265

90-4284/1222    **050152**

VOID IF NOT CASHED AFTER SIX MONTHS

Escrow No.:    020615-AL          Date: May 4, 2007          Amount    $*****1,000.00

PAY        ONE THOUSAND AND 00/100 DOLLARS ------------------------------------------------------------
TO
THE            SERGEI KLYAZMIN
ORDER                                                                            Academy Escrow, Inc.
OF                                                                                    Trust Account

⑈050152⑈ ⑆122242843⑈ 847051901⑈

---

Bank of the West
ESCROW NO. 020615-AL                                              Check No.  050152
OFFICER: Angie Lyon                    DATE: May 4, 2007        AMOUNT  $*****1,000.00
PAID TO THE ORDER OF:   SERGEI KLYAZMIN

Property: 3120 San Andreas Drive, Union City, CA  94587
Lender:  Praveen Chandra

Borrower: Larry Brantley and Ellen Brantley
                                                          Issued By: Patrick Reed
Loan Origination Fee to SERGEI KLYAZM            5,000.00

---

 **Academy Escrow**
3100 WEST BURBANK BLVD. #200
BURBANK, CA 91505
818-557-2626

BANK of the WEST
300 South Grand Avenue
Los Angeles, CA 90071
1-800-488-2265

90-4284/1222

Bank of the West
ESCROW NO. 020615-AL                                              Check No.  050152
OFFICER: Angie Lyon                    DATE: May 4, 2007        AMOUNT  $*****1,000.00
PAID TO THE ORDER OF:   SERGEI KLYAZMIN

Property: 3120 San Andreas Drive, Union City, CA  94587
Lender:  Praveen Chandra

Borrower: Larry Brantley and Ellen Brantley

Loan Origination Fee to SERGEI KLYAZM            5,000.00

Issued By: Patrick Reed

**NOT NEGOTIABLE**

SUPERIOR PRESS • (866) 648-0925  18844492

AE00015

THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND, DO NOT CASH IF THE WORD "VOID" IS VISIBLE. THIS PAPER HAS AN ARTIFICIAL WATERMARK AND IS ALTERATION PROTECTED.

# Academy Escrow

3100 WEST BURBANK BLVD. #200
BURBANK, CA 91505
818-557-2626

BANK of WEST
300 South Grand Avenue
Los Angeles, CA 90071
1-800-488-2265

90-4284/1222    **050153**

VOID IF NOT CASHED AFTER SIX MONTHS

Escrow No.    020615-AL          Date: May 4, 2007          Amount    $*****2,000.00

PAY          TWO THOUSAND AND 00/100 DOLLARS ——————————————————

TO
THE          JESSICA SKIFF                                    Academy Escrow, Inc.
ORDER                                                         Trust Account
OF

⑆050153⑈ ⑆122242843⑈ 84705190⑈

---

Bank of the West
ESCROW NO. 020615-AL                 DATE: May 4, 2007          Check No. 050153
OFFICER: Angie Lyon                                            AMOUNT  $*****2,000.00
PAID TO THE ORDER OF:  JESSICA SKIFF

Property: 3120 San Andreas Drive, Union City, CA  94587
Lender:  Praveen Chandra

Borrower: Larry Brantley and Ellen Brantley                  Issued By: Patrick Reed

Loan Origination Fee to SERGEI KLYAZM          5,000.00

---

# Academy Escrow

3100 WEST BURBANK BLVD. #200
BURBANK, CA 91505
818-557-2626

BANK of WEST
300 South Grand Avenue
Los Angeles, CA 90071
1-800-488-2265

90-4284/1222

Bank of the West
ESCROW NO. 020615-AL                 DATE: May 4, 2007          Check No. 050153
OFFICER: Angie Lyon                                            AMOUNT  $*****2,000.00
PAID TO THE ORDER OF:  JESSICA SKIFF

Property: 3120 San Andreas Drive, Union City, CA  94587
Lender:  Praveen Chandra

Borrower: Larry Brantley and Ellen Brantley

Issued By: Patrick Reed

**NOT NEGOTIABLE**

Loan Origination Fee to SERGEI KLYAZM          5,000.00

AE00016

THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND. DO NOT CASH IF THE WORD "VOID" IS VISIBLE. THIS PAPER HAS AN ARTIFICIAL WATERMARK AND IS ALTERATION PROTECTED.



## Academy Escrow
3100 WEST BURBANK BLVD. #200
BURBANK, CA 91505
818-557-2626

 BANK OF THE WEST
300 South Grand Avenue
Los Angeles, CA 90071
1-800-488-2265

90-4284/1222    **050154**

VOID IF NOT CASHED AFTER SIX MONTHS

Escrow No.:    020615-AL          Date: May 4, 2007          Amount    $*****2,000.00

PAY          TWO THOUSAND AND 00/100 DOLLARS --------------------------------------------

TO
THE
ORDER
OF          KENYA REEVES

Academy Escrow, Inc.
Trust Account

⑈050154⑈ ⑆122242843⑉ 847051901⑈

---

Bank of the West                          DATE: May 4, 2007          Check No. 050154
ESCROW NO. 020615-AL                                                 AMOUNT  $*****2,000.00
OFFICER: Angie Lyon
PAID TO THE ORDER OF:  KENYA REEVES

Property: 3120 San Andreas Drive, Union City, CA  94587
Lender:  Praveen Chandra

Borrower: Larry Brantley and Ellen Brantley

Issued By: Patrick Reed

Loan Origination Fee to SERGEI KLYAZM          5,000.00



## Academy Escrow
3100 WEST BURBANK BLVD. #200
BURBANK, CA 91505
818-557-2626

BANK OF THE WEST
300 South Grand Avenue
Los Angeles, CA 90071
1-800-488-2265

90-4284/1222

Bank of the West                                              Check No.  050154
ESCROW NO. 020615-AL          DATE: May 4, 2007              AMOUNT  $*****2,000.00
OFFICER: Angie Lyon
PAID TO THE ORDER OF:   KENYA REEVES

Property: 3120 San Andreas Drive, Union City, CA  94587
Lender:  Praveen Chandra

Borrower: Larry Brantley and Ellen Brantley

Issued By: Patrick Reed

**NOT NEGOTIABLE**

Loan Origination Fee to SERGEI KLYAZM          5,000.00

AE00017

# FUNDS WIRED OUT

Bank: 02 - Bank Of The West

## Escrow No.:   020615-AL

Ref No.:    **6012**

Date:  May 4, 2007
Issued By: Patrick Reed

Amount  $***174,157.00

Wired to:    Larry Brantley and Ellen Brantley
             C/O GARRETT BOYD
             3120 San Andreas Drive
             Union City, CA  94587

For: Refund

Property: 3120 San Andreas Drive, Union City, CA  94587

Lender:   Praveen Chandra

Borrower: Larry Brantley and Ellen Brantley

AE00018

**Academy Escrow Inc**
**Bank of the West**



```
                              Detail Report
                              Current Day
                    As of 04-May-2007 - 04-May-2007
                    Printed On 04-May-2007 14:34:10 PT
```

| BOW 847051901 | Bank of the West Academy Escrow Trust Acct | USD |
| --- | --- | --- |

**As of 04-May-2007**

### CREDIT(S)

61,120.65   Wire Transfer In          REF1:0 REF2:2007050400001863
            DBT=A/125000574
            KEY BANK
            SEATTLE, WA
            ORG=/471101002551
            FIRST AMERICAN TITLE INSURANCE
            CO
            1014 MAIN ST
            VANCOUVER WA098660-3151
            OBI=ANGIE LYON ESCROW 020544
            AL
            SRF=2007050400003523
            ORF=1178292471514
            BNF=D/847051901/
            ACADEMY ESCROW INC
            TRUST ACCOUNT
            3100 W BURBANK #200
            BURBANK CA 91505
============
**61,120.65**   **1 Credits**
            0 Day Availability:    61,120.65

### DEBIT(S)

174,157.00   Wire Transfer Out
             OUTGOING WIRE TRANSFER/
             SENDING BANK REFERENCE #
             WT07050400997315/
53,100.65    Wire Transfer Out
             OUTGOING WIRE TRANSFER/
             SENDING BANK REFERENCE #
             WT07050400996613/
============
**227,257.65**   **2 Debits**

This report contains advice data, all figures are subject to posting.
=============== END OF REPORT ===============

AE00019

# Academy Escrow Inc

Customer Id: 116480
User Name: PREED
15-Aug-2007 09:02:16 PDT

## Wire Detail Report

| | | | |
|---|---|---|---|
| **Msg Type** | FED | **Account** | BOW | 847051901 | Academy Escro |
| **Amount** | 174,157.00 | **Value Date** | 04MAY2007 |
| **Beneficiary Bank** | SUMMIT BANK - F/121138958 OAKLAND CA OAKLAND, CA US | **Beneficiary Info** | garrett boyd - 0300006615 |
| **Status** | CONFIRMED | **Sequence #** | 13 |
| **Confirmation Message** | IMAD: 0504L2B7721C001782 Ref: 2007050400006838 | | |
| **Control #** | WT07050400997315 | **Wire Ref #** | 070504006838 |

| | |
|---|---|
| **Entered on:** | 04MAY2007 |
| **Created on:** | 2007-05-04 at 14:16:04 by ALYON |
| **Approved on:** | 2007-05-04 at 14:18:54 by SLAM |
| **Released on:** | 2007-05-04 at 14:18:54 by SLAM |
| **Placed in In-Process on:** | 2007-05-04 at 14:19:03 by IISI |
| **Confirmed on:** | 2007-05-04 at 14:19:06 by IISI |
| **Confirmed on:** | 2007-05-04 at 14:19:08 by IISI |

**End of Data**

AE00020

# Academy Escrow

3100 West Burbank Blvd., Suite 200
Burbank, CA 91505

Phone: (818) 557-2626
Fax: (818) 557-0314

## BORROWER'S FINAL SETTLEMENT STATEMENT

**PROPERTY:**  3120 San Andreas Drive
Union City, CA 94587

**DATE:**  May 4, 2007

**BORROWER:**  Larry Brantley and Ellen Brantley

**CLOSING DATE:**  May 4, 2007
**ESCROW NO.:**  020615-AL

| | DEBITS | CREDITS |
|---|---|---|
| **FINANCIAL CONSIDERATION** | | |
| New 2nd Trust Deed | | 180,000.00 |
| | | |
| **LOAN INFORMATION - Praveen Chandra** | | |
| **[Charges $5,000.00]** | | |
| Loan Origination Fee to SERGEI KLYAZMIN | 5,000.00 | |
| | | |
| **TITLE/TAXES/RECORDING CHARGES** | | |
| ALTA Loan Policy Fee to FINANCIAL TITLE COMPANY | 110.00 | |
| Recording Trust Deed | 18.00 | |
| | | |
| **ESCROW CHARGES** | | |
| Escrow Fee | 500.00 | |
| Drawing Note + Trust Deed | 150.00 | |
| wire fee | 25.00 | |
| Messenger Fee | 40.00 | |
| | | |
| Refund | 174,157.00 | |
| | | |
| TOTAL | $ 180,000.00 | $ 180,000.00 |

## SAVE THIS STATEMENT FOR INCOME TAX PURPOSES

AE00021

# FINANCIAL
## TITLE COMPANY

### 333 North Glenoaks Boulevard, Suite 200, Burbank, CA 91502

| Bill To: | **Academy Escrow** | Invoice No.: | **10017964** |
|---|---|---|---|
| | **Ann Nguyen** | Date: | **05/04/2007** |
| | **3100 West Burbank Boulevard** | Our No.: | **00362439** |
| | **Suite 200** | Your No.: | |
| | **Burbank, Ca 91505** | Seller: | |
| | | Buyer: | |
| | | Title Officer: | **Mickey Sebastian** |

Property Address:     **3120 San Andreas Drive, Union City, CA 94587**

| Code | Description | Amount |
|---|---|---|
| 001 | LCP (Limited Coverage Pol | $110.00 |
| 304 | Recording Fee: Deed of Trust | $18.00 |
| | RECORDED: 05-04-07 DOC# 07-174895 | $0.00 |
| | **Total Invoice Amount** | **$128.00** |

### PLEASE SEND YOUR PAYMENT TO THE ABOVE ADDRESS

AE00022

Escrow No.: 020615-AL
Order No.: T07005166

## CONFIDENTIAL INFORMATION STATEMENT

Proper completion of this form will help protect you by enabling the title company to eliminate the problems that might arise through similarity of your name with the name of another person against whom there may be judgments, tax liens, or other matters affecting property ownership.

**COMPLETION OF THIS FORM WILL EXPEDITE YOUR ORDER AND WILL HELP PROTECT YOU**

| Name (1st Party) | Name (2nd Party) |
|---|---|
| **Larry** First  **Tyrone** Middle  **Brantley** Last | **Ellen** First  Middle  **Brantley** Last |
| **10-28-41** Date of Birth  **La.** Birthplace | **6-30-44** Date of Birth  **La.** Birthplace |
| **1961** I have lived in California since  **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** Social Security No. | **1962** I have lived in California since  **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** Social Security No. |
| Home Phone **510-429-4779** Business Phone | Home Phone **510-429-4791** Business Phone |
| Driver's license # **M0684942** | Driver's license # **N4138010** |

ARE PARTIES 1 and 2 (✓) Married ( ) Domestic Partners  Married on_____ at _____ Maiden Name _____

**RESIDENCE(S) DURING PRECEDING 10 YEARS**

| NUMBER AND STREET | CITY | | |
|---|---|---|---|
| **3120 San Andreas Dr.** | **Union City** | FROM **1974** TO **Current** |
| | | FROM TO |
| | | FROM TO |
| | | FROM TO |

(If more space is needed, use reverse side of form)

**OCCUPATION (S)**

1st Party
| PRESENT OCCUPATION | FIRM NAME | ADDRESS | NO. YEARS |
|---|---|---|---|
| | | | |
| PRIOR OCCUPATION | FIRM NAME | ADDRESS | NO. YEARS |
| | | | |

2nd Party
| PRESENT OCCUPATION | FIRM NAME | ADDRESS | NO. YEARS |
|---|---|---|---|
| | | | |
| PRIOR OCCUPATION | FIRM NAME | ADDRESS | NO. YEARS |

(If more space is needed, use reverse side of form)

**FORMER MARRIAGE(S)/PARTNERSHIPS**

If no former marriages/Domestic Partnerships, write "none"_____

1st Party - Name of former Spouse/Domestic Partner_____

Deceased_____ Divorced/Termination_____ When_____ Where_____

2nd Party - Name of former Spouse/Domestic Partner_____

Deceased_____ Divorced/Termination_____ When_____ Where_____

(If more space is needed, use reverse side of form)

THE STREET ADDRESS of the property in this transaction is: 3120 San Andreas Drive, Union City, CA 94587

IMPROVEMENT: (✓) SINGLE RESIDENCE ( ) MULTIPLE RESIDENCE ( ) COMMERCIAL
OCCUPIED BY: ( ) OWNER ( ) LESSEE ( ) TENANTS
ANY PORTION OF NEW LOAN FUNDS TO BE USED FOR CONSTRUCTION: ( ) YES ( ) NO

HAS ANY CONSTRUCTION OR IMPROVEMENTS BEEN MADE TO THE PROPERTY IN THIS TRANSACTION DURING THE LAST SIX MONTHS?
( ) YES  ( ) NO

*Larry Brantley*
SIGNATURE
**5-2-07**
DATE

*Ellen Brantley*
SIGNATURE
**5-2-07**
DATE

AE00023