```
1  DOROTHY D. GUILLORY
   Attorney at Law, CSBN 114891
2  1271 Washington Avenue, #380
   San Leandro, CA  94577
3  (510) 639-2959
   Fax:  (510) 639-2961
4
5  Attorney for Plaintiffs
   ELLEN AND LARRY BRANTLEY
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TYRONE BRANTLEY, ELLEN BRANTLEY,<br><br>   Plaintiffs,<br><br>vs.<br><br>GARRETT BOYD, ROBERT A. RASHEED, MoDo REALTY, INC., PRAVEEN CHANDRA, ACADEMY ESCROW, SCHWARTZ & FENSTER P.C.<br><br>   Defendants. | Case No.:  C-07-06139 SC (ADR)<br><br>STIPULATION TO EXTENSION OF DEADLINE TO MEDIATE AND REQUEST FOR COURT ORDER |

The parties, through their counsel of record, jointly declare as follows:

1.  On March 4, 2008, the Court ordered this case to be mediated, with mediation to occur within 90 days of the date of the order.  Mediator Rick Warren was appointed on March 27, 2008.

2.  Due to a series of events involving the retention of counsel, appearances by Defendants, and calendar conflicts, the parties did not mediate the case within 90 days of the Court's order.

3.  The parties, through their respective counsel of record, stipulate to an extension of

Joint Req. Ext. Mediate, p. 1

the deadline date to mediate from June 4, 2008, to September 15, 2008 under Civ. Local Rules 6-2, 16-2(d) and jointly ask the Court to grant this extension.

4. On May 29, 2008, counsel for the parties held a telephonic conference with Mediator Rick Warren and set a mediation date of July 31, 2008, provided that the Court approves this Stipulation.

5. There have been no prior requests for time modifications in this case.

6. There is no trial date set in this matter. The next case management conference is scheduled for June 13, 2008. The requested extension of the deadline date to mediate from June 4, 2008, to September 15, 2008, will not have an effect on discovery deadlines, pre-trial or trial dates, as none of these dates have been set; and the extension could possibly obviate the necessity of trial.

We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 3, 2008

/s/ Dorothy D. Guillory
_____
Attorney for Plaintiffs the Brantleys

/s/ Douglas W. Dal Cielo
_____
Attorney for Defendant Robert Rasheed

/s/ B. Edward McCutchan
_____
Attorney for Defendants MoDo Realty and Royal Crown Mortgage

/s/ Sheryl Alice Traum
_____
Attorney for Defendants Praveen Chandra and Schwartz & Fenster

Consented to electronic signature 6/3/08.

/s/ Michael Lloyd Smith
_____
Attorney for Defendant Academy Escrow

Joint Req. Ext. Mediate, p. 2

the deadline date to mediate from June 4, 2008, to September 15, 2008 under Civ. Local Rules 6-2, 16-2(d) and jointly ask the Court to grant this extension.

4. On May 29, 2008, counsel for the parties held a telephonic conference with Mediator Rick Warren and set a mediation date of July 31, 2008, provided that the Court approves this Stipulation.

5. There have been no prior requests for time modifications in this case.

6. There is no trial date set in this matter. The next case management conference is scheduled for June 13, 2008. The requested extension of the deadline date to mediate from June 4, 2008, to September 15, 2008, will not have an effect on discovery deadlines, pre-trial or trial dates, as none of these dates have been set; and the extension could possibly obviate the necessity of trial.

We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 3, 2008

/s/ *Dorothy D. Guillory*

Attorney for Plaintiffs the Brantleys

/s/ *Douglas W. Dal Cielo*

Attorney for Defendant Robert Rasheed

/s/ *B. Edward McCutchan*   6-3-08

Attorney for Defendants MoDo Realty and Royal Crown Mortgage

/s/ *Sheryl Alice Traum*

Attorney for Defendants Praveen Chandra and Schwartz & Fenster

/s/ *Michael Lloyd Smith*

Attorney for Defendant Academy Escrow

Joint Req. Ext. Mediate, p. 2

1 | PURSUANT TO THE PARTIES' STIPULATION, AND FOR GOOD CAUSE SHOWN,
2 | THE COURT GRANTS THE PARTIES' REQUEST FOR AN EXTENSION OF THE
3 | DEADLINE TO MEDIATE THIS CASE FROM June 4, 2008, to September 15, 2008.

7 | Dated: _____

HON. SAMUEL CONTI

U.S. DISTRICT COURT JUDGE