DOROTHY D. GUILLORY
Attorney at Law, CSBN 114891
1271 Washington Avenue, #380
San Leandro, CA  94577
(510) 639-2959
Fax:  (510) 639-2961


Attorney for Plaintiffs
LARRY TYRONE BRANTLEY, SR.
ELLEN BRANTLEY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TYRONE BRANTLEY, SR., ELLEN BRANTLEY,<br><br>    Plaintiffs,<br><br>v.<br><br>GARRETT BOYD, ROBERT A. RASHEED, MoDo REALTY, INC., PRAVEEN CHANDRA, ACADEMY ESCROW, SCHWARTZ & FENSTER P.C., and DOES 1-10<br><br>    Defendants. | Case No.:  C 07-06139 SC<br><br>PLAINTIFFS' NOTICE OF CHANGE IN E-MAIL ADDRESS |

**PLEASE TAKE NOTICE** that the **e-mail address** of Plaintiff's counsel, Dorothy D. Guillory, has been **changed** from "guilloryd@sbcglobal.net" **to guildorothy@aol.com.** PACER has been updated accordingly, and counsel for the parties has been notified.

Dated:  August 8, 2008

                              */s/ Dorothy D. Guillory*
                              _____
                              DOROTHY D. GUILLORY
                              Attorney for Plaintiff