1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF CALIFORNIA

3    LARRY BRANTLEY, SR., et al.,

4           Plaintiff(s),                          No.  C-07-6139-SC

5      v.
                                                   Clerk's Notice
6    GARRETT  BOYD, et al. ,

7           Defendant(s).

8    _____/

9

10

11   YOU ARE NOTIFIED THAT the Court has rescheduled the **Case Management Conference**
scheduled for **August 15, 2008**  before the Honorable Samuel Conti. The conference has been reset
12   for **December 19, 2008 at 10:00 a.m.**  Parties are to file one Joint Case Management Conference
Statement seven days prior to the conference.
13

14   Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San
15   Francisco, CA 94102.

16

17

18

19

20

21

22

23

24   Dated: August 14, 2008                        FOR THE COURT,

25                                                  Richard W. Wieking, Clerk

26                                                  By:   T. De Martini
27                                                        Courtroom Deputy Clerk

28

**United States District Court**
For the Northern District of California