DOUGLAS W. DAL CIELO (SBN 157109)
GREGORY M. GENTILE (SBN 142424)
ROPERS, MAJESKI, KOHN & BENTLEY
50 West San Fernando Street, Suite 1400
San Jose, CA 95113
Telephone: (408) 287-6262
Facsimile: (408) 918-4501

Attorneys for Cross-Complainants/
Cross-Claimants ROBERT A. RASHEED and
PREMIER TEAM INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TYRONE BRANTLEY, SR., ELLEN BRANTLEY, <br><br> Plaintiff, <br><br> v. <br><br> GARRETT BOYD, ROBERT A. RASHEED, MODO REALTY, INC., PRAVEEN CHANDRA, ACADEMY ESCROW, SCHWARTZ & FENSTER, P.C., and DOES 1-10, <br><br> Defendants. <br><br> ROBERT A. RASHEED AND PREMIER TEAM INC., <br><br> Cross-Complainants, <br><br> v. <br><br> GARRETT BOYD and ROES 1-20, inclusive, <br><br> Cross-Defendant. | CASE NO. 07-CV-06139-SC <br><br> **REQUEST TO ENTER DEFAULT** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT

Cross-Complainants/Cross-Claimants ROBERT A. RASHEED and PREMIER TEAM INC. hereby request that the Clerk of the above-entitled Court enter default in this matter against

Cross-Defendant/Cross-Claimant Defendant GARRETT BOYD on the ground that said Cross-Defendant has failed to appear or otherwise respond to the Cross-Complaint filed by ROBERT A. RASHEED and PREMIER TEAM INC. within the time prescribed by the Federal Rules of Civil Procedure. Cross-Complainant/Cross-Claimants served the Cross-Complaint on Cross-Defendant/Cross-Claimant Defendant GARRETT BOYD on July 19, 2008, as evidenced by the Proof of Service of Summons on file with this Court.

The above stated facts are set forth in the accompanying Declaration of Gregory M. Gentile, Esq. filed herewith.

Dated: September 2, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By _____
GREGORY M. GENTILE
Attorneys for Cross-Complainants/
Cross-Claimants ROBERT RASHEED and
PREMIER TEAM INC.

1  CASE NAME:    BRANTLEY v BOYD

2  ACTION NO.:   07-CV-01639-SC

3                    PROOF OF SERVICE

4   I am a citizen of the United States. My business address is 50 West San Fernando Street, Suite 1400, San Jose, CA 95113. I am employed in the County of Santa Clara where this service
5   occurs. I am over the age of 18 years, and not a party to the within cause.

6   On September 2, 2008, I served the following documents via the United States District Court Electronic Service and Pacer system:

7
                    **REQUEST TO ENTER DEFAULT**
8

9   on designated recipients through electronic transmission through the ECF system. Upon completion of said transmission of said documents, a certified receipt is issued to the filing
10  party acknowledging receipt by ECF system.

11  I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct and was executed on September 2, 2008 at San Jose, California.

12

13                                          _____
14                                          Bonnie Langston

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

DOUGLAS W. DAL CIELO (SBN 157109)
GREGORY M. GENTILE (SBN 142424)
ROPERS, MAJESKI, KOHN & BENTLEY
50 West San Fernando Street, Suite 1400
San Jose, CA 95113
Telephone: (408) 287-6262
Facsimile: (408) 918-4501

Attorneys for Cross-Complainants/
Cross-Claimants ROBERT A. RASHEED
and PREMIER TEAM INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TYRONE BRANTLEY, SR., ELLEN BRANTLEY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GARRETT BOYD, ROBERT A. RASHEED, MODO REALTY, INC., PRAVEEN CHANDRA, ACADEMY ESCROW, SCHWARTZ & FENSTER, P.C., and DOES 1-10,<br><br>　　　　Defendants.<br><br>ROBERT A. RASHEED AND PREMIER TEAM INC.,<br><br>　　　　Cross-Complainants,<br><br>v.<br><br>GARRETT BOYD and ROES 1-20, inclusive,<br><br>　　　　Cross-Defendant. | CASE NO. 07-CV-06139-SC<br><br>**DECLARATION OF GREGORY M. GENTILE IN SUPPORT OF CLERK ENTRY OF DEFAULT** |

I, Gregory M. Gentile, declare:

1. I am one of the attorneys of record for Defendant ROBERT A. RASHEED and Cross-Defendant/Cross-Complainants ROBERT A. RASHEED and PREMIER TEAM INC. I

RC1/5168356.1/BL1 　　　- 1 -　　　DECLARATION OF GREGORY M. GENTILE IN SUPPORT OF CLERK ENTRY OF DEFAULT — CASE NO. 07-CV-06139-SC

1  make this Declaration in support of a Clerk Entry Default against Cross-Defendant GARRETT
2  BOYD.
3       2.     Cross-Defendant has not appeared in this action and has not responded to the
4  Cross-Complaint within the time permitted by law, despite lawful service on Cross-Defendant on
5  July 19, 2008.
6       3.     Attached hereto is a true and correct copy of the Proof of Service which is on file
7  with this Court reflecting proof of service on GARRETT BOYD on July 19, 2008. The time
8  allowed by law for GARRETT BOYD to respond to said Cross-Complaint has expired and
9  GARRETT BOYD has failed to file a pleading or motion permitted by law.
10      4.     Cross-Defendant is not a minor, incompetent person, or a person in military
11 service or otherwise exempted from default under the Soldiers and Sailors Civil Relief Act of
12 1940.
13      5.     The Cross-Complaint stemmed from a lawsuit filed by LARRY TYRONE
14 BRANTLEY and ELLEN BRANTLEY and a subsequent Cross-Complaint filed by PRAVEEN
15 CHANDRA and SCHWARTZ & FENSTER, P.C. Requesting Parties request for default
16 emanates from the failure of GARRETT BOYD to respond to the Cross-Complaint filed by
17 ROBERT A. RASHEED and PREMIER TEAM INC. for breach of contract and indemnity in the
18 action filed by the aforementioned Plaintiffs and Cross-Complainants.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 2nd day of September, 2008, at San Jose, California.

GREGORY M. GENTILE

RC1/5168356.1/BL1      - 2 -      DECLARATION OF GREGORY M. GENTILE IN SUPPORT OF CLERK ENTRY OF DEFAULT — CASE NO. 07-CV-06139-SC

DOUGLAS W. DAL CIELO (SBN 157109)
GREGORY M. GENTILE (SBN 142424)
ROPERS, MAJESKI, KOHN & BENTLEY
50 West San Fernando Street, Suite 1400
San Jose, CA 95113
Telephone:    (408) 287-6262
Facsimile:    (408) 918-4501

Attorneys for Cross-Complainants/
Cross-Claimants ROBERT A. RASHEED
and PREMIER TEAM INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TYRONE BRANTLEY, SR., ELLEN BRANTLEY,<br><br>Plaintiff,<br><br>v.<br><br>GARRETT BOYD, ROBERT A. RASHEED, MODO REALTY, INC., PRAVEEN CHANDRA, ACADEMY ESCROW, SCHWARTZ & FENSTER, P.C., and DOES 1-10,<br><br>Defendants.<br><hr>ROBERT A. RASHEED AND PREMIER TEAM INC.,<br><br>Cross-Complainants,<br><br>v.<br><br>GARRETT BOYD and ROES 1-20, inclusive,<br><br>Cross-Defendant. | CASE NO. 07-CV-06139-SC<br><br>**[PROPOSED] DEFAULT BY CLERK** |

It appearing from the records in the above-entitled action that Summons has been served upon the Cross-Defendant/Cross-Claimant Defendant GARRETT BOYD, and it further appearing from the affidavit of counsel for Cross-Complainants/Cross-Claimants ROBERT A.

RASHEED and PREMIER TEAM INC., and other evidence as required by F.R.C.P. 55(a) and that Cross-Defendant/Cross-Claimant GARRETT BOYD has failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the DEFAULT of Cross-Defendant/Cross-Claimant GARRETT BOYD is hereby entered.

Dated: _____   By _____
                                        Deputy Clerk