**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

September 10, 2008

RE:  CV 07-06139 SC        LARRY TYRONE BRANTLEY, SR.-v- GARRETT BOYD

Default is entered as to Defendant Garrett Boyd on 9/10/08. All parties noticed via e-mail or U.S. mail.

RICHARD W. WIEKING, Clerk

*Alfred Amistoso* (signature)

by Alfred Amistoso
Case Systems Administrator

NDC TR-4  Rev. 3/89