VERNON C. GOINS II (SBN 195461)
BRIAN K. HILLIARD (SBN 244193)
TAYLOR, GOINS & STALLWORTH LLP
1330 Broadway, Suite 1701
Oakland, CA 94612
Telephone:     (510) 893-9465
Facsimile:      (510) 893-4228

Attorneys for Defendant
GARRETT BOYD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TYRONE BRANTLY, SR., ELLEN BRANTLEY,<br><br>　　　　　　　　Plaintiffs,<br><br>VS.<br><br>GARRETT BOYD, ROBERT A. RASHEED, MODO REALTY, INC., PRAVEEN CHANDRA, ACADEMY ESCROW, SCHWARTZ & FENSTER, P.C., JOHN FULLARD, and DOES 1 through 10, inclusive,<br><br>　　　　　　　　Defendant(s). | No. **3:07-CV06139-SC**<br><br>~~[PROPOSED]~~ **ORDER GRANTING STIPULATED REQUEST TO SET ASIDE DEFAULT** |

ROBERT A. RASHEED AND

PREMIER TEAM.,

　　　　　　　　Cross-Complainants,

GARRETT BOYD and ROES 1-20,

inclusive,

　　　　　　　　Cross-Defendant.

1

The Court, having read and considered all of the papers submitted with respect to the said application, and having heard the arguments of counsel, if any, and good cause appearing therefore, IT IS HEREBY ORDERED:

The parties stipulated request to extend time to answer the complaint is hereby GRANTED.

WHEREAS, the Entry of Default that was entered on September 9, 2008 is hereby set Aside;

WHEREAS, Defendant and Cross-Defendant Garrett Boyd will have until October 2, 2008 to file an answer to the Cross-Complaint.

October 1, 2008
Dated: ~~September~~ ____, 2008



_____
JUDGE OF THE UNITED STATES DISTRICT COURT

2