**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
LARRY TYRONE BRANTLEY, SR., ELLEN  )    Case No. 07-6139 SC
BRANTLEY,                          )
                                   )
          Plaintiffs,              )    ORDER DENYING
                                   )    DEFENDANT'S EX PARTE
     v.                            )    APPLICATION TO
                                   )    ADVANCE THE DATE OF
GARRET BOYD, ROBERT A. RASHEED,    )    THE NEXT CASE
MODO REALTY, INC., PRAVEEN CHANDRA,)    MANAGEMENT CONFERENCE
ACADEMY ESCROW, SCHWARTZ & FENSTER,)
P.C., and DOES 1-10,               )
                                   )
          Defendants.              )
_____)
                                   )
ACADEMY ESCROW,                    )
                                   )
          Cross-Complainant,       )
                                   )
     v.                            )
                                   )
GARRET BOYD and DOES 1-50,         )
                                   )
          Cross-Defendant,         )
_____)
                                   )
AND ALL OTHER RELATED CROSS-       )
ACTIONS.                           )
_____)
```

Apparently out of concern that Defendant Garret Boyd would not appear for a deposition, Defendant Academy Escrow filed an Ex Parte Application to Advance the Date of the Next Case Management Conference ("Application"), which is currently scheduled for

December 19, 2008.  Docket No. 54.  Having failed to show good cause, Defendant's Application is DENIED.

IT IS SO ORDERED.

Dated: December 3, 2008



UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2