SHERYL A. TRAUM (SBN 139328)
CHAPMAN & INTRIERI
2236 Mariner Square Drive, Suite 300
Alameda, CA 94501
Telephone: (510) 864-3600
Facsimile: (510) 864-3601
E-Mail: straum@chapmanandintrieri.com

Attorney for Defendants and Cross-Complainants
PRAVEEN CHANDRA and SCHWARTZ & FENSTER, P.C.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TYRONE BRANTLEY, SR., ELLEN BRANTLEY,<br><br>Plaintiff,<br><br>v.<br><br>GARRETT BOYD, ROBERT A. RASHEED, MODO REALTY, INC., PRAVEEN CHANDRA, ACADEMY ESCROW, SCHWARTZ & FENSTER, P.C., and DOES 1-10,<br><br>Defendants.<br><br>AND RELATED CROSS ACTIONS. | CASE NO. 07-CV-01639-SC<br><br>**STIPULATION OF DISMISSAL** |

It is hereby stipulated by and between the parties to this Stipulation, through their designated counsel, that Defendants and Cross-Complainants PRAVEEN CHANDRA and SCHWARTZ & FENSTER, P.C.'s claim is hereby dismissed with prejudice as to Defendant

///
///
///
///
///

RCI/5242854.1/BLI                               - 1 -                     STIPULATION OF DISMISSAL —
                                                                          CASE NO. 07-CV-06139-SC

1  ROBERT A. RASHEED. Each party to bear their own costs and attorney's fees. This dismissal
2  is pursuant to F.R.C.P. 41 (a)(2).

3  Dated: January 30, 2009                CHAPMAN & INTRIERI

5                                          By _____
6                                             SHERYL A. TRAUM
                                              Attorney for Defendants and Cross-
7                                             Complainants PRAVEEN CHANDRA and
                                              SCHWARTZ & FENSTER, P.C.

9  Dated: January 4, 2009                 ROPERS, MAJESKI, KOHN & BENTLEY

10    February

11                                          By _____
                                              GREGORY M. GENTILE
12                                            Attorneys for Defendant
                                              ROBERT A. RASHEED

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RC1/5242854.1/BL1                    - 2 -                    STIPULATION OF DISMISSAL —
                                                              CASE NO. 07-CV-06139-SC