```
 1  DOROTHY DAVIS GUILLORY (SBN 114891)
    LAW OFFICE OF DOROTHY GUILLORY
 2  1701 Harrison Street
    Oakland, CA 94612
 3  Telephone:   (510) 836-2111
    Facsimile:   (510) 836-2112
 4  E-Mail:      Guildorothy@aol.com

 5  Attorney for Plaintiffs
    LARRY TYRONE BRANTLEY, SR. and
 6  ELLEN BRANTLEY

 7
                      UNITED STATES DISTRICT COURT
 8
                    NORTHERN DISTRICT OF CALIFORNIA
 9
10                                               6139
11  LARRY TYRONE BRANTLEY, SR.,    CASE NO. 07-CV-01639-SC
    ELLEN BRANTLEY,
12
                 Plaintiff,
13                                 STIPULATION OF DISMISSAL
    v.
14
    GARRETT BOYD, ROBERT A.
15  RASHEED, MODO REALTY, INC.,
    PRAVEEN CHANDRA, ACADEMY
16  ESCROW, SCHWARTZ & FENSTER,
    P.C., and DOES 1-10,
17
                 Defendants.
18
19  AND RELATED CROSS ACTIONS.
20
21      It is hereby stipulated by and between the parties to this Stipulation, through their
22  designated counsel, that Plaintiffs LARRY TYRONE BRANTLEY and ELLEN BRANTLEY's
23  claim is hereby dismissed with prejudice as to Defendant ROBERT A. RASHEED. Each
24  ///
25  ///
26  ///
27  ///
28  ///
```

RC1/5242845.1/BL1     - 1 -     STIPULATION OF DISMISSAL — CASE NO. 07-CV-06139-SC

1  party to bear their own costs and attorney's fees. This dismissal is pursuant to F.R.C.P. 41 (a)(2).

2  Dated: January 31, 2009            LAW OFFICE OF DOROTHY GUILLORY

         By _____
         DOROTHY DAVIS GUILLORY
         Attorney for Plaintiffs
         LARRY TYRONE BRANTLEY and ELLEN
         BRANTLEY

   Dated: January ___, 2009           ROPERS, MAJESKI, KOHN & BENTLEY

         February 11, 2009

         By _____
         GREGORY M. GENTILE
         Attorneys for Defendant
         ROBERT A. RASHEED

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]

RC1/5242845.1/BL1                    - 2 -                    STIPULATION OF DISMISSAL —
                                                              CASE NO. 07-CV-06139-SC