DOUGLAS W. DAL CIELO (SBN 157109)
GREGORY M. GENTILE (SBN 142424)
ROPERS, MAJESKI, KOHN & BENTLEY
50 West San Fernando Street, Suite 1400
San Jose, CA 95113
Telephone: (408) 287-6262
Facsimile: (408) 918-4501

Attorneys for Cross-Complainants ROBERT A.
RASHEED and PREMIER TEAM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TYRONE BRANTLEY, SR., ELLEN BRANTLEY,<br><br>    Plaintiff,<br><br>v.<br><br>GARRETT BOYD, ROBERT A. RASHEED, MODO REALTY, INC., PRAVEEN CHANDRA, ACADEMY ESCROW, SCHWARTZ & FENSTER, P.C., and DOES 1-10,<br><br>    Defendants.<br>_____<br>ROBERT A. RASHEED AND PREMIER TEAM INC.,<br><br>    Cross-Complainants,<br><br>v.<br><br>GARRETT BOYD and ROES 1-20, inclusive,<br><br>    Cross-Defendant. | CASE NO. 07-CV-06139-SC<br><br>[Proposed] ORDER GRANTING ROPERS, MAJESKI, KOHN & BENTLEY'S MOTION TO WITHDRAW<br><br>Date: June 12, 2009<br>Time: 10:00 a.m.<br>Dept.: Courtroom 1, 17th Floor<br>Judge: Hon. Samuel Conti |

    Ropers, Majeski, Kohn & Bentley's motion to withdraw as counsel of record for Cross-Complainants ROBERT A. RASHEED and PREMIER TEAM, INC., a California corporation, can before this Court on June 12, 2009.

1  IT IS HEREBY ORDERED that Ropers, Majeski, Kohn & Bentley's motion to withdraw
2  as counsel of record for Cross-Complainants ROBERT A. RASHEED and PREMIER TEAM,
3  INC. is GRANTED.
4  IT IS FURTHER ORDERED that Ropers, Majeski, Kohn and Bentley maintain and serve
5  on Cross-Complainant ROBERT A. RASHEED and PREMIER TEAM, INC. all papers in this
6  matter.

8  Dated: June 11, 2009



_____
THE HONORABLE SAMUEL CONTI
Judge of the United States District Court

RC1/5324706.1/DK4     - 2 -     **[PROPOSED] ORDER GRANTING ROPERS, MAJESKI, KOHN & BENTLEY'S MOTION TO WITHDRAW**
CASE NO. 07-CV-06139-SC