UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TYRONE BRANTLEY, SR., ELLEN BRANTLEY,<br><br>           Plaintiffs,<br><br>   v.<br><br>GARRET BOYD, ROBERT A. RASHEED, MODO REALTY, INC., PRAVEEN CHANDRA, ACADEMY ESCROW, SCHWARTZ & FENSTER, P.C., and DOES 1-10,<br><br>           Defendants.<br>_____<br><br>AND ALL OTHER RELATED CROSS-ACTIONS.<br>_____ | Case No. 07-6139 SC<br><br>ORDER TO SHOW CAUSE WHY COMPLAINT AND CROSS-COMPLAINT SHOULD NOT BE <u>DISMISSED</u> |

On June 12, 2009, Plaintiffs' counsel failed to appear for a hearing in this case. The Court hereby issues an Order to Show Cause why Plaintiffs' Complaint should not be dismissed for failure for prosecute. Failure to appear at the Show Cause Hearing will result in dismissal of the Complaint.

On April 17, 2008, Robert Rasheed and Premier Team, Inc. ("Rasheed") filed a Cross-Complaint against Garret Boyd. Docket No. 30. Rasheed settled in good faith with Larry Brantley, Ellen Brantley, Praveen Chandra, and Schwartz & Fenster, and there are no longer any claims against him pending in this litigation. <u>See</u> Docket Nos. 73, 76, 83. The Court hereby issues an Order to Show Cause why Rasheed's Cross-Complaint should not be dismissed.

The Show Cause Hearing is scheduled for June 26, 2009, at

10:00 a.m. in Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.  Rasheed shall appear personally if he wishes to proceed pro se, or may do so through counsel if he has secured new counsel.  Failure to appear will result in dismissal of Rasheed's Cross-Complaint.  Rasheed's former counsel, Ropers, Majeski, Kohn & Bentley, must serve this Order on Rasheed and file a proof of service with the Court.

IT IS SO ORDERED.

Dated: June 12, 2009

_____
UNITED STATES DISTRICT JUDGE