LORBER, GREENFIELD & POLITO, LLP
Lisa M. Cappelluti, Esq., SBN 176568
Sheryl A. Traum
150 Post Street, Suite 700
San Francisco, California 94108
TEL: (415) 986-0688 / FAX (415) 986-1172
lcappelluti@lorberlaw.com; straum@lorberlaw.com

Attorneys for Defendant/Cross-Complainant
PRAVEN CHANDRA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TYRONE BRANTLEY, SR., ELLEN BRANTLEY,<br><br>Plaintiffs,<br><br>v.<br><br>GARRETT BOYD, ROBERT A. RASHEED, MODO REALTY, INC., PRAVEN CHANDRA, ACADEMY ESCROW, SCHWARTZ & FENSTER, P.C., and DOES 1-10,<br><br>Defendants.<br><br>AND RELATED CROSS ACTIONS. | Case No. 3:07-CV-6139 SC<br><br>**DEFENDANT/CROSS-COMPLAINANT PRAVEN CHANDRA'S SUBSTITUTION OF ATTORNEY** |

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

Defendant/Cross-Complainant PRAVEN CHANDRA hereby substitutes in as his attorney of record Sheryl A. Traum and Lisa Cappelluti of Lorber, Greenfield & Polito, 150 Post Street, Suite 700, San Francisco, California, telephone (415)986-0688, fax (415)986-1172, in place and instead of the law firm of Chapman & Intrieri, 2236 Mariner Square Drive, Suite 300, Alameda, CA.

All subsequent correspondence and and filings directed to Praven Chandra should be sent to

///

///

Sheryl A. Traum and Lisa Cappelluti.

This Substitution of Attorney shall be effective as of October 19, 2009.

I consent to the above substitution:

Dated: _____

PRAVEN CHANDRA
Defendant and Cross-Complainant

We consent to the above substitution:

Dated: _____

CHAPMAN & INTIERI

By: _____
　　Former Attorneys for
Defendant and Cross-Complainant
PRAVEN CHANDRA

We consent to the above substitution:

Dated: 10/20/09

LORBER, GREENFIELD & POLITO, LLP

By: _____
　　LISA M. CAPPELLUTI
　　Sheryl A. Traum
Attorneys for Defendant and Cross-Complainant
PRAVEN CHANDRA

LORBER, GREENFIELD & POLITO, LLP
150 Post Street, Suite 700, San Francisco, California 94108
Telephone (415) 986-0688 / Facsimile (415) 986-1172

l:\cases\brantley v. boyd\pleadings\substitution of attorney.doc

1 | Sheryl A. Traum and Lisa Cappelluti.

2 | This Substitution of Attorney shall be effective as of October 19, 2009.

4 | I consent to the above substitution:

5 | Dated: 10/29/09

_____
PRAVEN CHANDRA
Defendant and Cross-Complainant

9 | We consent to the above substitution:

10 | Dated: 10/29/09

CHAPMAN & INTIERI

By: _____
Former Attorneys for
Defendant and Cross-Complainant
PRAVEN CHANDRA

16 | We consent to the above substitution:

18 | Dated: 10/29/09

LORBER, GREENFIELD & POLITO, LLP

By: _____
LISA M. CAPPELLUTI
Sheryl A. Traum
Attorneys for Defendant and Cross-Complainant
PRAVEN CHANDRA

**IT IS SO ORDERED**
_[signature]_
U.S. DISTRICT JUDGE

November 4, 2009

---

2

SUBSTITUTION OF ATTORNEY