LORBER, GREENFIELD & POLITO, LLP
Lisa M. Cappelluti, Esq., SBN 176568
Sheryl A. Traum, Esq. SBN 139328
150 Post Street, Suite 700
San Francisco, California 94108
TEL: (415) 986-0688 / FAX (415) 986-1172
lcappelluti@lorberlaw.com; straum@lorberlaw.com

Attorneys for Defendant/Cross-Complainant
PRAVEEN CHANDRA and SCHWARTZ & FENSTER, P.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TYRONE BRANTLEY, SR., ELLEN BRANTLEY,<br><br>Plaintiffs,<br><br>v.<br><br>GARRETT BOYD, ROBERT A. RASHEED, MODO REALTY, INC., PRAVEEN CHANDRA, ACADEMY ESCROW, SCHWARTZ & FENSTER, P.C., and DOES 1-10,<br><br>Defendants.<br><br>AND RELATED CROSS ACTIONS. | Case No. 3:07-CV-6139 SC<br><br>**DEFENDANT/CROSS-COMPLAINANT SCHWARTZ & FENSTER, P.C.'S SUBSTITUTION OF ATTORNEY** |

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

Defendant/Cross-Complainant SCHWARTZ & FENSTER hereby substitutes in as its attorney of record Sheryl A. Traum and Lisa Cappelluti of Lorber, Greenfield & Polito, 150 Post Street, Suite 700, San Francisco, California, telephone (415)986-0688, fax (415)986-1172, in place and instead of the law firm of Chapman & Intrieri, LLP, 2236 Mariner Square Drive, Suite 300, Alameda, CA

All subsequent correspondence and and filings directed to SCHWARTZ & FENSTER should be

///

sent to Sheryl A. Traum and Lisa Cappelluti.

I consent to the above substitution:

Dated: 1-12-10

SCHWARTZ & FENSTER P.C.

By: _____
STEPHEN M. FENSTER, ESQ.
Defendant and Cross-Complainant

We consent to the above substitution:

Dated: _____

CHAPMAN & INTIERI

By:_____
Former Attorneys for
Defendant and Cross-Complainant
SCHWARTZ & FENSTER

We consent to the above substitution:

Dated: _____

LORBER, GREENFIELD & POLITO, LLP

By:_____
LISA M. CAPPELLUTI
Sheryl A. Traum
Attorneys for Defendant and Cross-Complainant
PRAVEN CHANDRA

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LORBER, GREENFIELD & POLITO, LLP
150 Post Street, Suite 700, San Francisco, California 94108
Telephone (415) 986-0688 / Facsimile (415) 986-1172

sent to Sheryl A. Traum and Lisa Cappelluti.

I consent to the above substitution:

Dated: _____

_____
STEPHEN M. FENSTER, ESQ.
Defendant and Cross-Complainant

We consent to the above substitution:

Dated: 1/20/10

CHAPMAN & INTIERI

By: _____
Karen St. Onge
Former Attorneys for
Defendant and Cross-Complainant
SCHWARTZ & FENSTER

We consent to the above substitution:

Dated: 1/20/10

LORBER, GREENFIELD & POLITO, LLP

By: _____
LISA M. CAPPELLUTI
Sheryl A. Traum
Attorneys for Defendant and Cross-Complainant
PRAVEN CHANDRA

LORBER, GREENFIELD & POLITO, LLP
150 Post Street, Suite 700, San Francisco, California 94108
Telephone (415) 986-0688 / Facsimile (415) 986-1172

| Re: | *Brantley v. Boyd, et al.* |
|---|---|
| Court: | US District Court, Northern District of California |
| Action No: | 3:07-CV-6139 SC |

## PROOF OF SERVICE

I declare that I am over the age of 18, not a party to the above-entitled action, and am an employee of Lorber, Greenfield & Polito, LLP whose business address is 150 Post Street, Suite 700, San Francisco, California 94108.

**DEFENDANT/CROSS-COMPLAINANT SCHWARTZ & FENSTER, P.C.'S SUBSTITUTION OF ATTORNEY**

On January 21, 2010 I served the following document(s) in the following manner(s):

[ ] **MAIL:** By placing the document(s) listed above in a sealed envelope with postage thereon, in the United States mail at San Francisco, California, addressed as set forth below.

[ ] **FACSIMILE:** By transmitted a true copy, via facsimile electronic equipment transmission (fax) to the office(s) of the addressee(s) at the fax number(s) below. The number of pages transmitted (including the Proof of Service Form) was ___.

[ ] **PERSONAL DELIVERY:** By personally delivering to and leaving a true copy thereof with the following person(s) at the following address(es) on the date set forth above.

[ ] **PERSONAL DELIVERY BY MESSENGER:** By consigning the document(s) listed above to a messenger service for personal delivery to the following person(s) at the following address on the date set forth below.

[ ] **OVERNIGHT:** By placing a copy thereof into envelope(s) bearing the name(s) and address(es) and county(ies) of the person(s) to be served by commercial carrier service for overnight delivery as shown below.

[X] **BY COURTLINK-ELECTRONIC SERVICE:** I caused such documents to be served electronically via Pacer.

### SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: January 21, 2010

*/s/ Terri Alioto*
Terri Alioto

---

PROOF OF SERVICE                                          CASE NO. 3:07-CV-6139 SC

| Re: | Brantley, et al. v. Boyd, et al. |
|---|---|
| Court: | United States District Court, Northern District of California |
| Action No: | 3:07-CV-6139 SC |

## SERVICE LIST

Rev: 10.20.09

| | |
|---|---|
| Dorothy D. Guillory<br>1701 Harrison Street<br>Oakland, CA 94612<br>Tel: (510) 836-2111<br>Fax: (510) 836-2112 | Attorneys for Plaintiff<br><br>Larry Tyrone Brantley, Sr.<br>Ellen Brantley |
| Edward McCutchan<br>Jacob M. Barlev<br>SUNDERLAND McCUTCHEN, LLP<br>412 Aviation Boulevard, Suite D<br>Santa Rosa, CA 95403<br>Tel: (707) 284-5524<br>Fax: (707) 284-5527 | Attorneys for Defendants/Cross-Defendants<br><br>Modo Realty, Inc.<br>Royal Crown Mortgage, Inc. |
| Michael L. Smith<br>MANNING & MARDER, KASS, et al.<br>One California Street, Suite 1100<br>San Francisco, CA 94111<br>Tel: (415) 217-6990<br>Fax: (415) 217-6999<br>Fax: (408) 918-4501 | Attorneys for Defendants<br><br>Academy Escrow |
| Garrett Boyd<br>5684 Bay Street, Unit 638<br>Emeryville, CA 94608<br>Tel: (510) 472-3954<br>Fax: | In Pro Per Defendant/Cross-Defendant<br><br>Garrett Boyd |
| ~~Robert A. Rasheed~~<br>~~2603 Camino Ramon, 2nd Floor~~<br>~~San Ramon, CA 94583~~ | ~~In Pro Per Cross-Complainant~~<br><br>~~Robert A. Rasheed~~<br>~~Premier Team~~ |