IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TYRONE BRANTLEY, SR., ELLEN BRANTLEY, <br><br> Plaintiffs, <br> v. <br><br> GARRETT BOYD, MODO REALTY, INC., PRAVEEN CHANDRA, ACADEMY ESCROW, SCHWARTZ & FENSTER, P.C., and DOES 1-10, <br><br> Defendants. <br><br> AND RELATED CROSS-ACTIONS | Case No. 07-6139 SC <br><br> ORDER |

The Court held a Status Conference in this case on July 9, 2010. On February 3, 2010, Defendant Schwartz & Fenster, P.C., filed a Declaration of Trustee's Non-Monetary Status. Docket No. 136. California Civil Code section 2924l(d) provides that "[i]n the event that no objection is served within the 15-day objection period, the trustee shall not be required to participate any further in the action or proceeding." No party has objected. Accordingly, Defendant Schwartz & Fenster, P.C., is DISMISSED from this case.

In its November 19, 2009 Order, the Court explained the circumstances under which it would enter Judgment in favor of Praveen Chandra and against Academy Escrow in the amount of

$180,000.  See Docket No. 129.  This offer to Praveen Chandra remains in effect.

The Court ORDERS that the parties must complete mediation of this case within thirty (30) days.  Although the Court granted Plaintiffs Larry and Ellen Brantley ("Plaintiffs") leave to file an Amended Complaint, see Docket No. 122, the Amended Complaint was filed twenty seven days late on November 13, 2009, and a number of Defendants objected.  Docket Nos. 125, 126, 127.  If this case does not settle during mediation, Plaintiffs should request a hearing date to address this issue after mediation has been completed.

IT IS SO ORDERED.

Dated: July 9, 2010



UNITED STATES DISTRICT JUDGE