Edward McCutchan (SBN 119376)
Michael D. Maloney (SBN 208297)
**SUNDERLAND | McCUTCHAN, LLP**
412 Aviation Boulevard, Suite D
Santa Rosa, California 95403
Telephone: (707) 284-5524
Facsimile: (707) 284-5527

Attorneys for Defendants/Cross-Defendants
SERGEI KLYAZMIN, MODO REALTY, INC.,
ROYAL CROWN MORTGAGE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TYRONE BRANTLEY, SR., ELLEN BRANTLEY, <br><br>  Plaintiffs, <br><br> vs. <br><br> GARRETT BOYD, SERGEI KLYAZMIN, ROYAL CROWN MORTGAGE, ACADEMY ESCROW, <br><br>  Defendants. <br><br> AND RELATED CROSS-ACTION. | CASE NO. 3:07-CV-6139 SC <br><br> [~~PROPOSED~~] **ORDER APPROVING STIPULATION TO FILE AMENDED ANSWER TO FIRST AMENDED COMPLAINT** |

The Court having reviewed the Stipulation to File Amended Answer to the First Amended Complaint between plaintiffs, Larry Tyrone Brantley, Sr. and Ellen Brantley and defendants, Sergei Klyazmin, MoDo Realty, Inc. and Royal Crown Mortgage, Inc. and good cause appearing, it is hereby ordered that defendants, Sergei Klyazmin, MoDo Realty, Inc. and Royal Crown Mortgage, Inc.'s Amended Answer to Plaintiffs' First Amended Complaint (Exhibit "A") and Cross-Claim of Sergei Klyazmin, MoDo Realty, Inc. and Royal Crown Mortgage, Inc. Against Academy Escrow, Inc. and Garrett Boyd for Indemnification, Equitable

Contribution, Apportionment of Fault and for Attorney's Fees - Tort of Another (Exhibit "B") be filed concurrently in this action.

Date:   April  22   , 2011

_____
THE HONORABLE SAMUEL CONTI
Judge of the United States District Court

*IT IS SO ORDERED*
*[Signature: Samuel Conti]*
*Judge Samuel Conti*

CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SONOMA

I am employed in the County of Sonoma, State of California. I am over the age of 18 and not a party to the within action; my present address is: 412 Aviation Boulevard, Suite D, Santa Rosa, California 95403.

On **April 20, 2011**, I served the foregoing documents described as **[PROPOSED] ORDER APPROVING STIPULATION TO FILE AMENDED ANSWER TO FIRST AMENDED COMPLAINT** on the parties by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

_XX_   By Regular U.S. Mail. The documents were placed for collection and mailing following ordinary business practice for deposit in the United States Postal Service in a sealed envelope with postage thereon fully prepaid, addressed as stated above.

____   By personal service. I caused each such envelope to be delivered by hand to the addressee(s) as stated above.

____   By facsimile transmitted from (707) 284-5527. The document transmission was reported as complete and without error.

____   By Certified Mail, Return Receipt Requested, to the addressee(s) as stated above.

_XX_   By ECF System – Electronically. The document was served through the Court's ECF System.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on **April 20, 2011**, at Santa Rosa, California.

Kathleen M. Dahl

[PROPOSED] ORDER APPROVING STIPULATION TO FILE AMENDED ANSWER TO FIRST AMENDED COMPLAINT
3

<u>Brantley v. Boyd, et al.</u>
Northern District of California Court Case No.: 3:07-CV-6139 SC

Attorney for Plaintiffs/Cross-Defendants: Larry Tyrone Brantley, Sr., Ellen Brantley

Dorothy D. Guillory, Esq.
1701 Harrison Street
Oakland, CA 94612

Tel: (510) 836-2111
Fax: (510) 836-2112

Attorneys for Defendant: Academy Escrow

Michael L. Smith, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
One California Street, Suite 1100
San Francisco, CA 94111

Tel: (415) 217-6990
Fax: (415) 217-6999

Defendant/Cross-Defendant in Pro Per: Garrett Boyd

Garrett Boyd
5684 Bay Street, Unit 638
Emeryville, CA 94608

Phone: (510) 472-3954

Attorneys for Defendant: Praveen Chandra

Edward Gartenberg, Esq.
Kristin Sciarra, Esq.
Gartenberg Wasson & Selden, LLP
801 South Figueroa Street, Suite 2170
Los Angeles, CA 90017

Tel: (213) 542-2100
Fax: (213) 542-2101

Cross-Complainants in Pro Per: Robert A. Rasheed and Premier Team, Inc.

Robert A. Rasheed
2603 Camino Ramon, 2nd Floor
San Ramon, CA 94583