Edward Gartenberg (State Bar No. 102693)
GARTENBERG GELFAND WASSON & SELDEN, LLP
801 S. Figueroa Street, Suite 2170
Los Angeles, CA 90017
Telephone: (213) 542-2100
Facsimile: (213) 542-2101

Attorney for Defendant
Praveen Chandra

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY and ELLEN BRANTLEY, | Case No. 07-CV-06139 SC |
| Plaintiffs, | |
| v. | **STIPULATION OF DISMISSAL** |
| GARRETT BOYD, ROBERT A. RASHEED, MODO REALTY, PRAVEEN CHANDRA, ACADEMY ESCROW, SCHWARTZ & FENSTER, | |
| Defendants. | |

AND RELATED CROSS-ACTIONS

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this Stipulation through their attorneys of record that Plaintiffs and Cross-Defendants LARRY TYRONE BRANTLEY and ELLEN BRANTLEY's claims

against Defendant and Cross-Complainant PRAVEEN CHANDRA are hereby dismissed with prejudice.

IT IS FURTHER STIPULATED AND AGREED by and between the parties to this Stipulation through their attorneys of record that Defendant and Cross-Complainant PRAVEEN CHANDRA's claims against Plaintiffs and Cross-Defendants LARRY TYRONE BRANTLEY and ELLEN BRANTLEY are hereby dismissed with prejudice.

Each party to this Stipulation is to bear his or hers own attorney's fees and costs with respect to the claims which are hereby dismissed. This dismissal is made pursuant to Rule 41(a), Fed. R. Civ. P.

Dated: April 27, 2011

                                Gartenberg Gelfand
                                Wasson & Selden LLP

                                By: _____
                                    Edward Gartenberg
                                    Attorney for Praveen Chandra

Dated: April 26, 2011

                                Law Office of Dorothy Guillory



                                By: _____
                                    Dorothy Davis Guillory
                                    Attorney for Larry Tyrone
                                    Brantley and Ellen Brantley

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 801 S. Figueroa Street, Suite 2170, Los Angeles, California 90017.

On April 27, 2011, I served on the interested parties in this action **STIPULATION OF DISMISSAL**

**(X)** by placing ( ) the original **(x )** true copies thereof enclosed in sealed envelopes addressed as follows:

See attached list

| ( )  BY MAIL | ( )  BY FACSIMILE TRANSMISSION |
|---|---|
| I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit. | I caused said document(s) to be transmitted by facsimile transmission to the name(s) and facsimile telephone number(s) of the person(s) set forth on the attached service list. The facsimile machine telephone number of the sending facsimile machine was (310) 477-7663. A transmission report was issued by the sending facsimile machine confirming that the transmission was completed without error. A true and correct copy of said transmission report is attached hereto. |
| ( )  BY OVERNIGHT DELIVERY | ( x)  E-FILING |
| Said document was placed in an envelope designated by the express service center and placed for collection in a box regularly maintained by said carrier with whom we have a direct billing account, to be delivered to the office of the addressee listed above on the next business day. | By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic serve on counsel who are registered with the CM/EFC system. |

(X)   FEDERAL   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

(X)   EXECUTED on April 27, 2011 at Los Angeles, California.

\_\_\_\_Teresa M. Pagan\_\_\_\_              _____
Type or Print Name                                Signature

Dorothy D. Guillory, Esq.
1701 Harrison Street
Oakland, CA 94612

Michael L. Smith, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
One California Street, Suite 1100
San Francisco, CA 94111

Garrett Boyd
5684 Bay Street, Unit 638
Emeryville, CA 94608

Edward McCutchan
Michael D. Maloney
Sunderland McCutchan LLP
412 Aviation Boulevard, suite D
Santa Rosa, CA 95403

Robert Rasheed
2603 Camino Ramon, 2nd Floor
San Ramon, CA 94583