UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LARRY TYRONE BRANTLEY, SR., et al.,

        Plaintiff(s),

v.

GARRETT BOYD, et al.

        Defendant(s).

No. C07-6139 SC (BZ)

**ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE**

By letter dated May 5, 2011, defendant's counsel has requested that defendant Sergie Klyazmin and defendant's claims representative be excused from personally attending the settlement conference. Having received no opposition, **IT IS ORDERED** that both requests are **GRANTED**. **IT IS FURTHER ORDERED** that Mr. Klyazmin and the claims representative shall be available to participate by telephone commencing on **July 12, 2011 at 9:00 a.m.**

Dated: May 17, 2011

                              Bernard Zimmerman
                      United States Magistrate Judge