1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                   NORTHERN DISTRICT OF CALIFORNIA
7
8   LARRY TYRONE BRANTLEY, SR.,  )
    et al.,                      )
9                                )      No. C07-6139 SC (BZ)
                                 )
            Plaintiff(s),        )
10                               )      **ORDER EXCUSING ATTENDANCE**
                                 )      **AT SETTLEMENT CONFERENCE**
11                               )
                                 )
12      v.                       )
                                 )
13                               )
    GARRETT BOYD, et al.         )
14                               )
            Defendant(s).        )
15  _____)

16      Academy Escrow, Inc's request to be excused from personally

17  attending the settlement conference (Docket No. 221) is **GRANTED**,

18  there being no objection by any other party.

19      The Court has previously excused another defendant after

20  receiving no objection from any party.  The parties are

21  admonished that if the Court concludes during the conference

22  that the parties have not taken this conference seriously, it

23  may issue orders to show cause why parties shall not be held in

24  contempt or otherwise sanctioned.

25  Dated: June 21, 2011

26                          Bernard Zimmerman
27                    United States Magistrate Judge

28  g:\bzall\-refs\refs.2011\Brantley Order Excusing defendant's attendance2.wpd

                                1