UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TYRONE BRANTLEY, SR., et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>GARRETT BOYD, et al.<br><br>Defendant(s). | No. C07-6139 SC (BZ)<br><br>**ORDER VACATING SETTLEMENT CONFERENCE AND SCHEDULING TELEPHONIC CONFERENCE** |

In view of the declaration filed by plaintiff's counsel (Docket No. 228), **IT IS HEREBY ORDERED** that the settlement conference scheduled for July 12, 2011 is **VACATED**. Instead, a telephone conference is scheduled for **July 12, 2011 at 9:00 a.m.** to consider further scheduling. If Ms. Guillory has moved to withdraw by July 12, 2011, she shall ask the plaintiffs to participate in the conference call. Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: July 5, 2011

Bernard Zimmerman
United States Magistrate Judge

1