1 | Edward Gartenberg (State Bar No. 102693)
Kristin L. Sciarra (State Bar No. 236247)
2 | GARTENBERG GELFAND WASSON & SELDEN LLP
801 South Figueroa Street, Suite 2170
3 | Los Angeles, California 90017
Telephone: (213) 542-2100
4 | Facsimile: (213) 542-2101

5 | Attorneys for Defendant and Cross-Complainant
PRAVEEN CHANDRA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TYRONE BRANTLEY, SR., ELLEN BRANTLEY, | Case No.: 3:07-cv-06139-SC |
| Plaintiffs, | |
| vs. | **STIPULATION OF DISMISSAL** |
| GARRETT BOYD, ROBERT A. RASHEED, MODO REALTY, INC., PRAVEEN CHANDRA, ACADEMY ESCROW, SCHWARTZ & FENSTER, P.C., and DOES 1-10, | |
| Defendants. | |
| PRAVEEN CHANDRA, SCHWARTZ & FENSTER, P.C., | |
| Cross-Complainants, | |
| LARRY TYRONE BRANTLEY, SR.; ELLEN BRANTLEY; GARRETT BOYD, ROBERT A. RASHEED, ACADEMY ESCROW, INC., MODO REALTY, INC., ROYAL CROWN MORTGAGE, INC., et al. | |
| Cross-Defendants. | |

GARTENBERG
GELFAND
WASSON &
SELDEN LLP
ATTORNEYS AT
LAW

1

STIPULATION OF DISMISSAL

34983

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this Stipulation through their attorneys of record that Defendant and Cross-Complainant Praveen Chandra's ("Chandra") claims against Defendants and Cross-Defendants Modo Realty, Inc. and Royal Crown Mortgage, Inc. are hereby dismissed with prejudice.

IT IS FURTHER STIPULATED by and between the parties to this Stipulation through their attorneys of record that Defendants and Cross-Defendants Modo Realty, Inc. and Royal Crown Mortgage, Inc.'s claims against Chandra are hereby dismissed with prejudice.

Each party to this Stipulation is to bear his or its own attorneys' fees and costs with respect to the claims hereby dismissed. This dismissal is made pursuant to Federal Rule of Civil Procedure 41(a).

Dated: August 15, 2011

GARTENBERG GELFAND WASSON & SELDEN LLP

By: /s/ Edward Gartenberg
Edward Gartenberg
Attorneys for Defendant
Praveen Chandra

Dated: August 15, 2011

SUNDERLAND McCUTCHAN LLP

By: /s/ Tamara [illegible]
Edward McCutchan
Michael D. Maloney
Attorneys for Defendants
Sergie Klyzamin, Modo Realty, Inc., and Royal Crown Mortgage, Inc.

IT IS SO ORDERED
Judge Samuel Conti

2
STIPULATION OF DISMISSAL

34983

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 801 S. Figueroa Street, Suite 2170, Los Angeles, California 90017.

On August 16, 2011, I served on the interested parties in this action **STIPULATION OF DISMISSAL**

**(X)** by placing ( ) the original **(x )** true copies thereof enclosed in sealed envelopes addressed as follows:

See attached list

| ( )  BY MAIL | ( )  BY FACSIMILE TRANSMISSION |
|---|---|
| I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit. | I caused said document(s) to be transmitted by facsimile transmission to the name(s) and facsimile telephone number(s) of the person(s) set forth on the attached service list. The facsimile machine telephone number of the sending facsimile machine was (310) 477-7663. A transmission report was issued by the sending facsimile machine confirming that the transmission was completed without error. A true and correct copy of said transmission report is attached hereto. |
| ( )  BY OVERNIGHT DELIVERY | ( x )  E-FILING |
| Said document was placed in an envelope designated by the express service center and placed for collection in a box regularly maintained by said carrier with whom we have a direct billing account, to be delivered to the office of the addressee listed above on the next business day. | By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic serve on counsel who are registered with the CM/EFC system. |

(X)   FEDERAL   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

(X)   EXECUTED   on August 16, 2011 at Los Angeles, California.

___Teresa M. Pagan___
Type or Print Name                                                                 Signature

i

28110_1

Dorothy D. Guillory, Esq.
1701 Harrison Street
Oakland, CA 94612

Michael L. Smith, Esq.
Manning & Kass, Ellrod, Ramirez, Trester LLP
One California Street, Suite 1100
San Francisco, CA 94111

Garrett Boyd
5684 Bay Street, Unit 638
Emeryville, CA 94608

Edward McCutchan
Michael D. Maloney
Sunderland McCutchan LLP
412 Aviation Boulevard, suite D
Santa Rosa, CA 95403

Robert Rasheed
2603 Camino Ramon, 2nd Floor
San Ramon, CA 94583