United States District Court
For the Northern District of California

1

2

3              IN THE UNITED STATES DISTRICT COURT

4           FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6   LARRY TYRONE BRANTLEY, SR.; and    ) Case No. 07-6139 SC
    ELLEN BRANTLEY,                    )
7                                      )
                                       ) ORDER CONTINUING HEARING ON
8              Plaintiffs,             ) MOTION TO WITHDRAW; ORDER
         v.                            ) TO SHOW CAUSE
9                                      )
    GARRETT BOYD; MODO REALTY, INC.;   )
10  ROYAL CROWN MORTGAGE, INC.;        )
    SERGEI KLYAZMIN; and ACADEMY       )
11  ESCROW,                            )
                                       )
12             Defendants.             )
13  _____)

14      Before the Court is a Motion to Withdraw filed by Plaintiffs'

15  counsel, Dorothy Guillory ("Guillory").  ECF No. 234 ("Mot.").  In

16  support of her Motion, Guillory submitted a brief and an affidavit

17  explaining that a conflict of interest and irreconcilable

18  differences have arisen that preclude her from continuing to

19  represent Plaintiffs Larry Brantley and Ellen Brantley

20  ("Plaintiffs").  ECF Nos. 235 ("M. of P. & A."), 236 ("Guillory

21  Decl.").  Guillory also sent Plaintiffs a letter via certified mail

22  informing them in bold type that the Court would hold a hearing on

23  the Motion on September 9, 2011, and that "[t]he Court requires

24  your presence at this hearing."  ECF No. 237.

25      On September 9, 2011, the Court held a hearing on the Motion.

26  Plaintiffs failed to attend.  Guillory presented the Court with a

27  certified mail receipt signed by Plaintiffs demonstrating that they

28  received her letter.  Guillory stated that she had spoken with

1  Plaintiffs by telephone the morning of the hearing to remind them

2  to appear, but that Plaintiffs denied any knowledge of the hearing

3  and declared that they would not attend. Due to Plaintiffs'

4  absence, the Court continued the hearing on the Motion until

5  September 23, 2011.

6      The Court now requires Plaintiffs to show cause why their case

7  should not be dismissed for failure to prosecute. Plaintiffs are

8  hereby ORDERED to appear personally before the Court on September

9  23, 2011 at 10:00 a.m. in Courtroom 1, on the 17th floor, U.S.

10 Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

11     Guillory shall send, by certified mail, a copy of this Order

12 to Plaintiffs within forty-eight (48) hours of this Order and shall

13 file a Proof of Service no later than five (5) days from the date

14 of this Order.

15     If Plaintiffs do not appear before the Court on September 23,

16 2011 at 10:00 a.m., the Court will dismiss their case.

17

18     IT IS SO ORDERED.

19

20 Dated: September 13, 2011

21                                    _____
                                     UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2