IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TYRONE BRANTLEY, SR.; and ELLEN BRANTLEY,<br><br>        Plaintiffs,<br>  v.<br><br>GARRETT BOYD; MODO REALTY, INC.; ROYAL CROWN MORTGAGE, INC.; SERGEI KLYAZMIN; and ACADEMY ESCROW,<br><br>        Defendants. | Case No. 07-6139 SC<br><br>ORDER TO SHOW CAUSE |

Before the Court is a Motion to Withdraw filed by Plaintiffs' counsel, Dorothy Guillory ("Guillory"). ECF No. 234 ("Mot."). The Court will conduct a hearing on the Motion on November 18, 2011.

The Court hereby ORDERS Plaintiffs Larry Tyrone Brantley, Sr., and Ellen Brantley to appear personally before the Court to show cause why their case should not be dismissed for failure to prosecute. Plaintiffs are hereby ORDERED to appear personally before the Court on November 18, 2011 at 10:00 a.m. in Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. If Plaintiffs do not appear as ordered, the Court will dismiss their case.

IT IS SO ORDERED.

Dated: September 27, 2011

                                          UNITED STATES DISTRICT JUDGE