UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Brantley, et al., )
 )
    Plaintiff(s), ) Case Number: 07-6139 SC
 )
  vs. ) ORDER APPOINTING COUNSEL
 )
Boyd, et al., )
 )
    Defendant(s). )
 )

    Because the __Plaintiffs__ ~~has~~ have requested and ~~is~~ are in need of counsel to assist him/her in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, __Allison Kop, of Gibson, Dunn & Crutcher LLP__ is hereby appointed as counsel for __Plaintiffs__ in this matter.

    The scope of this referral shall be for:

    [X] all purposes for the duration of the case

    [ ] the limited purpose of representing the litigant in the course of

        [ ] mediation

        [ ] early neutral evaluation

        [ ] settlement conference

        [ ] briefing [ ] and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____
_____

    [ ] discovery as follows: _____
_____

    [ ] other: _____
_____

    Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

    IT IS SO ORDERED.

Dated: March 14, 2012              _/s/ Samuel Conti_____
                                                       United States District/~~Magistrate~~ Judge