# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LARRY TYRONE BRANTLEY, SR., et al., <br><br>              Plaintiffs, <br><br>     v. <br><br> GARRETT BOYD, <br><br>              Defendant. | Case No. 3:07-cv-06139 NC <br><br> **ORDER SETTING CASE MANAGEMENT CONFERENCE** |

The Court will hold a case management conference on June 27, 2012 at 2:00 p.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California. The parties or lead counsel must appear in person and must be prepared to discuss all items mentioned in Civil Local Rule 16-10. Plaintiffs shall file a motion to extend discovery by June 12, 2012. Any opposition shall be due June 19, 2012. No reply shall be filed. Court shall consider motion at the June 27 case management conference. Please see this Court's Civil Standing Order for more information.

IT IS SO ORDERED.

DATED: May 29, 2012

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No.  3:07-cv-06139 NC
ORDER SETTING CMC