UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LARRY TYRONE BRANTLEY, SR. and others,<br><br>Plaintiffs,<br><br>v.<br><br>GARRETT BOYD and others,<br><br>Defendants. | Case No. 07-cv-06139 NC<br><br>**ORDER TENTATIVELY GRANTING MOTION TO EXTEND THE DEADLINE FOR FACT AND EXPERT DISCOVERY**<br><br>Re: Dkt. No. 279 |

Plaintiffs filed a motion to extend the deadline for fact and expert discovery. Dkt. No. 279. The motion will be heard during the case management conference scheduled for June 27, 2012. Based on the papers submitted by the parties, the Court tentatively GRANTS the motion and adopts the deadlines proposed by plaintiffs. Before the case management conference, the parties must meet and confer to agree upon the targeted discovery that can be completed before the new fact and expert discovery deadlines.

IT IS SO ORDERED.

DATED: June 18, 2012

Nathanael M. Cousins
United States Magistrate Judge

Case No. 07-cv-06139 NC
TENTATIVE RULING