**FILED**

SEP 1 9 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TYRONE BRANTLEY, SR., et al., <br><br> Plaintiff(s), <br><br> v. <br><br> GARRETT BOYD, et al. <br><br> Defendant(s). | No. C07-6139 NC (BZ) <br><br> **ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE** |

Academy Escrow, Inc. and Sergei Klyazmin, and their claims representatives, have requested to be excused from personally attending the settlement conference. Their requests are not timely and provide no cause other than the parties are out of town. However, no other party has objected to these requests so it may be that all parties have concluded that the personal attendance of the requesting parties is not necessary for a productive conference. It is therefore **ORDERED** that these requests are **GRANTED**.

The court continues to be concerned that the parties are not seriously committed to the settlement process, and if that

1

proves to be the case, the court will reschedule the conference and issue appropriate sanctions.

Dated: Sept. 19, 2012

_____
Bernard Zimmerman
United States Magistrate Judge

g:\bzall\-refs\refs.2012\Brantley Order Excusing defendant's attendance2.wpd