GIBSON, DUNN & CRUTCHER LLP
FREDERICK BROWN, SBN 65316
FBrown@gibsondunn.com
LINDSEY E. BLENKHORN, SBN 227484
LBlenkhorn@gibsondunn.com
ALLISON C. KOP, SBN 267074
AKop@gibsondunn.com
EMILY L. FEDMAN, SBN 264973
EFedman@gibsondunn.com
555 Mission Street
Suite 3000
San Francisco, California 94105-2933
Telephone: (415) 393-8200
Facsimile: (415) 986-5309

Attorneys for Plaintiffs
LARRY TYRONE BRANTLEY, SR. and
ELLEN BRANTLEY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TYRONE BRANTLEY, SR., ELLEN BRANTLEY,<br><br>  Plaintiffs,<br><br> v.<br><br>GARRETT BOYD, SERGEI KLYAZMIN, MODO REALTY and ROYAL CROWN MORTGAGE, PRAVEEN CHANDRA, ACADEMY ESCROW, SCHWARTZ & FENSTER P.C.,<br><br>  Defendants. | CASE NO. C 07-06139 NC<br><br>**[PROPOSED] ORDER GRANTING LARRY TYRONE BRANTLEY, SR. AND ELLEN BRANTLEY PERMISSION TO RECEIVE SEALED SETTLEMENT CONFERENCE TRANSCRIPT** |

Gibson, Dunn & Crutcher LLP

1

[PROPOSED] ORDER GRANTING LARRY TYRONE BRANTLEY, SR. AND ELLEN BRANTLEY PERMISSION TO RECEIVE SEALED SETTLEMENT CONFERENCE TRANSCRIPT – CASE NO. C 07-06139 NC

1   It is hereby ORDERED that Plaintiffs' counsel shall be permitted to receive copies of the sealed portions of the written transcripts of the September 27, 2012 Settlement Conference hearing.

**IT IS SO ORDERED.**

Dated:   October 2, 2012        By: *Bernard Zimmerman*
                                 Honorable Bernard Zimmerman, U.S.M.J.

Gibson, Dunn & Crutcher LLP

2
[~~PROPOSED~~] ORDER GRANTING LARRY TYRONE BRANTLEY, SR. AND ELLEN BRANTLEY PERMISSION TO RECEIVE SEALED SETTLEMENT CONFERENCE TRANSCRIPT– CASE NO. C 07-06139 NC