# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LARRY TYRONE BRANTLEY, SR. and others,<br><br>Plaintiffs,<br><br>v.<br><br>GARRETT BOYD and others,<br><br>Defendants. | Case No. 07-cv-06139 NC<br><br>**ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFFS' CLAIMS**<br><br>Re: Dkt. No. 307 |

Plaintiffs and defendants Academy Escrow, Inc., MoDo Realty, Inc., Sergei Klyazmin, and Royal Crown Management, Inc. stipulate that plaintiffs' claims against these four defendants are dismissed with prejudice, that the parties will bear their own costs and fees, and that plaintiffs retain their rights against the other defendants in this case. The Court GRANTS the stipulation of dismissal with prejudice.

Because this stipulation does not dispose of all the claims in this action, a case management conference will be held on February 6, 2013 at 10:00 a.m. in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California to assess which claims and crossclaims are still pending and to set an appropriate trial schedule. Specifically, the parties will address whether plaintiffs have resolved their claims against Schwartz and

1  Fenster, and whether Chandra and Schwartz and Fenster will pursue their remaining
2  crossclaims against Academy Escrow.  In addition, the parties must file a joint case
3  management statement by January 30, 2013.
4      IT IS SO ORDERED.
5      Date: January 7, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 07-cv-06139 NC
ORDER RE: VOLUNTARY
DISMISSAL
2