UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LARRY TYRONE BRANTLEY, SR. and others,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GARRETT BOYD and others,<br><br>　　　　　Defendants. | Case No. 07-cv-06139 NC<br><br>**ADMINISTRATIVE ORDER RE: FORM OF MOTION**<br><br>Re: Dkt. No. 313 |

Defendants MoDo Realty, Inc., Sergei Klyazmin, and Royal Crown Management, Inc. filed a motion for default judgment against defendant Garrett Boyd. Under Civil Local Rule 7-1, a request to the Court for an order must be presented by a motion. A motion must contain "the points and authorities in support of the motion," including "a statement of the issues to be decided; a succinct statement of the relevant facts; and argument by the party, citing pertinent authorities." Civil L. R. 7-2, 7-4. Defendants' filing does not contain the points and authorities in support of their position, the issues before the Court, the relevant facts, or any argument. Accordingly, defendants must comply with the Local Rules governing motion practice before the Court will consider the motion for default judgment.

IT IS SO ORDERED.

Date: February 20, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 07-cv-06139 NC
ADMIN. ORDER RE: FORM OF MOTION