IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TYRONE BRANTLEY, SR., et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>GARRETT BOYD, et al.,<br><br>        Defendants.<br>_____/ | No. C 07-6139 MMC<br><br>**ORDER DIRECTING DEFENDANTS TO SUBMIT CHAMBERS COPY OF DOCUMENT IN COMPLIANCE WITH CIVIL LOCAL RULES AND THE COURT'S STANDING ORDERS** |

      On May 3, 2013, defendants and cross-claimants Sergei Klyazmin, MoDo Realty, Inc., and Royal Crown Mortgage, Inc. (collectively, "defendants") electronically filed a document titled "Objections to the April 30, 2013 Referral for Reassignment with Recommendation to Deny Motion for Default Judgement of Magistrate Judge Nathanael Cousins." Defendants have violated the Civil Local Rules of this District and the Court's standing orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

      Defendants are hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced document. Defendants are hereby advised that if they fail in the future to comply with the Court's Standing Orders to provide a chambers copy of each electronically-filed document, the Court may impose sanctions, including, but not limited to, striking from

the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: May 13, 2013

_____
MAXINE M. CHESNEY
United States District Judge