IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEPHEN B. TURNER,

    Plaintiff,

  v.

DUSTIN TIERNEY,

    Defendant.

No. C 12-6231 MMC

**ORDER SETTING HEARING DATE ON PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**

    Before the Court is plaintiff's Motion for Protective Order, filed July 12, 2013. The motion is not filed in accordance with the Civil Local Rules of this District, which require the moving party to notice any such motion for hearing on a date no earlier than thirty-five days from the date the motion is filed. See Civil L.R. 7-2.

    In the interests of time, the Court hereby SETS the hearing on said motion for Friday, August 16, 2013, at 9:00 a.m.

    Plaintiff is hereby ADVISED that any future motion he files must be in compliance with the Civil Local Rules as set forth above, and that a failure to comply will result in the motion being stricken.

    **IT IS SO ORDERED.**

Dated: July 16, 2013

MAXINE M. CHESNEY
United States District Judge