IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TYRONE BRANTLEY, SR. and ELLEN BRANTLEY,<br><br>    Plaintiffs,<br><br>  v.<br><br>GARRETT BOYD, et al.,<br><br>    Defendants. | No. C 07-6139 MMC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; DIRECTIONS TO CLERK** |

    Before the Court is Magistrate Judge Nathanael M. Cousins's Report and Recommendation, filed April 30, 2013, by which said Magistrate Judge recommends the Court grant plaintiffs' Motion for Default Judgment against defendant Garrett Boyd.  (See Doc. No. 324.)  On June 28, 2013, said defendant was served by mail with the Report and Recommendation.  Consequently, any objections thereto were required to be filed no later than July 15, 2013.  See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a).  To date, no objection has been filed.

    The Court, having read and considered plaintiffs' Motion for Default Judgment and the Report and Recommendation, hereby ADOPTS the Report and Recommendation in its entirety for the reasons expressed therein, and, accordingly, GRANTS plaintiffs' motion for default judgment against defendant Garrett Boyd in the amount of $144,300.

    The Clerk is hereby DIRECTED to enter judgment in favor of plaintiffs and against defendant Garrett Boyd in accordance with the above.

    **IT IS SO ORDERED.**

Dated: July 16, 2013



MAXINE M. CHESNEY
United States District Judge