IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TYRONE BRANTLEY, SR. and ELLEN BRANTLEY, | No. CV-07-6139 MMC |
| Plaintiffs, | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| GARRETT BOYD, et al., | |
| Defendants. | |

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

The Court GRANTS plaintiffs' motion for default judgment against defendant Garrett Boyd in the amount of $144,300.

Dated: July 16, 2013

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk