IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TYRONE BRANTLEY, SR., ELLEN BRANTLEY,<br><br>    Plaintiffs,<br><br>  v.<br><br>GARRETT BOYD, et al.,<br><br>    Defendants.<br>AND RELATED CROSS-ACTIONS.<br>_____/ | No. C 07-6139 MMC<br><br>**ORDER VACATING SEPTEMBER 20, 2013, HEARING ON APPLICATION OF CROSS-CLAIMANTS SERGEI KLYAZMIN, MODO REALTY, INC., AND ROYAL CROWN MORTGAGE, INC. FOR DEFAULT JUDGMENT** |

    Before the Court is the Application for Default Judgment of cross-claimants Sergei Klyazmin, MoDo Realty, Inc., and Royal Crown Mortgage, Inc., filed August 8, 2013. Cross-defendant Garrett Boyd, although served with the application, has not filed opposition.

    Having read and considered the papers filed in support of the application, the Court deems the matter appropriate for submission on the moving papers, and hereby VACATES the hearing scheduled for September 20, 2013.

    **IT IS SO ORDERED.**

Dated: September 17, 2013

                                                     MAXINE M. CHESNEY<br>
                                                   United States District Judge