**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TYRONE BRANTLEY, SR., ELLEN BRANTLEY,<br><br>    Plaintiff,<br><br>  v.<br><br>GARRETT BOYD, et al.,<br><br>    Defendants.<br><br>AND RELATED CROSS-ACTIONS.<br>_____ / | No. C-07-6139 MMC<br><br>**ORDER DIRECTING PARTIES TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

It appearing from a review of the record that all claims by all parties to the above-titled action have been resolved or are no longer being prosecuted, the parties are hereby ORDERED TO SHOW CAUSE, in writing and no later than January 22, 2014, why said action should not be dismissed. In the absence of any such showing, the action will be dismissed with prejudice.

    **IT IS SO ORDERED.**

Dated: January 6, 2014

                                                      MAXINE M. CHESNEY
                                                    United States District Judge