IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TYRONE BRANTLEY, SR., ELLEN BRANTLEY,<br><br>    Plaintiffs,<br><br>  v.<br><br>GARRETT BOYD, et al.,<br><br>    Defendants.<br>_____<br>AND RELATED CROSS-ACTIONS.<br>_____/ | No. C-07-6139 MMC<br><br>**ORDER OF DISMISSAL** |

By order filed January 6, 2014, the Court ordered the parties to show cause, no later than January 22, 2014, why the above-titled action should not be dismissed, it appearing from a review of the record that all claims by all parties to the action had been resolved or were no longer being prosecuted.

To date, no party has filed a response to the Court's order to show cause, nor has any party filed any other document subsequent to the Court's order.

Accordingly, the above-titled action is, in its entirety, hereby DISMISSED with prejudice.

**IT IS SO ORDERED.**

Dated: January 23, 2014

_____
MAXINE M. CHESNEY
United States District Judge